UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RALPH HOLMES, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SALVADOR A. GODINEZ, et al.,<br><br>Defendants. | Case No. 11 C 2961<br><br>Honorable Marvin E. Aspen<br><br>Magistrate Judge Sheila Finnegan |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL**

Pursuant to Federal Rule of Civil Procedure 26(c), Local Rule 26.2, and the Court's November 2, 2012 Protective Order, Plaintiffs move the Court for leave to file under seal the exhibits accompanying Plaintiffs' Motion to Compel Testimony of Dr. Louis Shicker, as well as the portions of the motion describing those exhibits and certain deposition testimony. In support of this motion, Plaintiffs state as follows:

1. On November 2, 2012, this Court entered an Agreed Confidentiality Order governing discovery in this case. In the course of exchanging documents as part of the discovery process, Defendants and third-party subpoena recipient Wexford Health Sources have produced documents designated "Confidential" or "Attorney Eyes Only" pursuant to paragraphs 2-3 of the Agreed Confidentiality Order, such that the documents are to be protected from disclosure to the public. The parties have also conducted depositions, portions of which have also been designated "Confidential" or "Attorney Eyes Only" under the Agreed Confidentiality Order.

2. Plaintiffs' Motion to Compel Testimony of Dr. Louis Shicker attaches as exhibits and references information obtained from six documents designated as "Confidential" or "Attorney Eyes Only" by the Defendants and a third-party subpoena recipient, Wexford Health

Sources, and also references deposition testimony designated as "Confidential" or "Attorney Eyes Only."

3.  Good cause exists for filing the above referenced exhibits and deposition testimony under seal. The exhibits and testimony reference internal IDOC procedures, which IDOC has described as non-public and confidential, and identify particular IDOC personnel as having involvement and responsibility with regard to certain IDOC practices and procedures, disclosure of which, according to IDOC, may expose the personnel to safety concerns and other risks associated with their work in a prison environment.

4.  Placing the above referenced exhibits and deposition testimony under seal will not prejudice either of the parties, and will serve the interests of justice and equity in this case.

5.  Counsel to the parties have conferred, and Defendants do not oppose Plaintiffs' request.

For the foregoing reasons, Plaintiffs respectfully request leave of this Court to file under seal the exhibits accompanying Plaintiffs' Motion to Compel Testimony of Dr. Louis Shicker, as well as the portions of the motion describing those exhibits and certain deposition testimony.

Dated: February 12, 2014                                  Respectfully submitted,

                                                          _/s/ Joseph L. Motto_

Barry C. Taylor                                           Robert L. Michels
Amy F. Peterson                                           Nicole E. Wrigley
Laura J. Miller                                           Kevin P. McCormick
Equip for Equality                                        Joseph L. Motto
20 North Michigan Avenue, Suite 300                       Mary T. McCarthy
Chicago, IL 60602                                         Ryan M. Dunigan
Telephone: (312) 341-0022                                 Lucas T. Pendry
Facsimile: (312) 341-0295                                 Frederic C. Shadley
BarryT@equipforequality.org                               Winston & Strawn LLP
Amy@equipforequality.org                                  35 W. Wacker Dr.

Laura@equipforequality.org

Howard A. Rosenblum
National Association of the Deaf
8630 Fenton Street, Suite 820
Silver Spring, MD 20910
Telephone: (301) 587-1788
Facsimile: (301) 587-1791
howard.rosenblum@nad.org

Chicago, IL 60601-9703
Telephone: (312) 558-5600
Facsimile: (312) 558-5700
rmichels@winston.com

Alan S. Mills
Uptown People's Law Center
4413 North Sheridan
Chicago, Illinois 60640
Telephone: (773) 769-1411
Facsimile: (773) 769-2224
alanmills@comcast.net

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I certify that on February 12, 2014, I caused a copy of the foregoing to be filed electronically and served on counsel of record by way of the CM/ECF system.


/s/    Joseph L. Motto