UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RALPH HOLMES, *et al.*, on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>            v.<br><br>SALVADOR A. GODINEZ, Acting Director of Illinois Department of Corrections; *et al.*,<br><br>            Defendants. | Case No. 11 C 2961<br><br>Honorable Marvin E. Aspen<br><br>Magistrate Judge Sheila Finnegan |

## JOINT REPORT ON THE STATUS OF SETTLEMENT PROCEEDINGS

Pursuant to the Court's order, dated January 16, 2015, the parties hereby jointly submit this report on the status of settlement proceedings before Magistrate Judge Finnegan. On January 21, 2015, the parties met with Magistrate Judge Finnegan for approximately three hours of settlement negotiations. At that settlement conference, Magistrate Judge Finnegan asked each of the parties to follow up on certain issues and provide a report back to the Court. The parties complied with that request. On February 6, 2015, the parties met again with Magistrate Judge Finnegan for approximately two and a half hours. At the February 6, 2015 settlement conference, Magistrate Judge Finnegan again asked the parties to follow up on certain issues and to provide separate reports to the Court by February 20, 2015. Magistrate Judge Finnegan has scheduled another settlement conference on March 9, 2015.

Although at this time the parties are continuing to participate in settlement discussions, the parties presently remain at odds as to a number of major substantive issues. Thus, settlement does not appear imminent at this time and a settlement may not be reached.

Dated: February 13, 2015                    Respectfully submitted,

  /s/ Robert L. Michels

Barry C. Taylor                             Robert L. Michels
Amy F. Peterson                             Nicole E. Wrigley
Laura J. Miller                             Kevin P. McCormick
Equip for Equality                          Joseph L. Motto
20 North Michigan Avenue, Suite 300         Mary T. McCarthy
Chicago, IL 60602                           Ryan M. Dunigan
Telephone: (312) 341-0022                   Lucas T. Pendry
Facsimile: (312) 341-0295                   Winston & Strawn LLP
BarryT@equipforequality.org                 35 W. Wacker Dr.
Amy@equipforequality.org                    Chicago, IL 60601-9703
Laura@equipforequality.org                  Telephone: (312) 558-5600
                                            Facsimile: (312) 558-5700
                                            rmichels@winston.com

Howard A. Rosenblum                         Alan S. Mills
National Association of the Deaf            Uptown People's Law Center
8630 Fenton Street, Suite 820               4413 North Sheridan
Silver Spring, MD 20910                     Chicago, Illinois 60640
Telephone: (301) 587-1788                   Telephone: (773) 769-1411
Facsimile: (301) 587-1791                   Facsimile: (773) 769-2224
howard.rosenblum@nad.org                    alanmills@comcast.net

*Counsel for Plaintiffs*

/s/ Kevin Lovellette
Kevin Lovellette
Assistant Attorney General
General Law Bureau
100 W. Randolph, 13th Floor
Chicago, Illinois 60601
(312) 814-3720
klovellette@atg.state.il.us

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

  The undersigned attorney hereby certifies that on February 13, 2015, a copy of the foregoing was electronically filed with the Clerk of the Northern District of Illinois of the United States District Court using the CM/ECF system and thereby served upon:

    Kevin Lovellette
    Assistant Attorney's General
    General Law Bureau
    100 West Randolph Street, 13th Floor
    Chicago, IL 60601
    KLovellette@atg.state.il.us

             By: /s/ Kevin P. McCormick
                One of the attorneys for Plaintiffs