UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RALPH HOLMES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br> SALVADOR A. GODINEZ, <br><br> Defendant. | Case No. 11 CV 2961 <br><br> Honorable Marvin E. Aspen |

INDEX OF EXHIBITS TO

PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION *IN LIMINE* TO BAR PLAINTIFFS FROM PRESENTING DEPOSITION TESTIMONY AND BAR THE <u>NUMBER OF PLAINTIFFS' WITNESSES</u>

Exhibit A: May 5, 2016 Final Pretrial Order

Exhibit B: Exhibit 6 to Pretrial Order: Plaintiffs' Proposed Deposition Designations with Defendant's Objections