UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RALPH HOLMES, *et al.*, on behalf of themselves and all others similarly situated, ) ) ) Plaintiffs, ) ) v. ) ) JOHN BALDWIN, Acting Director of Illinois ) Department of Corrections; *et al.*, ) ) Defendants. ) | Case No. 11 C 2961<br><br>Honorable Marvin E. Aspen<br><br>Magistrate Judge Young B. Kim |

**AGREED MOTION FOR EXTENSION OF TIME TO FILE JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT AGREEMENT**

Plaintiff Ralph Holmes and the other named Plaintiffs, on behalf of themselves and the class members in the class of IDOC inmates approved by the Court, and Defendant John Baldwin (collectively, the "Parties"), submit this agreed motion for an extension of time to file their joint motion for preliminary approval of class settlement agreement.

1. The parties have reached an agreement in this class action, which relates to the provision of services for deaf and hard of hearing inmates in the custody of the Illinois Department of Corrections.

2. This Court previously set a deadline of April 16, 2018, for the parties to file their joint motion, pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, for preliminary approval of the settlement agreement. (Dkt. 431.)

3. The parties are still conferring on some minor aspects of the settlement agreement and the exhibits to the joint motion.

4. Accordingly, the parties are in need of a short extension to finalize the joint motion.

WHEREFORE, the parties request that this Court re-set the deadline to April 23, 2018, with a presentment date of April 26, 2018, at 10:30 a.m.

Dated: April 16, 2018                                  Respectfully submitted,

 /s/ Robert L. Michels

| | |
|---|---|
| Barry C. Taylor | Robert L. Michels |
| Amy F. Peterson | Kate Watson Moss |
| Laura J. Miller | Jennifer James |
| Rachel M. Weisberg | Winston & Strawn LLP |
| Equip for Equality | 35 W. Wacker Dr. |
| 20 North Michigan Avenue, Suite 300 | Chicago, IL 60601-9703 |
| Chicago, IL 60602 | Telephone: (312) 558-5600 |
| Telephone: (312) 341-0022 | rmichels@winston.com |
| rweisberg@equipforequality.org | |
| | Alan S. Mills |
| Howard A. Rosenblum | Nicole Schult |
| National Association of the Deaf | Uptown People's Law Center |
| 8630 Fenton Street, Suite 820 | 4413 North Sheridan |
| Silver Spring, MD 20910 | Chicago, IL 60640 |
| Telephone: (301) 587-1788 | Telephone: (773) 769-1411 |
| howard.rosenblum@nad.org | alanmills@comcast.net |

*Counsel for Plaintiffs*

 /s/ Michael Arnold

Michael Arnold
Assistant Attorney General
General Law Bureau
100 W. Randolph, 13th Floor
Chicago, IL 60601
Telephone: (312) 814-3720
marnold@atg.state.il.us

*Counsel for Defendant*