UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RALPH HOLMES, *et al.,* on behalf of themselves and all others similarly situated, ) ) ) Plaintiffs, ) ) v. ) ) JOHN BALDWIN, Acting Director of Illinois ) Department of Corrections; *et al.*, ) ) Defendants. ) | Case No. 11 C 2961 Honorable Marvin E. Aspen Magistrate Judge Young B. Kim |

**JOINT MOTION FOR PRELIMINARY**
**APPROVAL OF CLASS SETTLEMENT AGREEMENT**

Plaintiff Ralph Holmes and the other named Plaintiffs, on behalf of themselves and the class members in the class of IDOC inmates approved by the Court ("the Class"), and Defendant John Baldwin (collectively, the "Parties"), jointly move this Court for an Order, pursuant to Rule 23(e) of the Federal Rules of Civil Procedure: (1) granting preliminary approval of the Settlement Agreement, attached as Exhibit A; (2) directing that the Class be given notice of the settlement in the form and method of the Parties' proposed Notice Plan, with proposed notices, attached as Exhibit B; and (3) setting a date for a Fairness Hearing on the proposed Settlement Agreement.

Dated: April 23, 2018                                                Respectfully submitted,

   /s/ Robert L. Michels

| | |
|---|---|
| Barry C. Taylor<br>Amy F. Peterson<br>Laura J. Miller<br>Rachel M. Weisberg<br>Equip for Equality<br>20 North Michigan Avenue, Suite 300<br>Chicago, IL 60602<br>Telephone: (312) 341-0022<br>rweisberg@equipforequality.org | Robert L. Michels<br>Kate Watson Moss<br>Jennifer James<br>Winston & Strawn LLP<br>35 W. Wacker Dr.<br>Chicago, IL 60601-9703<br>Telephone: (312) 558-5600<br>rmichels@winston.com<br><br>Alan S. Mills<br>Nicole Schult |

1

2

<div style="columns:2">

Howard A. Rosenblum
National Association of the Deaf
8630 Fenton Street, Suite 820
Silver Spring, MD 20910
Telephone: (301) 587-1788
howard.rosenblum@nad.org

Uptown People's Law Center
4413 North Sheridan
Chicago, IL 60640
Telephone: (773) 769-1411
alanmills@comcast.net

*Counsel for Plaintiffs*

  /s/ Michael Arnold
Michael Arnold
Assistant Attorney General
General Law Bureau
100 W. Randolph, 13th Floor
Chicago, IL 60601
Telephone: (312) 814-3720
marnold@atg.state.il.us

*Counsel for Defendant*

</div>

2