UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RALPH HOLMES, *et al.,* on behalf of themselves and all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 11 C 2961 |
| v. | ) ) | Honorable Marvin E. Aspen |
| JOHN BALDWIN, Acting Director of Illinois Department of Corrections; *et al.*, | ) ) ) | Magistrate Judge Young B. Kim |
| Defendants. | ) ) | |

**INDEX OF EXHIBITS TO**
**JOINT MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**

| Exhibit | Description |
|:---:|:---:|
| A | Stipulation of Settlement |
| B | Notice Plan |
| B-1 | Legal Notice of Proposed Class Settlement and Hearing – Long Version |
| B-2 | Legal Notice of Proposed Settlement and Hearing – Short Version |