UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RALPH HOLMES, *et al.*, on behalf of themselves and all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 11 C 2961 |
| v. | ) ) | Honorable Marvin E. Aspen |
| JOHN BALDWIN, Acting Director of Illinois Department of Corrections; *et al.*, | ) ) ) ) | Magistrate Judge Young B. Kim |
| Defendants. | ) | |

**ORDER GRANTING FINAL APPROVAL TO
CLASS SETTLEMENT AND OVERRULING OBJECTIONS**

This Court, having read and reviewed the Parties' Joint Motion for Final Approval of Class Settlement and in Opposition to Objections ("Motion"), supporting memorandum of law, Stipulation of Settlement ("Settlement"), and any objections or comments submitted to the Court, hereby approves the Settlement as follows:

1. On April 30, 2018, the Court preliminary approved the Settlement, and approved the class notice plan. *See* Dkt. No 438.

2. Per the class notice plan, any member of the class that wished to file an objection was required to do so on or before June 25, 2018.

3. The Court has considered all submitted objections and comments to the Settlement.

4. The Court held a fairness hearing regarding final approval of the proposed Settlement on July 26, 2018.

5. After a full and comprehensive review of the Motion, supporting memorandum, the Settlement, and any objections/comments raised, this Court finds that the Settlement is fair, reasonable, adequate, and in the best interests of the class.

6. Further, in accordance with the terms of the Settlement and the Prison Litigation Reform Act, the Court finds that the provisions of the Settlement are narrowly drawn, extend no further than necessary to address the violations of federal rights alleged by Plaintiffs, are the least intrusive means necessary to address those alleged violations, and are not intended to have an adverse impact on public safety or the operation of a criminal justice system.

Accordingly, this Court grants the Parties' Joint Motion for Final Approval of the Class Settlement, approving the Settlement and overruling any objections.

ENTERED this 26th day of July 2018.

_____
Marvin E. Aspen
United States District Judge