UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RALPH HOLMES, *et al.,* on behalf of themselves and all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 11 C 2961 |
| v. | ) ) | Honorable Marvin E. Aspen |
| JOHN BALDWIN, Acting Director of Illinois Department of Corrections; *et al.*, | ) ) ) ) | Magistrate Judge Young B. Kim |
| Defendants. | ) | |

**DEFENDANTS' UPDATED REPORT TO THE COURT**

This report contains information regarding compliance and efforts made by the Illinois Department of Corrections (IDOC) to comply with the Holmes Settlement Agreement, which was entered into on July 26, 2018. This report covers the time period from November, 2018, through the present. The settlement was entered into pursuant to Rule 23 of the Federal Rules of Civil Procedure and contains the terms of a settlement entered into by and among the Plaintiffs, on behalf of themselves and members of the Plaintiff Class, and Defendant, through their respective counsel in the above captioned action (collectively, "the Parties").

### IV. IDENTIFYING DEAF AND HARD OF HEARING INMATES THROUGH HEARING SCREENING AND AUDIOLOGICAL EVALUATIONS

IDOC previously reported that a hearing screening is, by IDOC directive, a part of all intake and periodic physical examinations. Plaintiffs have sought clarification from IDOC regarding whether in fact hearing screenings are actually performed as part of all such examinations. IDOC states here that it has no reason to believe that its directive is not being followed, but it will follow up with Wexford to confirm this.

### V. CREATION AND MAINTENANCE OF A CENTRALIZED DATABASE OF DEAF AND HARD OF HEARING INMATES

The ADA Platform in Offender 360 has been completed and populated, as of December 12, 2018. *See* Exhibit 1 for updated list of deaf or hard of hearing offenders.

### VIII. AUXILIARY AIDS AND SERVICES PRIOR TO THE AUXILIARY AIDS AND SERVICES ASSESSMENT

IDOC continues to provide offenders with disabilities accommodations through the interactive process. Offenders who have been identified as deaf or hard of hearing enter into an interactive dialogue with facility ADA Coordinators and Communication Plans are completed. Accommodations for offenders can include, but are not limited to the following: vibrating watches; over the ear headphones, Video Relay Service phone calls; and white boards to carry.

The IDOC Training Academy recently updated training materials that include information about the Holmes agreement and treatment of the deaf and hard of hearing. These materials are available in annual Cycle Training, Pre-Service Orientation Training, ADA Coordinator Training, and Cadet Training. *See* Exhibit 2.

### XI. ORIENTATION

Offender orientation manuals have been updated at all facilities and distributed to offenders. *See* Exhibit 3.

### XVIII. CREATION AND DISSEMINATION OF MATERIALS MEMORIALIZING DEAF AND HARD OF HEARING INMATES' RIGHTS

Facilities were sent new pages to add to their orientation manuals regarding deaf and hard of hearing offenders' rights and services available. The new pages have been incorporated into the orientation manuals. *See* Exhibit 3.

### XV. EQUAL ACCESS TO PRISON EMPLOYMENT

IDOC is not aware of any instances at this point where a deaf or hard-of-hearing offender was denied an employment opportunity.

### XVI. HAND RESTRAINTS REGARDING DEAF AND HARD OF HEARING INMATES

The operational bulletin regarding IDOC's hand restraint policy is attached. *See* Exhibit 4.

### XIX. MONITORING AND REPORTING

The Agreement requires reporting of compliance every 120 days. This report satisfies that requirement and updates the report filed during November 2018. Additionally, the attachments to the report contain the required elements as noted below.

Exhibit 1 contains a listing of all inmates identified through the Offender 360 platform as Deaf or Hard of Hearing and the location where each is housed. It should be noted that this listing also contains the name of offenders who have other disabilities not relevant to this settlement agreement. [Under Seal]

Exhibit 2 contains updates to IDOC's ADA training for coordinators.

Exhibit 3 contains updates to IDOC's offender orientation.

Exhibit 4 contains an operational bulletin regarding IDOC's hand restraint policy. [Under Seal]

Exhibit 5 contains a copy of all grievances filed after the date of this Agreement alleging facts that, if true, would be violations of this Settlement Agreement and a copy of any responses to such grievances and a description of the resolution of such grievances. In addition, the attachment contains a record showing interpreter services provided after the date of the Agreement, which includes the inmate for whom each interpreting service was provided; the date

the service was provided; the reason/event for which the service was provided; and the name of the interpreter. [Under Seal]

Exhibit 6 contains IDOC's hearing screening and treatment protocol, as well as two additional nursing protocols.

Exhibit 7 contains a warden's memorandum from August 2018 regarding the terms of this case's settlement agreement.

Exhibit 8 contains facility updates regarding hearing screenings and audiological examinations. [Under Seal]

Exhibit 9 supplements the list of IDOC's ADA coordinators.

Dated: January 4, 2019                                    Respectfully submitted,

                                                     /s/ *Michael D. Arnold*
Michael D. Arnold
Assistant Attorney General
General Law Bureau
100 W. Randolph, 13th Floor
Chicago, IL 60601
Telephone: (312) 814-3720
marnold@atg.state.il.us

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing **DEFENDANT'S FIRST REPORT TO THE COURT** was served on all counsel of record on, by filing a copy of the same through the Court's CM/ECF filing system.

/s/ *Michael D. Arnold*

4