**Americans with Disabilities (ADA)**

It is the policy of the Illinois Department of Corrections (Department) to comply with the provisions of the ADA Amendments Act of 2008.  Programs, activities, and services of the Department shall not be denied to qualified offenders based upon disability.

**REQUESTS FOR ADA ACCOMODATIONS**
Requests for an accommodation shall be made in writing on the "Offender Request" form (DOC 0286) and directed to the Facility ADA Coordinator.  If you have limited writing or language skills, you may request assistance from your counselor in completing the Offender Request form.  When completing an Offender Request for an ADA accommodation, identify: **(1)** the program, activity, or service being offered by your facility, **(2)** how your disability limits your ability to use the service, activity or program in the same way that other offenders would be able use it, and **(3)** what assistance you would like your facility to give you that will help you overcome your limitations and make it possible for you to use the service, activity, or program.
The Department will determine whether an accommodation is appropriate on a case-by-case basis.

**DEAF and HARD OF HEARING:**
If you are Deaf or Hard of Hearing, or think you have trouble hearing, there are accommodations available:
You may request a hearing screening to assess your level of hearing.  Offenders who are determined to be Deaf or Hard of Hearing will have an assessment completed by a Qualified Specialist that visits the facility on a periodic basis.  The Qualified Specialist will complete a communication plan for each offender he/she assesses. In the meantime, offenders who need to be accommodated for a Deaf or Hard of Hearing issue should have an interactive dialogue with the facility ADA Coordinator.
Accommodations may include written material, notification of daily activities, sign language interpretation services, amplifying/assistive listening technology, teletypewriter (TTY) phone usage, closed captioned televisions, and other auxiliary aids and services.

<u>MEDICAL</u>: All requests of a medical nature such as hearing aids will require a medical examination.

<u>TELECOMMUNICATIONS EQUIPMENT</u>: All offender phones in the facility have been adjusted to a minimum volume of 65 dB with background noise cancellation activated to allow offenders who are Hard of Hearing to communicate more effectively.  Offenders using TTY equipment will be allowed three times the amount of time allowed for regular phone calls.  Like regular phone calls, TTY calls are subject to monitoring except for scheduled legal calls.  Video Relay Service phones are also available.  Work with your counselor to gain access to these devices.

<u>SIGN LANGUAGE</u>:  If sign language is your primary language, tell your counselor and request that the facility ADA Coordinator be notified.  You may request a sign language interpreter for interactions that are complex, lengthy, or involve legal due process.  Significant interactions that may require a sign interpreter include: introduction to facility rules; counseling sessions; educational and vocational programs; medical and mental health services; religious and other group setting services; due process procedures including disciplinary hearings and Prisoner Review Board hearings; and field services' pre-release instructions.