ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Hearing Screening and Treatment Protocol**

Facility: _____  Date: _____

**Offender Information:**

_____  _____  _____  _____
Last Name:                        First Name                MI     ID#

☐ RN Note   ☐ LPN/CMT Note

**Subjective:**

When did you start having difficulty hearing? _____

Onset: ○ Sudden  ○ Gradual   Is hearing loss in both ears or one side? ○ Bilateral  ○ Left ear  ○ Right ear

Any previous hearing loss? ○ Yes  ○ No

If yes, When? What was the cause? What improved your hearing? _____

Any recent trauma to the ear(s)? _____

Any recent ear infection? Recent Illness? _____

Any dizziness? ○ Yes  ○ No    Any ringing in ears? ○ Yes  ○ No

Do you have any pain? Describe the pain: _____

Rate pain on a 1-10 scale: ○1 ○2 ○3 ○4 ○5 ○6 ○7 ○8 ○9 ○10   ○ Bilateral  ○ Left Ear  ○ Right Ear

Current medications/allergies: _____

Do you use any devices to improve your hearing? _____

**Objective:**

T: _____  P: _____  R: _____  BP: _____  WT: _____  Pulse Oximeter Reading: _____

Is there a hearing device present? ○ Yes  ○ No

Are there any deformities of the ear(s)? _____

Is there any redness or swelling to the ear(s)? _____

Is there any drainage present? If so, describe: _____

Using the otoscope, is the tympanic membrane visible? If yes, describe: _____

If no, why not? Is there blockage present? _____

Describe any blockage present: _____   ☐ Left Ear   ☐ Right Ear

If no impaction, conduct hearing screening with Audiometer. Fill out Hearing Screening Log and below:

| | | | | | |
|---|---|---|---|---|---|
| **Left Ear:** | 500 HZ 40 db | ○ Yes ○ No | **Right Ear:** | 500 HZ 40 db | ○ Yes ○ No |
| | 1000 HZ 40 db | ○ Yes ○ No | | 1000 HZ 40 db | ○ Yes ○ No |
| | 2000 HZ 40 db | ○ Yes ○ No | | 2000 HZ 40 db | ○ Yes ○ No |

Distribution: Offender's Medical Record    DOC 0000 (Eff. DRAFT)

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender Hearing Screening and Treatment Protocol**

**Assessment:**

Potential Sensory Impairment: _____

**Plans:**

If cerumen impaction is present, follow Earache/Earwax Impaction Treatment Protocol and reschedule hearing screening after removal of impaction

**Refer to MD/NP/PA:**

- Hearing screening is positive (the patient is unable to hear 500, 1000, and 2000 HZ tones in one or both ears), so provider can place a formal audiogram referral.
- Any signs of acute infection or foreign body
- Temperature >100F. HR>100, BP>140/90
- Severe or localized pain
- Blood or drainage in ear canal
- Any sudden onset of acute hearing loss

**Patient Teaching:**

- Do not put anything in the ears
- Follow up with provider as scheduled
- Return to sick call if symptoms worsen or persist

Patient verbalizes understanding of education and instructions given.

Nurse Signature: _____

Payment Voucher: _____ ☐ N/A



**Nursing Treatment Protocols**

## Nurse Protocol: Hearing Impaired

Hearing loss may be age-related or an acute onset. Age-related hearing loss is gradual, progressive, and often bilateral. Acute hearing loss may be related to an infection, trauma, or blockage/impaction.

I. **SUBJECTIVE**

    A. Ask the patient the following in the record:
1. When did you start having difficulty hearing?
2. Did it start suddenly? Or was it a gradual onset?
3. Is the hearing loss in both ears or one side? Which side?
4. Have you ever had any hearing loss before?
5. If so, when? What was the cause? What improved your hearing?
6. Have you experienced any recent trauma to the ear(s)?
7. Have you had a recent ear infection?
8. Any recent illness?
9. Any dizziness?
10. Any ringing in the ears?
11. Do you have any pain?
    a. If yes, describe the pain.
    b. Rate the pain on a scale of 1 – 10.
    c. Is the pain in the right ear, left ear, or both?
12. What medications do you take?
13. Are you allergic to anything?
14. Do you use any devices to improve your hearing? Explain.

