UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RALPH HOLMES, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>JOHN BALDWIN, Acting Director of )<br>Illinois Department of Corrections, )<br>)<br>Defendant. ) | No. 11 CV 2961<br><br>Magistrate Judge Young B. Kim<br><br>April 29, 2019 |

## ORDER

Based on the information the parties provide in their status report and response thereto and during the status hearing held on April 26, 2019, the court orders as follows:

| Subject Matter No.[1] | Action Plan |
|---|---|
| IV | 1. The Class to select 20 inmates for whom it received Form DOC-99 and email their names to IDOC by May 6, 2019.<br><br>2. IDOC to provide Form DOC-92 for the 20 inmates selected by May 13, 2019.<br><br>3. IDOC to provide additional information in response to the charts the Class prepared in conjunction with its response by May 13, 2019. The court is requiring an update to the charts if IDOC has new information since the April 26, 2019 in-court hearing.<br><br>4. IDOC to email or submit a letter to the appropriate Wexford official (copying Attorney Rachel Weisberg) by May 6, 2019, to ensure that once a referral is issued for an audiological evaluation |

---

[1] These numbers correspond to the heading numbers IDOC used in its status report, (R. 481), and the Class used in its response, (R. 484).

|     |     |
| --- | --- |
|     | (based on the initial hearing screening), a request for an audiological appointment is made within 30 days of the referral. The court understands that the actual audiological evaluation session may not take place within 30 days of the referral. <br><br> 5. IDOC to email or send a letter to the following audiologists and hearing center (copying Attorney Weisberg) by May 6, 2019, advising them that if an inmate requires two hearing aids to resolve his or her hearing difficulties, they must indicate so: (a) Joshua Rhodes; (b) Jennifer Waggoner; and (c) Killean Audiology Hearing Aid Centers. |
| V   | 6. IDOC to include the 32 inmates the Class identified as class members on IDOC's list of class members by May 6, 2019. <br><br> 7. IDOC to include the required information about these same 32 inmates and the accommodations they require for their hearing issues by May 6, 2019. <br><br> 8. The Class to identify 20 class members and describe the information they wish to review in the Offender360 system by May 6, 2019. <br><br> 9. IDOC to provide necessary screen shots reflecting the information the Class seeks for the 20 inmates selected by May 13, 2019. IDOC may redact non-hearing issue related information. |
| VIII | 10. IDOC to review and amend the communications plan as needed for class members Daniel H., Misty S., David A., and Eldrich A. by May 13, 2019. <br><br> 11. IDOC to submit an update to the court by May 16, 2019, on the CHS specialists' progress on updating the communication plans for the class members. |
| VIX | 12. IDOC to submit an update to the court by May 16, 2019, on how IDOC will ensure that proper VRI appointments are made prior to scheduled medical visits. <br><br> 13. IDOC to submit an update to the court by May 16, 2019, on how IDOC will address those situations where medical visits are scheduled but VRI appointments are not. |
| XI  | 14. IDOC to provide the new orientation page to the 32 inmates left off its list of class members by May 6, 2019. |

| | |
|---|---|
| XII | 15. IDOC to submit an update to the court by May 16, 2019, on the internal operating procedure or practice it is willing and able to implement to standardize a class member's request (for low-, medium-, and maximum-security facilities) for the use of TTY and VRS and the facility's response to such request. |
| XIII | 16. IDOC to submit an update to the court by May 16, 2019, on how the captioning on televisions can be deactivated and what steps can be taken to prevent the deactivation. |
| XIV | 17. IDOC to submit an update to the court by May 16, 2019, on this subject and progress made toward compliance. |
| XVI | 18. IDOC to submit an update to the court by May 16, 2019, on ensuring the safety of the class members and others but also permitting the class members to be able to communicate with their hands when necessary. |
| XIX | 19. IDOC is ordered to provide a copy of the communication plans for all of the class members held at Shawnee Correctional Center to the Class by May 6, 2019. |

ENTER:

_____
Young B. Kim
United States Magistrate Judge