UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RALPH HOLMES, *et al.,* on behalf of themselves and all others similarly situated, ) ) ) | |
| Plaintiffs, ) ) | Case No. 11 C 2961 |
| v. ) ) | Magistrate Judge Young B. Kim |
| ROB JEFFREYS, Acting Director of Illinois Department of Corrections, ) ) ) ) | |
| Defendant. ) | |

**DEFENDANT'S STATUS REPORT TO THE COURT**

This report contains information regarding the Illinois Department of Corrections' (IDOC) compliance with the Holmes Settlement Agreement, entered July 26, 2018. This report covers February through June 2019. The settlement was entered pursuant to the Federal Rules of Civil Procedure Rule 23 and contains the terms of the agreement entered into by and among the Plaintiffs, on behalf of themselves and members of the Plaintiff Class, and Defendant, through his counsel in the above captioned action (collectively, "the Parties").

**IV.    IDENTIFYING DEAF AND HARD OF HEARING INMATES THROUGH HEARING SCREENING AND AUDIOLOGICAL EVALUATIONS**

During the intake process at Reception and Classification Centers (R &C), offenders go through a physical exam that includes a hearing screening. The IDOC form for physical exams (DOC0099) requires physicians to assess and document the hearing of each individual examined. There were 7737 offenders admitted into one of IDOC's four Reception and Classification Centers during the time period covered under this report. If hearing deficiencies were noted, offenders were flagged for follow-up evaluations with audioscopes.

1

All offenders who are identified as deaf or hard of hearing currently have a Communication Plan in place that includes accommodations that include, but are not limited to: vibrating watches, interpreting needs, and over the ear head phones. Assessments by Qualified Specialists provided by the Chicago Hearing Society (CHS) have begun. So far, 512 offenders have been assessed and Communication Plans have been completed by the CHS Qualified Specialists. (*See*: Group Exhibit A.)

## VI. DEAF AND HARD OF HEARING INMATE IDENTIFICATION CARD

All offenders identified as deaf or hard of hearing were offered the opportunity to have this designation placed upon the back of their offender identification cards. IDOC was asked whether or not hearing offenders could be given a red ID card with "deaf" or "hard of hearing" printed on the card. The red color on an ID card means that an offender is a "high escape risk." Further, Operations/Security believe that serious security concerns are created by identifying or offenders with disabilities with specially colored ID cards, colored clothing, colored hats or anything similar that makes them stand out. The offenders may become vulnerable to the rest of the prison population. A safer option is offering the option of a designation (deaf, diabetic, low sight) on the back of an offender's ID that can be shown as needed. (*See*: Group Exhibit A.)

## VII. DEAF AND HARD OF HEARING INMATE AUXILIARY AIDS AND SERVICES ASSESSMENT

The IDOC entered into a contract with the Chicago Hearing Society and auxiliary aids and services assessments have begun. Thus far, approximately 512 offenders have been assessed at the following facilities: Big Muddy River, Crossroads ATC, Decatur, Dixon, Fox Valley ATC, Graham, Hill, Illinois River, Jacksonville, Lawrence, Lincoln, Logan, North Lawndale ATC, Peoria ATC, Shawnee, Sheridan, Stateville, Stateville NRC, Taylorville, Vandalia and Western. Communication plans completed by the specialists are included in Group Exhibit A.

## VIII. AUXILIARY AIDS AND SERVICES PRIOR TO THE AUXILIARY AIDS AND SERVICES ASSESSMENT

IDOC provides offenders with disabilities accommodations through the interactive process. Offenders who have been identified as deaf or hard of hearing enter into an interactive dialogue with facility ADA Coordinators and Communication Plans are completed.

Accommodations for offenders can include, but are not limited to the following: vibrating watches; over the ear headphones; Video Relay Service phone calls; TTY phone calls and white boards. Based on a survey of other states, the Department is also looking into the feasibility of assigning personal attendants to deaf and hard of hearing men and women.

