# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| RALPH HOLMES, *et al.*, on behalf of themselves and all others similarly situated, | ) ) ) No. 11 CV 2961 ) |
| Plaintiffs, | ) ) |
| v. | ) Magistrate Judge Young B. Kim ) |
| ROB JEFFREYS, Acting Director of Illinois Department of Corrections, | ) ) ) |
| Defendant. | ) January 23, 2020 ) |

## ORDER

On January 21, 2020, the court held a hearing to discuss the status of the implementation of the Settlement. The court orders the Illinois Department of Corrections ("IDOC") to comply with the following terms by February 11, 2020, and to provide a report to the court and Class Counsel:

**Identifying Deaf and Hard of Hearing Inmates Through Hearing Screenings and Audiological Evaluations**

1. IDOC shall: (a) review Plaintiffs' Exhibit A, complete columns M/N, and produce the missing records and other information; and (b) take appropriate action to ensure that IDOC's production of Hearing Screening and Audiological Evaluations will be complete in future reports.

2. IDOC shall: (a) determine why Pickneyville did not complete Hearing Screenings within 30 days from the class members' request; and (b) instruct Pickneyville that Hearing Screenings must be completed within 30 days from the class members' request.

3. IDOC shall: (a) provide the dates of the referrals for an Audiological Examination in future reports; (b) update the tracking log used by the correctional facilities by replacing column K "Referral (Y/N)" with "Referral (Date/N)" so that the facilities understand that they have to report not just whether a referral was made, but also the date of the referral.

**Auxiliary Aids and Services Assessments and Communication Plans**

4. IDOC shall provide guidance to ADA Coordinators about best practices and common mistakes for ADA Communication Plans, as outlined on page 8 of Plaintiffs' response.

**Provision and Maintenance of Auxiliary Aids and Services**

5. IDOC shall: (a) take steps to ensure that ASL interpreters are provided for all High-Stakes Interactions; and (b) ensure that its facilities use the updated Interpreter/VRS Logs (which appears to have been used by most, but not all, facilities), by sending a memo to its facilities with a copy of all current statewide logs, clarifying the difference between the Interpreter/VRI log and the TTY/VRS log, and explaining the importance of completing the logs.

6. IDOC shall: (a) direct Dixon that ASL interpreters should not be removed from educational classes while they are in progress to provide interpreting services for other activities; (b) direct Taylorville that it must hire qualified interpreters and cannot rely on inmates to provide interpretation; and (c) take steps to ensure that Pinckneyville and Western Illinois are providing ASL interpreters for all High-Stakes Interactions.

7. IDOC shall take affirmative steps to ensure that all facilities are aware of the Settlement requirement that class members must receive hearing aid batteries within 48 hours of making such request.

**Communication Devices/Technologies for Deaf and Hard-of-Hearing Inmates**

8. IDOC shall determine why Dixon reported zero VP/VRS calls during the last reporting period and remedy any issues identified.

D. **Monitoring and Reporting**

9. To the extent it has not already addressed the specific issues with the correctional facilities, IDOC shall provide direction to them about issues with reporting, as outlined in Plaintiffs' Exhibit I, for correction during the next reporting cycle.

10. IDOC shall stop using Exhibit D and instead update the Cover Page to include the data that is currently captured only on Exhibit D—namely, data about Intakes, Periodic Exams, and Employment Denials. IDOC and Class

> Counsel shall collaborate to update the Cover Page to ensure the appropriate inclusion of these additional data points.

**E.     Individual Issues**

11. IDOC shall respond to Plaintiffs' October 4, 2019 individual issues list.

12. IDOC shall respond to Plaintiffs' January 8, 2020 individual issues list.

**F.     Visual and Tactile Notification System**

13. The court finds that IDOC is out of compliance for over one year as to the Settlement term requiring IDOC to install an effective visual and tactile system. As such, IDOC is ordered to install and implement an effective system by no later than May 29, 2020. If IDOC remains not in compliance, the court will assess $1,000 fine per week per facility without a working system starting on June 1, 2020. The fine will be paid to Equip for Equality.

**ENTER:**

_____
**Young B. Kim**
**United States Magistrate Judge**