PC SCAN

SCANNED AT MENARD and E-mailed
6-29-20 by PS _____ pages
date    initials    No.

FILED
SH
6/29/2020
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

HOLMES
v
BALDWIN

1-11-cv-02961

SUBSTANTIAL NON COMPLIANCE TO HOLMES SETTLEMENT AGREEMENT HANNIBAL EASON #M03226 MOVES FOR AN EMERGENCY INJUNCTION AND ORDER OF PROTECTION AND REQUEST THIS HONORABLE COURT TO ISSUE A FULL INQUIRY INTO THE NATURE OF THIS PRO'SE FILING IN SUPPORT HE STATES.

1) ON MAY 15, 2020 ANALOGOUS TO THE LANGUAGE IN THE AGREEMENT IT WOULD NOT MATTER IF THE ADMINISTRATION DIDN'T MOVE ME TO ANOTHER PRISON SOLELY BECAUSE I AM HEARING IMPAIRED. WHEN STAFF GOT TOGETHER AND MASTERED A PLAN TO MOVE ME FROM (ONE BUILDING TO ANOTHER) NORTH LOWER #152 TO NORTH UPPER #812 SOLELY BECAUSE OF MY HEARING DISABILITY IT WAS A DISCRIMINATORY PRACTICE, AND THEREBY VIOLATED THIS AGREEMENT. THE LANGUAGE HERE PRESENTED IS A QUESTION OF LAW. FOR WHICH I DOC WHILE HOUSED AT NORTH LOWER #152 WERE FEDERALLY REQUIRED TO ACCOMODATE MY HEARING DISABILITY. THIS BUILDING DID NOT WANT TO DO SO AND CLEARLY VIOLATED HOLMES. I REFUSE TO ALLOW EQUIP FOR EQUALITY TO CONTINUE GOING "TIT FOR TAT" WITH IDOC LAWYERS TO HELP THEM LOOK GOOD. I HAVE SHOWN SUBSEQUENT VIOLATIONS SINCE OCTOBER 2018

SCANNED AT MENARD and E-mailed
_____ by ___ _____
date   initials   No. pages

2) Class counsel has been asked to move this court by motion of injunction that I be removed from Menard Correctional Center and placed in an ADA facility. They've refused to do so based on the language in the agreement that an offender can't be transferred solely because of his hearing disability. Their understanding is unclear. In the written agreement it states "upon requesting to be transferred or housed with other hearing disabled offenders IDOC shall consider their request." Otherwise I am isolated.

3) Being isolated I am faced with foolishness every day because of staffs reluctance to provide A.D.A. accomodations as needed. Along with this collision it is a matter of safety. There has been countless incidents with these prejudiced staff members, and still have continued since May 15, 2020 I do not want to be here I have an absolute right to be removed from a threatening environment where I am traumatized from my person character, and property on a continuous basis being attacked

4) Ron Skidmore is not doing his job
Angela Crain is not doing her job

5) INSTEAD WHAT THEY HAVE BEEN DOING IS TARGETING ME, AS IF I CANT FIGURE IT OUT AND PROVE IT. ON MAY 15, 2020 L.T. SMITH STOLE MY MEDICAL PAPERS.

6) BY MAY 23, 2020 I FILED 3 GRIEVANCES CONCERNING THE MOVEMENT. THEY THREW IT AWAY.

7) ON SUNDAY MAY 31, 2020 I MAILED OUT LEGAL MAIL AND PERSONAL MAIL WITH MONEY VOUCHER, IT WAS NOT PROCESSED OR RETURNED

8) ON JUNE 23, 2020 I GAVE A L.T. 2 GRIEVANCES BOTH DATED JUNE 18, 2020 CONCERNING DISCIPLINARY HEARING REQUESTING IT EXPUNGED AND THAT JOSHUA A SCHOENBECK AND HIS SIDEPIECE MS. WATSKIN NOT HEAR ANY MORE OF MY TICKETS. THEY OMITTED FACTS FROM RECORDS IN LAST TWO FINDINGS I ESTABLISHED THEIR BIASNESS AND UPON THIS COURTS OWN DISCRETION REVIEWING THE WRITTEN TICKET AND FINDINGS THEY WILL FIND MY A.D.A. RIGHTS AND DUE PROCESS RIGHTS VIOLATED. THE OTHER GRIEVANCE CONCERNED CONTINUED PROBLEMS WITH THE A.D.A. AND REQUESTING MORE TIME. THESE GRIEVANCES WERE NOT PROCESSED AND MY PHONE TIME WAS TARGETED ON JUNE 24, 2020 AS A RESULT.

