UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RALPH HOLMES, *et al.,* on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>   v.<br><br>ROB JEFFREYS, Acting Director of Illinois Department of Corrections; *et al.*,<br><br>                    Defendants. | Case No. 11 C 2961<br><br>Honorable Judge Young B. Kim |

**DEFENDANT'S STATUS REPORT REGARDING COURT ORDER OF JUNE 2, 2020**

The Illinois Department of Corrections ("IDOC") submits the following status report regarding its obligation to install and implement an effective visual and tactile notification system.

*Visual Notification*

IDOC is obligated to install strobe lights on every guard tower in every facility where correctional officers are capable of firing a warning shot. This installation process has been completed.

*Tactile Notification*

IDOC shifted to a two-stage process in order to comply with this Court's July 2, 2020, deadline regarding the tactile notification system to alert class members of appointments and other events. The MMCall pager system remains the primary system, and IDOC has undertaken the following steps to install and implement this system since the last update in May 2020.

- IDOC determined that it needed to cover a minimum of 150 housing units that contained class members.

1

- IDOC declared an emergency for procurement of the MMCall system, which will consist of 150 computers (PC and monitor), 150 transmitters, and 2,000 pagers.

- IDOC worked with the Illinois Department of Innovation and Technology ("DoIT") to determine the fastest way to obtain the 150 computers. IDOC was able to obtain the 150 computers through DoIT by late June from internal state sources. The facilities are in possession of the 150 PCs and monitors.

- Once emergency procurement for the pagers was approved, IDOC located a vendor that would not require up-front payment. Although this vendor initially indicated that it would take up to six months to deliver the equipment, by the order date of June 18, 2020, the vendor informed IDOC that delivery would take place within one or two months.

- As previously indicated, IDOC has already successfully tested the system in a facility. Once the pagers, transmitters, and software arrive from the vendor, IDOC will immediately install the system and implement by passing out the pagers and instructing staff.

In early June, IDOC also explored other options that would allow it to comply with the July 2, 2020, deadline. IDOC determined that the best course of action would be to purchase 1,548 VibraLite 12 vibrating watches. This watch has the capability of setting 12 tactile alarms. Each class member has access to their schedules (regular programming, yard times, etc.) and will be expected to set alarms as they desire.

The watches were delivered to IDOC headquarters on June 30, 2020, and by July 1, 2020, the watches were ready for pick up by facility at a regional office. IDOC has confirmed that each facility picked up their watches on that date. Each facility had been directed to, by July 5, 2020, offer each class members the opportunity to exchange their current Casio watch (with one

vibrating alarm) with the VibraLite 12 watch.

It should be noted that for unscheduled events (urgent medical, phone calls, etc.) class members will necessarily be notified in person so that they can be escorted to the applicable location for the event. IDOC also has visual notifications on fire alarms to notify offenders and staff.

All offenders designated as deaf or hard of hearing have been offered the VibraLite 12 watch, which provides an effective tactile notification system. IDOC is gathering the facility data that indicates which offenders accepted and which declined the VibraLite 12 watch and will make this data available to the Court and Class Counsel.

Dated: July 6, 2020

                                                    Respectfully submitted,

                                                    KWAME RAOUL
                                                    Illinois Attorney General

                                                    /s *Michael D. Arnold*
                                                    Michael D. Arnold
                                                    Assistant Attorney General
                                                    100 West Randolph Street, 13th Floor
                                                    Chicago, Illinois 60601
                                                    (312) 814-3720
                                                    marnold@atg.state.il.us

                                                    *Counsel for Defendants*

## CERTIFICATE OF SERVICE

    The undersigned attorney hereby certifies that on July 6, 2020, a copy of the foregoing status report was served via CM/ECF on all parties of record.

                                                    /s *Michael D. Arnold*
                                                    Counsel for Defendants