UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RALPH HOLMES, *et al.*, on behalf of themselves and all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 11 C 2961 |
| v. | ) ) | Honorable Judge Young B. Kim |
| ROB JEFFREYS, Acting Director of Illinois Department of Corrections; *et al.*, | ) ) ) | |
| Defendants. | ) | |

**JOINT STATUS REPORT**

Plaintiffs and the Illinois Department of Corrections ("IDOC") file this Joint Status Report to comply with the Court's July 8, 2020 order (Dkt. 584) and to advise the Court of the status of the Parties' discussions related to IDOC's proposed protocol regarding the timely approval of attorneys for legal calls.

1. On July 2, 2020, the Court conducted a hearing to discuss IDOC's implementation of the Settlement Agreement and Plaintiffs' concerns regarding IDOC's compliance.

2. Among other issues, Class Counsel discussed the difficulties encountered in setting up legal calls on a timely basis with Class Members who require VP/VRS/TTY to communicate.

3. On July 8, 2020, the Court ordered IDOC to "devise a protocol to be followed by all facilities for approving attorneys *within three business days* after an attorney seeks a legal call with any class member." (*Id.*) (emphasis added).

1

4. The Court also ordered IDOC to "communicate its protocol to the Class by July 22, 2020 … and if "the parties are unable to agree on a protocol that is acceptable to both sides, the parties are to file a joint status report by July 31, 2020, advising the court of the concerns the Class has about IDOC's proposed protocol." (*Id*.)

5. On July 22, 2020, IDOC sent an email to the Court and Class Counsel with its proposed protocol and legal form.

6. Class Counsel has reviewed IDOC's proposed protocol and accompanying form. It is Class Counsel's position that this protocol is generally acceptable with one important exception: the protocol sets forth *no* deadlines or timeframes; as a result, it does not comply with the Court's order as it does not ensure that attorneys will be approved for legal calls within *three business days*.

7. On July 30, 2020, Class Counsel communicated these concerns to IDOC.

8. IDOC reports that it is committed to coming back with a proposed revision by next week. In particular, IDOC is trying to consider how to expedite attorney requests, yet also take into account that approval of attorney numbers is currently done by an outside vendor.

Dated: July 31, 2020

RESPECTFULLY SUBMITTED,

By: /s/ *Rachel M. Weisberg*
Counsel for Plaintiffs

Robert L. Michels
Winston & Strawn LLP
35 W. Wacker Dr.
Chicago, IL 60601-9703
Telephone: (312) 558-5600
rmichels@winston.com

Barry C. Taylor
Laura J. Miller
Rachel M. Weisberg
Lark Mulligan
Equip for Equality
20 North Michigan Avenue, Suite 300
Chicago, IL 60602
Telephone: (312) 341-0022
rachelw@equipforequality.org

Alan S. Mills
Nicole Schult
Uptown People's Law Center
4413 North Sheridan
Chicago, IL 60640
Telephone: (773) 769-1411
alanmills@comcast.net

Howard A. Rosenblum
National Association of the Deaf
8630 Fenton Street, Suite 820
Silver Spring, MD 20910
Telephone: (301) 587-1788
howard.rosenblum@nad.org

By: /s/ *Michael D. Arnold (with consent)*
Counsel for Defendant

KWAME RAOUL
Illinois Attorney General
Michael D. Arnold
Assistant Attorney General
100 West Randolph Street, 13th Floor
Chicago, Illinois 60601
(312) 814-3720
marnold@atg.state.il.us

## **CERTIFICATE OF SERVICE**

     The undersigned attorney hereby certifies that on July 31, 2020, a copy of the foregoing was served via CM/ECF on all counsel of record.

                                            /s/ *Rachel M. Weisberg*
                                            One of the Attorneys for Plaintiffs