**PC SCAN**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT

SCANNED AT MENARD and E-mailed
9-10-20 by PS 16 pages
date  initials  No.

Holmes
v
Baldwin

# 11-C-2961

## Holmes Settlement Agreement

Your Honor at 8pm Sept 9, 2020, I would like to apologize for my most recent filing in this court. Your Honor I was so frustrated and I still am because it is too much to bear. An inmate in fact 2, stopped me today and say listen these officers dont like you. They looking for the most perfect opportunity to "stomp your brains out" and they not going to lose their job. When my call was missed last wensday night staff called me downstairs the next morning that Sgt wanted to talk to me, I can hear 100%. However C/O Edwards started making fun of me. It was the fact I was attempting to try to show the Sgt what happened. Instead Edwards didnt want me to resolve the issue because it would otherwise be making them work. It became so threatening to me, because Edwards was simply upset I was talking to a superior officer. This the same exact thing that happened with C/O Ritudes. They hate if you seek a superior to fix it, mainly because of their refusal to escort me, or make sure Im accomodated. It went so far Edwards was mad in a way that if I was continue talking to this superior officer he would put me in the, all along he just making fun of my disability I walked off and said Im a man anything else is unnecessary as told to me today the officers wanted me to take it further so they could stump me out and all my paperwork will work against me. This is a negative impact on my mental health. They not allowing me or any inmates grievances in upper north unit.

FILED 9/10/2020 SH
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

I BEEN TRYING TO GO TO A MEDIUM FACILITY WHERE MY DISABILITY NEEDS WOULDN'T BE DIFFICULT. INMATES SAY YOU MAKE THEM WORK AND THEY DON'T LIKE THAT.
AT THE END OF THE DAY I'M TRYING TO FOCUS ON MY PRIORITIES. THIS IS THE HARDEST THING FOR ME. I CAN'T FOCUS ON MY CRIMINAL AFFAIRS BECAUSE I ALSO HAVE TO MULTI FOCUS ON KEEPING MYSELF FOR FALLING FOR A TRICK. THATS WHAT MY DAD TOLD ME WHEN LAST ISSUE HAPPENED IN STATEVILLE. "YOU FALL FOR IT EVERY TIME" THESE STAFF MEMBERS ARE FULLY AWARE I HAVE SOME TYPE OF DEPRESSIVE DISORDERS OR WHATEVER, AND IN A GIVEN SITUATION THEY WANT ME TO BE SO FRUSTRATED SO I CAN SNAP SO THEY CAN SAY WE KILLED HIM BECAUSE WE WAS RESTORING ORDER. I HAVEN'T DID ANYTHING TO BE SENT TO MENARD. YET IT WOULD BECOME A MATTER I WOULD HAVE TO BACK UP WITH FACTS. IN MY HANDS I HAVE A PUBLIC ACT # 77-2097 THAT GOES BACK TO 1972 THE BEGINNING OR ROOTS TO AN ERROR THAT IS HERE IN 2020 SENTENCING GUIDELINES. YET AGAIN ITS HARD TO FOCUS ON MY PRIORITIES WITH ALL THIS OTHER UNNECESSARY THINGS REPEATING OVER AND OVER AGAIN. I HAD TO DO A HUNGER STRIKE TO PROVE MY POINT LAST MAY 2020 THATS WHY I WAS UPSET IN LAST FILING. I'VE DONE ALL THE RIGHT I CAN DO. YOUR HONOR RESPECTFULLY I AM ASKING IF THE COURTS CAN DO RIGHT BY ME. ITS A PAROLE RALLY TO TAKE PLACE ON ZOOM 9/27/20 CONNECTED TO A SENATE BILL #3233. ITS ALOT GOING ON AND I'M TRYING TO GET BACK TO MY FAMILY. IDOC IS REQUIRED TO FOLLOW THE SETTLEMENT AGREEMENT, IF THEY JUST DID THAT ALONE EVERYTHING WOULD BE SIMPLE AND I WOULD NOT BE HERE.

