UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RALPH HOLMES, *et al.,* on behalf of themselves and all others similarly situated, ) ) ) | |
| Plaintiffs, ) ) | Case No. 11 C 2961 |
| v. ) ) | Magistrate Judge Young B. Kim |
| ROB JEFFREYS, Acting Director of Illinois Department of Corrections, ) ) ) ) | |
| Defendant. ) | |

**DEFENDANT'S STATUS REPORT TO THE COURT**

Defendant, by and through his counsel, Kwame Raoul, Attorney General for the State of Illinois, and in response to the Court's Order dated August 25, 2020 (ECF No. 610), hereby submits the instant Status Report to the Court stating as follows:

1. On August 25, 2020, the Court directed IDOC to file a status report by October 2, 2020, updating the court on the status of the installation and implementation of the tactile notification system.

2. As of the filing of this Status Report, the following 26 facilities have the paging tactile notification systems installed and pagers passed out to offenders demonstrating full installation and implementation of the tactile notification system: Big Muddy, Centralia, Danville, Decatur, Dixon, East Moline[1], Graham[2], Hill, Illinois River, Joliet Treatment Center, Kewanee, Lawrence, Lincoln, Logan, Menard, Murphysboro, Peoria ATC,

---

[1] East Moline has some COVID-19 positive offenders who do not yet have their pagers due to their medical status, but their pagers will be delivered as soon as they are removed from isolation. East Moline is considered completed, however, as they have all systems implemented and installed and the remainder of the pagers are passed out.

[2] As of the filing of this motion, Graham is passing out the last of the devices.

1

Pinckneyville, Pontiac, Southwestern, Stateville, Stateville-NRC, Taylorville, Vandalia, Vienna, and Western Illinois.

3. As of the filing of this Status Report, the following three (3) facilities have the paging tactile notification systems installed, but presently have no deaf or hard of hearing offenders warranting the passing out of pagers, also demonstrating full installation and implementation of the paging tactile notification system: Crossroads ATC, Elgin, and Fox Valley ATC.

4. Therefore, a total of 29 out of 33 facilities have fully implemented the paging tactile notification systems. As a reminder, all facilities and all class members have a tactile notification system implemented via the new tactile watches offered to every class member in early July 2020 with the capability to set 12 tactile alarms.

5. The following four facilities do not yet have the paging tactile notification systems fully installed and implemented as described below: Jacksonville, Robinson, Shawnee, and Sheridan.

6. *Jacksonville Correctional Center* had PCs set up in the units prior to the LAN Coordinator's leave for personal reasons. The facility has been on a COVID-19 Medical Quarantine since August 4, 2020. As of October 1, 2020, Jacksonville had 32 COVID-19 positive staff with 28 recovered and 215 COVID-19 positive offenders with 213 recovered. On August 21, 2020, the pagers and routers were delivered to the facility. Upon the return of the LAN Administrator, the PCs were malfunctioning and not working until the week of September 21st. The facility has been working to finalize the installation and implementation of the systems but continues to have issues with the PCs and software. As of the filing of this status, the facility believes it has resolved the computer issues and the

pagers are ready to be passed out. It is anticipated the facility will complete the installation and implementation by October 9, 2020. In the meantime, all offenders have vibrating watches that allow them to set up to 12 alarms for daily notifications. Additionally, the COVID-19 Medical Quarantine restricts any offender movement.

7. *Robinson Correctional Center* has PCs installed but has not yet passed out the pagers to offenders. Robinson's pagers and transmitters were delivered on July 31, 2020. Robinson is on a medical quarantine with no movement from the housing units except for psychiatry and medical emergencies. As of October 1, 2020, Robinson had 33 COVID-19 positive staff with 25 recovered and 270 COVID-19 positive offenders with 132 recovered. The pagers can be passed out once medical quarantine is lifted. In the meantime, all offenders have vibrating watches that allow them to set up to 12 alarms for daily notifications. Due to the limited movement within the facility, the offenders are being informed of any appointments and escorted individually by security.

8. *Shawnee Correctional Center* has everything set up and ready to implement but has not yet passed out pagers due to COVID-19 medical quarantine with the first positive case being reported on the day the pagers were set to be passed out. As of October 1, 2020, Shawnee had 27 COVID-19 positive staff with 21 recovered and 62 COVID-19 positive offenders with 12 recovered. Shawnee's pagers and transmitters were delivered on August 6, 2020. Once medical quarantine/isolation is lifted, the pagers will be passed out. In the meantime, all offenders have vibrating watches that allow them to set up to 12 alarms for daily notifications. All offenders receive meals in their cells, commissary is delivered to them, nurse and medical appointments are conducted in the housing unit and offenders are personally notified of appointments. All notifications occur face to face at cell front.

9. *Sheridan Correctional Center* received the system on September 3, 2020, and is in the process of installing the system before passing out the pagers. Delay in installation and implementation is due to the delay in receiving the system plus staff needed to install being out of the facility for much of September. Sheridan is presently prioritizing installation and implementation and estimates it will take approximately two weeks to fully implement the system.

10. While the above four facilities have not yet fully implemented the paging systems due primarily to significant COVID-19 delays, offender movement is restricted thereby reducing or eliminating any impact on class members, all class members have an effective tactile notification system through the vibrating alarm watches, and it is anticipated the remaining four facilities will have the systems implemented this month (Jacksonville and Sheridan) or as soon as medical quarantines are lifted (Robinson and Shawnee).

11. Defendant is prepared to file additional status reports as this Court directs.

Dated: October 2, 2020

Respectfully submitted,

KWAME RAOUL
Illinois Attorney General

/s *Michael D. Arnold*
Michael D. Arnold
Assistant Attorney General
100 West Randolph Street, 13th Floor
Chicago, Illinois 60601
(312) 814-3720
marnold@atg.state.il.us

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

 The undersigned attorney hereby certifies that on October 2, 2020, a copy of the foregoing status report was served via CM/ECF on all parties of record.

<u>/s Michael D. Arnold</u><br>
Counsel for Defendants