UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RALPH HOLMES, *et al.,* on behalf of themselves and all others similarly situated,  )<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>ROB JEFFREYS, Acting Director of Illinois Department of Corrections,  )<br>)<br>Defendant.  ) | Case No. 11 C 2961<br><br>Magistrate Judge Young B. Kim |

**DEFENDANT'S STATUS REPORT TO THE COURT**

Defendant Rob Jeffreys, by and through his attorney, Kwame Raoul, Attorney General for the State of Illinois, in response to the Court's Order dated October 20, 2020 (ECF No. 628), hereby submits the instant Status Report to the Court stating as follows:

1. On October 20, 2020, the Court directed IDOC to file a status report by October 27, 2020, updating the court (1) the number of communication plans finalized with the assistance of CHS since September 18, 2020, the number of informal communication plans requiring assessment by CHS, and the number of inmates who are still without an interim communication plan; (2) the installation of one additional TTY unit at Logan, NRC, and Stateville; (3) how inmates at East Moline are able to deactivate the CC function on televisions; and (4) the functional status of the tactile system at Dixon and Jacksonville. The Order also indicated IDOC must also include photos of the pager used with the new tactile system, a Casio watch, and a VibraLITE watch. Those photographs have been emailed to class counsel and the Court.

1

### Communication Plans

2. Since September 18, 2020, Chicago Hearing Society ("CHS") has conducted virtual assessments at Taylorville, Southwestern, and Big Muddy. In these virtual visits, CHS completed a total of 62 hearing assessments.

3. Presently, the Department's CHS-assessment-pending list totals 695 offenders. However, as facilities are scheduled, we have identified some discrepancies on this list. The Statewide ADA Coordinator is working to compile an accurate list. Despite some inaccuracies, however, the facilities are including all offenders who are pending with CHS when they are scheduling.

4. Assessments are (and continue to be) scheduled with CHS in the coming weeks to conduct these assessments where possible. Any facility under a medical quarantine, however, will be unable to conduct the assessments, even virtually, until the quarantine lifts. The assessments are being conducted via videoconferencing which requires the offender to move out of their housing unit to the videoconferencing area, a requirement that cannot be done during a medical quarantine at the direction of the Office of Health Services.

5. IDOC does not maintain a list of offenders who need interim communication plans completed, however, following the Court's Order facilities confirmed they are conducting these interim plans after an audiologist identifies the offender as deaf or hard of hearing in order to ensure the offenders receive accommodations pending the CHS assessment.

### TTY Machines

6. The Court ordered that IDOC provide an update regarding the installation of one additional TTY unit at Logan, NRC, and Stateville.

7. All facilities were provided with two TTY machines at the beginning stages of this Agreement.

8. Due to the lack of usage of the TTY machine, Logan only has one installed currently. No one has used the system in many years. There is a second TTY port and 2 TTY machines physically at the facility and the second machine can be plugged in and utilized if the need arises.

9. Stateville and Stateville-NRC each have two (or more) TTY ports and machines physically at the facility. As with Logan, the lack of demand for the machines has resulted in the extra machines not being presently installed. To the extent the need arises, the additional machines can be plugged into the existing ports and used.

## East Moline Televisions

10. After IDOC reported that closed captioning was being turned off by offenders, the Court ordered IDOC to report *how* inmates at East Moline are able to deactivate the closed captioning function on televisions.

11. The televisions at East Moline have buttons accessible to offenders with which they turn off the closed-captioning features.

12. While not part of the Court's Order, IDOC also reports that televisions in the dayroom that needed replacement have been ordered. As a reminder, dayrooms have been closed since March.

## Paging Systems

13. After unspecified allegations from counsel regarding the use of the paging systems at Jacksonville and Dixon, the Court ordered IDOC to report back on the functional status of the paging system at Dixon and Jacksonville.

14. Dixon reports the system is up and running in all housing units. The facility has been on a medical quarantine since August, so movement is very limited. A number of security staff have been trained and they are utilizing the equipment to page offenders when there is movement. There is additional training that is needed for the rest of the staff so that if the regular officer is not in the unit the other officers can use the system. Given the size of Dixon and the number of housing units, it takes time to adequately train all staff to use the system fully and taking into account necessary COVID-19 precautions. Again, however, movement in the facility is very limited due to COVID-19.

15. Jacksonville's system is fully functional in that the system is installed and ready, but, as previously reported to the Court, pagers have not been passed out. Due to Jacksonville's current COVID-19 status, offenders are being consistently moved to new housing units for purposes of quarantine, etc. Pagers are assigned to transmitters placed in the housing units and passing out the pagers now would cause an increase in contact between offenders and staff. Additionally, the offenders would need to be trained, thereby increasing contacts further. This task is not worth the risk as the pagers would not be utilized without movement in the facility. During the medical quarantine, there is no offender movement in the facility. Meals, medical care, and mental health care are all being provided in the housing units.

Respectfully submitted,

KWAME RAOUL
Illinois Attorney General

/s *Michael D. Arnold*
Michael D. Arnold
Assistant Attorney General
100 West Randolph Street, 13th Floor
Chicago, Illinois 60601
(312) 814-3720
marnold@atg.state.il.us

4

## CERTIFICATE OF SERVICE

    The undersigned attorney hereby certifies that on October 27, 2020, a copy of the foregoing status report was served via CM/ECF on all parties of record.

*/s Michael D. Arnold*
Counsel for Defendants
