# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

| Everett McKinley Dirksen United States Courthouse<br>Room 2722 - 219 S. Dearborn Street<br>Chicago, Illinois 60604 |  | Office of the Clerk<br>Phone: (312) 435-5850<br>www.ca7.uscourts.gov |
|---|---|---|

### FINAL JUDGMENT

March 16, 2021

Before:  
    KENNETH F. RIPPLE, Circuit Judge  
    MICHAEL S. KANNE, Circuit Judge  
    MICHAEL Y. SCUDDER, Circuit Judge

```
RALPH HOLMES, et al.,             ] Appeals from the United
      Plaintiffs-Appellees,       ] States District Court for
                                  ] the Northern District of
Nos. 20-2236 and 20-2709    v.    ] Illinois, Eastern Division.
                                  ]
SALVADOR A. GODINEZ, Acting       ] No. 1:11-cv-02961
Director of Illinois Department   ]
of Corrections,                   ] Young B. Kim,
      Defendant-Appellant.        ]    Magistrate Judge.
```

We **AFFIRM** the district court's decision awarding $52,357.50 in fees and $1,741.35 in costs to Plaintiffs, and we **REVERSE** the decision of the district court requiring IDOC to ensure that inmates receive audiological evaluations or re-evaluations within the timeframe ordered. We **TERMINATE** our stay of the district court's order.

The above is in accordance with the decision of this court entered on this date. Each party shall bear their own costs.

    form name: **c7_FinalJudgment**(form ID: **132**)

CERTIFIED COPY  
A True Copy  
Teste:  
Deputy Clerk  
of the United States  
Court of Appeals for the  
Seventh Circuit