II. **OBJECTIVE**

    A. The Nurse should examine the patient and document the following in the record:
1. Temperature, pulse, respirations, blood pressure, pulse oximeter, and weight.
2. Is there a hearing assistive device present?
3. Are there any deformities of the ear(s)?
4. Is there any redness or swelling to the ear(s)?
5. Is there any drainage present? Describe.
6. Using the otoscope, are you able to visualize the tympanic membrane?
    a. If yes, describe.
    b. If no, why not?
    c. Is there a blockage present? Explain.
7. Using the otoscope, observe the ear canals for any obstruction (e.g. cerumen impaction, foreign body).
8. If cerumen impaction is present, perform ear wash per nursing protocol. If foreign body is



**Nursing Treatment Protocols**

       present, refer to provider prior to testing.
9. Using the MA 25/MA25e Audiometer, check the hearing in both ears.
    a. Plug in the MA25/MA 25e audiometer device and ensure the headphones are connected with the color prongs into the red and blue connection jacks.
    b. Power is only possible if headphones are plugged-in.
    c. Ensure the room is quiet.
    d. The patient should sit at least 1 yard (3 feet) from the device. Eliminate any obstructions which will interfere with the placement of the earphone cushions on the ear (i.e. hair, eyeglasses).
    e. Place the headphones on the patients head. Ensure the headphones are positioned correctly: Red side on right ear, blue side on left ear. Adjust the headband of the headphones so that the earphones are positioned at the correct height (i.e. the sound output grid exactly facing the ear canal).
    f. Prior to hearing threshold level measurements, the following instructions should be given. "You will now hear a variety of pitches with various loudness levels. Please raise your left or right hand when you hear the tone in the left or right ear."
    g. To turn on the audiometer press the Tone Switch button.
    h. It is recommended to start with the right ear and then move to the left ear. The Right ear is the F1 button, the Left ear is the F2 button (displayed digitally in the display screen).



    i. Set the Hearing Level DB dial (dial on the left) to 40 dB.
    j. Set the Frequency Dial (dial on the right) to 500 Hz. Make sure the Tone is not set to Pulse or Warble on the display screen. Press and hold the Tone Switch for 4 seconds. Have the patient raise their hand when they hear a tone. If no tone is heard, record "No", if tone is heard record "yes" on the Hearing Screening Log.
    k. Repeat the testing with the Tone Switch dial set to 1000 Hz and again at 2000 Hz.



**Nursing Treatment Protocols**

      l.    Repeat the testing on the Left ear by pressing the F2 button ("Left" will be bolded on the display screen). Repeat steps j-k on the left ear.

      m.    Clean the ear phones with an alcohol swab.

10. Record screening results for 500 Hz, 1000 Hz, 2000 Hz on the Hearing Screening Log ("Yes" if the patient heard the tone and "no" if they did not hear at the frequency)

| Site | Name | Date of Birth | Inmate # | Date of Intake | Date of Hearing Screening | 500 Hz 40dB Right Ear Yes or No | 1000 Hz 40dB Right Ear Yes or No | 2000 Hz 40dB Right Ear Yes or No | 500 Hz 40dB Left Ear Yes or No | 1000 Hz 40dB Left Ear Yes or No | 2000 Hz 40dB Left Ear Yes or No | Referred to MD/provider to request audiogram Yes or No |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

11. If the hearing screen is positive (the inmate is unable to hear 3 of the tones: 500Hz, 1000 Hz, 2000 Hz) in one or both ears: Refer to provider for a formal audiogram referral through the collegial review process.