## IX. PROVISION AND MAINTENANCE OF AUXILIARY AIDS AND SERVICES TO DEAF AND HARD OF HEARING INMATES AND IMPLEMENTATION OF COMMUNICATION PLAN

The IDOC continues to engage in the interactive process with those identified as deaf or hard of hearing and will provide auxiliary aids and services to those offenders as gleaned through this process.

## X. IDOC STAFF TRAINING ON MATTERS REGARDING DEAF AND HARD OF HEARING INMATES

The IDOC Training Academy updated training materials that include information about the Holmes agreement and treatment of the deaf and hard of hearing addressing:

a. communicating with individuals who are Deaf and Hard of Hearing;

b. the unique needs and problems encountered by individuals who are Deaf or Hard of Hearing;

c. identification of various communication needs for inmates who are Deaf and Hard of Hearing;

d. the proper use and role of Qualified Interpreters;

e. a policy for hand restraints to be removed so that Deaf and Hard of Hearing inmates

can effectively communicate through American Sign Language;

      f. the use of TTYs, Videophones, and other equipment that IDOC facilities must provide under this Settlement Agreement;

      g. the process for Deaf and Hard of Hearing inmates to effectively communicate with IDOC employees during all High Stakes Interactions; and

      h. such other information as relevant to facilitating compliance with this Settlement Agreement.

These materials are presented in annual Cycle Training, Pre-Service Orientation Training, ADA Coordinator Training and Cadet Training. These materials were previously provided to the Plaintiffs. During the reporting period 550 employees received training in one of the aforementioned training sessions.

**XI.    ORIENTATION**

A new page was written for each facility orientation manual and was provided to those designated as deaf or hard of hearing. In February, facilities were instructed to partner with a local organization to provide ASL interpreters during orientation when needed. Having made contact with these organizations beforehand will allow the Department to provide ASL interpreting services much faster if the need arises.

**XII.    COMMUNICATION DEVICES/TECHNOLOGIES FOR DEAF AND HARD OF HEARING INMATES**

Video Remote Interpretation (VRI) equipment and translation services are available in all IDOC correctional facilities healthcare units. Deaf or hard of hearing offenders who need assistance interpreting medical or mental health information with providers have access to this service. In addition, each correctional facility statewide has a Video Relay Service (VRS) phone for the deaf or for those offenders who need to call loved ones who are deaf. All facilities have

the ability to call Illinois Relay (711) from their TTY machines and the conversations will be relayed to any person in the community lacking a TTY machine. Facilities housing deaf and hard of hearing offenders have two TTY machines. Of the facilities that only have one machine, IDOC Telecommunications has ordered additional or replacement units. Hill CC has had one working TTY and had another installed 7/18/19. The volume on all housing unit phones statewide has been turned up and background noise cancellation activated in order to accommodate the hard of hearing. The volume of each phone is at 65 decibels or louder. Offenders who utilize TTY or VRS phones are given three times the amount of time usually allotted to non-hearing-impaired offenders. In addition, hearing-impaired offenders do not pay for these phone calls. During May, a memo was sent statewide reminding staff that offenders that utilize TTY or VRS are given three times the amount of time usually allotted for a phone call.

Data have been collected regarding TTY and VRI usage. Since the last report, Wexford entered into a contract that provides 24-7 VRI access. (*See*: Exhibit B.)

**XIII. TELEVISION FOR DEAF AND HARD OF HEARING INMATES**

New televisions purchased by IDOC for inmate use support open or closed captioning as required by the Television Decoder Circuitry Act of 1990. In addition, offenders may purchase televisions that support open or closed captioning. A Warden's Memo was sent out on 8/27/18 requesting that facilities ensure that closed captioning is activated on movies shown through the IDOC system or on televisions in common areas where deaf and hard of hearing inmates are housed. While a television may support this service, it is the actual television channel that thwarts the service. Facilities are now required to monitor the use of closed captioning on a monthly report. (*See*: Group Exhibit A.)

The current practice by IDOC is to issue over the ear headphones to deaf or hard of hearing offenders after engaging in the interactive process and placing the item on the offender's

Communication Plan. Offenders are not charged for these headphones.