9) WHILE KNOWING I AM NOT GOING TO SHUT UP ABOUT WHAT THEY DOING THERE IS NO TECHNOLOGY TO HELP ME. AT ANYTIME I CAN BE THE NEXT GEORGE FLOYD. THEY CARRY OUT A KNEE ON MY NECK PRACTICE MEDICAL STAFF HAVE BEEN IGNORING THIS PRACTICE AS WELL.

10) NOT ONLY DID MEDICAL STAFF PLAY A ROLE IN MANIPULATING MY MEDICAL PERMITS AND MAY 15, 2020 MOVEMENT, THEY'VE REFUSED ME PRESCRIBED MEDICATION FOR MY FEET, BACK, AND HEADACHES. THERE'S A PROBLEM WITH BILIRUBIN, STOMACH, THEY DONT WANT TO TELL ME SO THEY NOT HAVE TO TREAT IT. WHENEVER I HAVE TO SEE MEDICAL STAFF THE LANGUAGE IN THE AGREEMENT DEFINED IT AS HIGH STAKE INTERACTIONS. REQUIRING SIGN LANGUAGE INTERPRETERS. SINCE MAY 15, 2020 I HAVE WRITTEN REQUESTS TO SEE RON SKIDMORE TO NO AVAIL TO SOME POINT THEY TEND TO FALSIFY RECORDS TO REFLECT I BEEN SEEN WHEN ITS ONLY FOR HEARING AID BATTERIES AND BEGIN TRYING TO HAVE 3-11 STAFF TARGET MY CELL ON JUNE 22, 2020 OVER 5 OFFICERS CAME TO MY CELL FRONT IN A THREATENING MANNER. I REFUSE TO SEE DOCTORS WITHOUT AN INTERPRETER IT LEADS TO PROBLEM

11) To call me to an environment with up to ten officers is exactly just to create chaos or otherwise point out thats him, an attack to my character

12) These are emotional sufferings, the staff havent tried to jump me since May 15, 2020 because they've been under monitor since my May 3, 2020 declaration of hunger strike. I went on strike staff refused to document it, on May 07, 2020 it was documented. On May 12, 2020 I saw Warden Anthony Williams and expressed being strong armed by staff, exploited by my disability phone calls. Two false tickets has arose Nov 11, 2019 April 19, 2020 and I like to be transferred out because it is a matter that concerns my safety my grievances supported it.

13) I was then moved to North Lower #152 on May 13, 2020 since then staff have only looked for new methods to trap me. I am tired I want to be removed from this facility any reason and why wanting to keep me here supports theory

THEY REALLY WANT TO DO BODILY HARM TO ME, BECAUSE THEY ARE PREJUDICED INDIVUALS.

14) SINCE MAY 15, 2020 SEVERAL OFFICERS FROM EAST HOUSE WHICH I FILED GRIEVANCE ON WORKED MY FLOOR. I JUST LEFT EAST HOUSE TO GET AWAY FROM THEM WHY ARE THEY HERE.

15) I AM THE ONLY OFFICIAL OFFENDER IN MENARD WHO USES ASL AND THE A.D.A PHONE. STAFF ARE STUBBORN, IRRITATIVE, AND RETALIATIVE TOWARDS OR ABOUT MY CONSTANT NEEDS FOR INTERPRETER OR PHONE CALLS.

16) COMMUNICATION ALWAYS GOES LEFT BECAUSE STAFF ARE NOT TRAINED A.D.A AS REQUIRED. SO THE QUESTION IS HOW MUCH LONGER BEFORE THEY FINALLY GET THEIR KNEE ON MY LAST BREATH?

17) MOST RESPECTFULLY YOUR HONOR I LIKE TO BE REMOVED PROMPTLY FROM THIS PRISON THIS IS AN EMERGENCY UNDER ORDER #20-0012 (SECTION 6)

18) Anything about medical holds will only sound good to deter from the importance. When in fact Pontiac transferred me to Menard while on medical hold I wasn't supposed to be sent to Menard. Amy Buerk possibly has something to do with this.

19) I fear for my safety mainly isolated and being consistent about my needs which I shouldn't have to be once already made aware instead because there is no deaf awareness here as in prisons with groups of offenders who have easy access to ADA accommodation it makes me a target. I am tired I can't rehabilitate like this in places where their focus is to throw one in segregation to make their job much easier.

Respectfully Submitted
*Hannibal Eason*
HANNIBAL EASON
M-03226
P.O. Box 1000
Menard, IL 62259