#1 STAFF ARE NOT A.D.A. TRAINED TO COMMUNICATE WITH ME

#2 THERE IS NO HEARING IMPAIRED SIGN ABOVE ON, OR AROUND MY CELL DOOR FRONT OF UPPER NORTH CELL # 812

#3 THERE IS NOT AN AUDIOLOGIST ON SITE TO ROUTINELY CHECK OUR HEARING AIDS. ITS BRUTAL TO SAY THE FOLLOWING BUT IT IS STILL REQUIRED REGARDLESS OF THE PANDEMIC

"TO BE RESPONSIBLE FOR THE CUSTODY AND CONTROL OF INMATES"

#4 REVIEW SECTION X OF SETTLEMENT AGREEMENT (#66) (#67) (#68)

#5 THIS MORNING AT 7AM COUNT 9/9/20 STAFF CAME TO MY DOOR, HE HAS ON PANDEMIC MASK. I SAY LET ME PUT ON MY HEARING AID I CAN TRY TO GUESS WHAT YOU SAYING IF I CAN READ YOUR LIPS. HE DIDNT WANT TO MOVE HIS MASK AT ALL. OK IT SOUNDS GOOD TO SAY IM PROTECTING MYSELF BECAUSE I DIDNT WANT TO PULL MY MASK DOWN, BUT AT THE SAME TIME THE HOLMES SETTLEMENT AGREEMENT REQUIRES THEM TO BE ADA TRAINED ENABLING THEM WITH MILLIONS OF WAYS TO COMMUNICATE. THIS THEY FAILED THIS FAILURE VIOLATES HOLMES. AFTER I TOLD HIM I COULDNT HEAR HIM HE WALKED AWAY.

WHAT I DID WAS I ASKED MYSELF HOW COULD I BETTER THE SITUATION. FIRST I DID A COVID 19 SURVEY ON MY TABLET. PROCESSED WHAT HAPPENED. THEN I STOPPED AND TOLD THE LT I CANT UNDERSTAND ANYBODY WITH HAS THEIR PPE MASK ON. IT DIDNT MAKE SITUATION ANY BETTER.

THE STRESS I ENDURE HAS IMPACT ON MY STOMACH, HERNIA, INTESTINES, LIVER, KIDNEY ALSO MY HEAD, I BLACKOUT AND HAVE HEADACHES CONSTANTLY

#6 ITS UNFAIR TO ME, BECAUSE I HAVE A LAWYER WHO DOESNT KNOW ANY A.D.A LAWS. AND ME PETITIONING FOR AN INJUNCTION TO BE REMOVED, BASED ON THE CONVERSATION WITH THE ATTORNEY LAST WEEK, THAT THE JUDGE IS BASICALLY UPSET WITH MY ATTORNEY.

YOUR HONOR IN TODAYS SOCIETY MY ATTORNEYS DUTY IS TO ENSURE I RECIEVE JUSTICE NOT TO ENSURE THAT I AM HAPPY. REHABILITATION SHOULD BE ABOUT THE FOLLOWING SECOND CHANCES, LEADERSHIP, PROGRESS, REGRESS, NOT ACTING ON IMPULSE, NO MATTER HOW SOPHISTICATED A SITUATION IS I TOLD THE LAWYER THESE TYPE OF THINGS MAKES A PERSON WANT TO TAKE THEIR OWN LIFE. HE TOLD ME NOT TO LOSE HOPE. I AM IN A SYSTEM THAT JUST TAKES AND DONT GIVE. THIS CAN CAUSE A HEART ATTACK. LAST EXAMPLE BEFORE I LAY DOWN FOR WRITING IS MEDIATIVE FOR ME. NO ONE SHOULD BE GOVERNED BY FEAR AND ANGER

Even after officer didnt want to put down mask, somethings got resolved. I had a mental health appointment, I explained I desire a transfer. When I got back to my room officer passed out commissary slips he still has on the mask. The process has been for the last 4 months the day we recieve commissary slip we turn them in the next working day. I never understood we had to turn them in today. I was already so overwhelmed he came back to pick up slips. To myself I said "wow" I just wrote down anything. There is attached an executed letter I mailed to congressman Mr Danny K. Davis. Your Honor I need your help. I need a clean slate. For I am in God's favor. Thank you for listening. God bless you

Respectfully Submitted
Hannibal Eaton
#M-03226
P.O. Box 1000
Menard, IL 62259

Aug 11, 2020

7:13

"THE PROCESS OF TAKING MY LIFE BACK"

Congressman Danny K. Davis

This morning I woke up with my head in a different direction. Within the last six months, I mentally battled with many elements, dealing with my current circumstances. How to proceed, what may properly convey my position, where to balance my intentions (where it is without malice) that I am not offensive, who fails to understand the realities, I had, have and now face. When I awoke today, I was determined that my current state is much better today, we don't know how it will be tomorrow, along with how can I weigh or elevate if it was or is better than yesterday.