### III. ASSESSMENT

    A.    Potential sensory impairment

### IV. PLAN

    A.    Refer to provider:

        1.    If the hearing screen is positive (the inmate is unable to hear 500, 1000, and 2000 Hz tones in one or both ears).

            a.    Refer to provider for a formal audiogram referral in collegial review.

        2.    Any signs of acute infection.

        3.    Temperature > 100 F, HR > 100, BP > 140/90.

        4.    Severe or localized pain.

        5.    Blood or drainage in ear canal.

        6.    Any sudden onset of acute hearing loss.

    B.    If cerumen impaction is present, implement ear wax nursing protocol prior to the audioscope examination.

        1.    If ear wax protocol is unsuccessful, refer to provider.

### V. EDUCATION

    A.    Instruct the inmate to:

        1.    Follow up with provider as scheduled.

        2.    Return to sick call if symptoms persist or worsen.



# Instructions for Hearing Impairment Assessment

Using the otoscope, observe the ear canals for any obstruction (e.g. cerumen impaction, foreign body).

If cerumen impaction is present, perform ear wash per nursing protocol. If foreign body is present, refer to provider prior to testing.

1. Using the MA 25/MA25e Audiometer, check the hearing in both ears.
   a. Plug in the MA25/MA 25e audiometer device and ensure the headphones are connected with the color prongs into the red and blue connection jacks.
   b. Power is only possible if headphones are plugged-in.
   c. Ensure the room is quiet.
   d. The patient should sit at least 1 yard (3 feet) from the device. Eliminate any obstructions which will interfere with the placement of the earphone cushions on the ear (i.e. hair, eyeglasses).
   e. Place the headphones on the patients head. Ensure the headphones are positioned correctly: Red side on right ear, blue side on left ear. Adjust the headband of the headphones so that the earphones are positioned at the correct height (i.e. the sound output grid exactly facing the ear canal).
   f. Prior to hearing threshold level measurements, the following instructions should be given. "You will now hear a variety of pitches with various loudness levels. Please raise your left or right hand when you hear the tone in the left or right ear."
   g. To turn on the audiometer press the Tone Switch button.
   h. It is recommended to start with the right ear and then move to the left ear. The Right ear is the F1 button, the Left ear is the F2 button (displayed digitally in the display screen).



   i. **Set the Hearing Level DB dial (dial on the left) to 40 dB**.

Rev. 10/25/2018　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　1

Case: 1:11-cv-02961 Document #: 464-3 Filed: 01/04/19 Page 7 of 7 PageID #:8070



      j. Set the **Frequency Dial (dial on the right) to 500 Hz**. Make sure the Tone is not set to Pulse or Warble on the display screen. **Press and hold the Tone Switch for 4 seconds**. Have the patient raise their hand when they hear a tone. If no tone is heard, record "No", if tone is heard record "yes" on the Hearing Screening Log.

      k. Repeat the testing with the Tone Switch dial set to 1000 Hz and again at 2000 Hz.

      l. Repeat the testing on the Left ear by pressing the F2 button ("Left" will be bolded on the display screen). Repeat steps j-k on the left ear.

      m. Clean the ear phones with an alcohol swab.

2. Record screening results for 500 Hz, 1000 Hz, 2000 Hz on the Hearing Screening Log ("Yes" if the patient heard the tone and "no" if they did not hear at the frequency)

| Site | Name | Date of Birth | Inmate # | Date of Intake | Date of Hearing Screening | 500 Hz 40dB Right Ear Yes or No | 1000 Hz 40dB Right Ear Yes or No | 2000 Hz 40dB Right Ear Yes or No | 500 Hz 40dB Left Ear Yes or No | 1000 Hz 40dB Left Ear Yes or No | 2000 Hz 40dB Left Ear Yes or No | Referred to MD/provider to request audiogram Yes or No |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

3. If the hearing screen is positive (the inmate is unable to hear 3 of the tones: 500Hz, 1000 Hz, 2000 Hz) in one or both ears: Refer to provider for a formal audiogram referral through the collegial review process.

Rev. 10/25/2018    2