### XIV. VISUAL AND TACTILE ALERT NOTIFICATIONS FOR DEAF AND HARD OF HEARING INMATES

The Agreement requires IDOC to begin making reasonable efforts to provide Deaf and Hard of Hearing inmates with a safe and effective tactile notification system that will advise them of events such as the arrival of visitors, commencement of meals, showers, yard time, medical appointments, evacuations, and emergencies.

Jacksonville Correctional Center will be a test facility for tactile and visual notifications. Strobes have been ordered as have "belt pagers" that offenders can wear around their waists. The latter will alert offenders of activities, danger, chow, visitors. Strobes will also be tested outside to see whether they can be seen during the day and are designated to alert of shots fired (also "danger).

The Chief Engineer of Jacksonville Correctional Center has submitted a parts request and believes he and his team can begin installing lights on the "Yard Shack" some time during the week of July 22, 2019.

### XVI. HAND RESTRAINTS REGARDING DEAF AND HARD OF HEARING INMATES

On 9/21/2018 a directive was sent out to all facilities by Chief of Operations Sandra Funk regarding the use of hand restraints on deaf and hard of hearing offenders. A copy of this directive was previously provided to plaintiffs' counsel.

### XVII. FACILITY AND CELL ASSIGNMENTS AND TRANSFERS OF DEAF AND HARD OF HEARING INMATES

Direction was sent to all facilities by the Transfer Coordinator's Office regarding the requirements in this section related to the transfer of deaf/hard of hearing offenders. Plaintiffs' counsel have been provided with a copy of this direction.

## XVIII. CREATION AND DISSEMINATION OF MATERIALS MEMORIALIZING DEAF AND HARD OF HEARING INMATES' RIGHTS

IDOC has completed this task.

## XIX. MONITORING AND REPORTING

The Agreement requires reporting of compliance every 120 days. This report satisfies that requirement. Additionally, the attachments to this report contain additional information as noted below.

Group Exhibit A (filed under seal) contains: 5% of all intake records between February and June for Graham, Logan, Menard and Stateville NRC as verification of the Department's compliance; employment information; interpreter services; compliance reviews for copies of Audiological Evaluation reports; and copies of all grievances filed after the date of this Agreement alleging facts that, if true, would be violations of this Settlement Agreement and a copy of any responses to such grievances and a description of the resolution of such grievances.

Exhibit B contains: a statewide memo by Chief of Operations John Eilers that reminds staff to allow deaf and hard of hearing offenders three times the allotted time for phone calls, and a spreadsheet of TTY and VRS call logs from facilities statewide.

Exhibit C (filed under seal) contains a listing of all offenders identified as Deaf or Hard of Hearing and the location where each offender is housed.

Exhibit D is a report containing the number of inmates who have gone through a periodic physical examination (all inmates going through a periodic examination are given a hearing screening, and therefore no inmates are refused a hearing screening at this type of appointment).

Exhibit E (sealed) includes: a report of the inmates who requested a Hearing Screening, whether they received the requested Hearing Screening, and why any inmates did not receive the requested Hearing Screening. It also contains information reflecting the identification

of each inmate who, based on a Hearing Screening after the date of this Agreement, was found to require an Audiological Evaluation (and any subsequent steps to provide this evaluation).

Exhibit F contains a list of ADA coordinators at each facility.

Dated: July 22, 2019　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　KWAME RAOUL
　　　　　　　　　　　　　　　　　　　　　　　　　Illinois Attorney General

　　　　　　　　　　　　　　　　　　　　　　　　　/s *Michael D. Arnold*_____
　　　　　　　　　　　　　　　　　　　　　　　　　Michael D. Arnold
　　　　　　　　　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　　　　　　　　　100 West Randolph Street, 13th Floor
　　　　　　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60601
　　　　　　　　　　　　　　　　　　　　　　　　　(312) 814-3720
　　　　　　　　　　　　　　　　　　　　　　　　　marnold@atg.state.il.us

　　　　　　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing **DEFENDANT'S STATUS REPORT TO THE COURT** was served on all counsel of record on July 22, 2019, by filing a copy of the same through the Court's CM/ECF filing system.

/s/ *Michael D. Arnold*