Your Honor, given my conditions; deaf, hearing impaired and defined under the Americans with Disabilities Act as disabled. Aside from these facts, included that I am black, I am a human being. Sir this is who I am and I can no longer sit by and witness our Constitution(s) State and Federal and the 3 branches of government

THEIR EXECUTIONS OF THE WORD LAW.

THAT ONLY SYMBOLIZE SLAVERY OR IS SUCH IN JUST ANOTHER MANNER OR FORMULA, THAT THEY QUOTE AS LEGAL.

THIS IS THE VERY ROOT, REMNANT, FOUNDATION OF WHERE RACIAL EQUALITY RESIDES.

BROTHER AMONG MEN, WOMEN, BOTH OF COLOR OR NOT, WHO ARE EXECUTIONERS OF THE LAW, RATHER THEY ARE STATE REPRESENTATIVES, STATE LEGISLATORS, PRISON-CORRECTIONAL OFFICERS, POLICE OFFICERS, OR OTHERWISE ARE AUTHORIZED TO CARRY OUT WHAT THEY CALL LAW. SUCH AUTHORIZATION COMES FROM STATE AND FEDERAL GOVERNMENTS. IN CARRYING OUT AND CREATING THESE LAWS, THERE IS A TEMPTATION TO DO SUCH ACT OR ACTIVITY. IN OTHER WORDS SUCH ACTIVITY OR ACT IS TEMPTED. THESE ACTS OF THOSE IN POWER, THAT ONLY SYMBOLIZES SLAVERY. FROM THOSE AT THE HANDS OF POWER, WE ARE DYING FROM SLAVERY. THESE TEMPTATIONS BY LEGISLATIVE, EXECUTIVE, JUDICIAL BRANCHES GOES BOTH WAYS. EVEN WHEN THE BRANCHES CREATED LAWS THROUGH RIGHTEOUS ENDEAVORS, THOSE AUTHORIZED TO CARRY OUT THE LAW, TO USE THE LAW TO JUSTIFY SITTING THEIR KNEE IN GEORGE FLOYDS NECK.

On C-span not too long ago, I listened to (closed caption) Al Green in front of the Chairman, if I am correct, for F.E.M.A. There were several things he said that caught my eye.

1) Once a marine always a marine
2) Its only one race
3) At what cost?

My best attempt here is to symbolize the question "At what cost will we continue to turn our heads and cover our ears from the truth"

The first patriot thing I request that you do is a survey on guns held in prison towers. Prisoners men and women dies from these guns. At what cost does an officer (correctional officer) ~~does~~ have to sit in the tower, with an advance semi-automatic weapon? That comes from the Army. You as congressman have position to say where they come from. What are 200 bullets for? With this question the complete ordeal in the constitutional context is deflected completely when it concerns rehabilitation. This is todays meaning of rehabilitation.

Do your investigation during the course of that investigation, you will find elements of what I described "Temptations".

This with all due respect is a main factor, that I wanted to point out to you. That you may not under any circumstances disregard and if you do so AT WHAT COST.

I said it already before I can't stand by any longer, this is who I am. I am not guaranteed tommorow, these are your own words. "You have to give some to get some"

So before you sit and ask yourself, or pick up the phone and say who is Hannibal Eason. I am just another vulnerable human being trying to make it back to his family.

Rehabilitation is preparing us for society and returning us to our family. Todays laws disregards such idea by holding us until we have no family to return to increasing chances of recidivist.

So its clear not to be an insult, the inquiry of who is this guy and temptations all above, is the prejudice we face in America alone at the hands of both the majority and the government. It is our government who has the power to act. It is also in the hands of those that our government was and is placed. Some of these placements have been blindly.

If you are already sitting down blindly is in the terms. Illinois prison population increased since President Clinton signed into act the 1994 Crime Bill.
(88th General Assembly Dec 1, 1994 at #72)
(89th General Assembly April 7, 1995 at #173)

Violent Crime Control and Law Enforcement Act of 1994 (42. U.S.C. Sec. 13701 (1994))

From that day forward the legislation (legislative branch) began due to this temptation, to create criminal without (laws) reasonable diligence as constitutionally required

When I say this, I wish to be clear on these two words Seperate vs Equal.

Minorities are treated seperately instead of equally when it concerns the State and Federal Constitution. As a result of these temptations, a history is being built, mass incarceration fills the over crowded Illinois prison system, all because of pride and prejudice.

Our American communities are destroyed from this practice. Today just like myself when you catch a murder charge along with being convicted, it is then exclaimated one like myself convicted under accountability will never see their family again. The Legislative and Executive branch have created laws, so that our families will pass away while incarcerated the Judicial branch carries out those laws, and when such law isnt fitting criteria of defacto life sentence they judicially reinterpretate statues.

THIS FORSWEARS THE REHABILITATION IDEA.

WHAT THREAT IS IT TO AMERICAN DEMOCRACY IF ILLINOIS PRISONERS WHILE INCARCERATED ARE ALLOWED TO VOTE.

AMERICA IS BEING SET IN A WAY ONLY TO LEGALIZE SLAVERY. IT IS NOTHING DIFFERENT THAN VOTING SUPPRESSION. IT IS ONLY A MEANS TO TAKE AWAY A HUMAN BEINGS VOICE. WE STILL HAVE A FEDERAL RIGHT TO THE PRESS WE SHALL ALSO HAVE THE RIGHT TO VOTE. FOR THE RIGHT TO THE PRESS AND THE RIGHT TO VOTE CONCERNS BOTH THE INFLUENCE WITH POLICIES AND POLITICS.

I WASN'T ALIVE WHEN HAROLD WASHINGTON WAS HERE IN CHICAGO, BUT MY FATHERS, UNCLES, AND COUSINS WERE. NOW AT THE AGE OF 38 I HAVE ATTAINED A BETTER GRASP AND UNDERSTANDING OF REALITY. AT THE AGE OF 21 I WAS A YOUNG DEAF BLACK BOY STILL TRYING TO FIND HIS WAY.

I am writing you because those in power have a binary way of following the Supreme Law of the Land.

I am no threat to society and I am trying to return to my family again those in power abridge my right to be heard on the context I bring before you.

Accountability it is not a criminal offense. It is only a means to finding a conviction. When a conviction is found one like myself is not under the concept and provisions of the state and federal constitution sentenced within those means.

Right now I don't know how to move forward with a clemency petitioning to the Governor of Illinois.

Right now I don't know how to move forward with a mandamus petitioning to the Illinois Supreme Court without facing any form of retaliation.

Today is Aug 12, 2020, 5:08 PM.

Last Sunday I had to talk to someone who I believed wouldn't lead me down the wrong road. I was getting ready to file a clemency incorrectly. What was incorrect, my focus is clearly returning back to my family. If I could put this behind me I absolutely will.

So in that sense when I know I didn't commit an armed robbery or one was not committed, yet this is the charge I stand convicted of, under an accountability theory.

1st degree murder and armed robbery.

For some reason due to the pandemic and my father needing me, I thought if I just accept responsibility for the armed robbery I could request a release on those conditions.

Until the inmate say no, you saying you are taking responsibility for both.

Wow, I had to go back to the drawing board.

The system is more complicated inside while its presented to the public on the outside another way.

The judge give me 38 years. 23 years for felony murder. He merged the armed robbery conviction I was given an extra 15 years to be served consecutively - totaled 38 years.

The 15 years was for a firearm enhancement 730 ILCS 5-8-1(a)(1)(d)(i) West 2004 such only apply to offenders who had gun, and used it. I didnt have a firearm, dont apply to me. Which I intend to move mandamus for. Yet at what cost will they not give me relief I am constituted. My codefendant and I dont get along. We had seperate trials Your Honor I am battling for my freedom I am asking for your help.

Respectfully submitted Hannibal Eaton #M-03226

✷ **THEY HAVE NOT RESPONDED AS REQUIRED** ✷

January 16, 2020

Illinois House of Representatives

Freedom of Information Officer,

Its very disappointing that my prison library gave me faulty information nearly a half of a year ago. On Jan 28, 2020 I sought to attain records from this body only I had the wrong address when executing the below by and through a F.O.I.A. request. I'm requesting the following. I need for court.

1) A copy of the public act transcripts that brought into law 720 ILCS 5-2-2 (2004) (Accountability)

2) Legislative minutes discussing the passing of 720 ILCS 5-5-2 through the same public act.

3) Legislative minutes discussing 730 ILCS 5-5-8.1 its passing into law.

4) Copy of public act transcripts that brought into law 730 ILCS 5-5-8-1

5) Legislative minutes of public act 91-404

6) Legislative minutes of public act 95-688

7) Legislative minutes of public act 89-203

Hannibal Eaton

HANNIBAL EATON
Reg# M-03226
P.O. Box 1000
Menard, IL 62259