SM

Holmes
VS
Baldwin

# 11- CV- 02961

REQUEST FILING TO BE SEALED FOR PROTECTIONS

1 OF 10

CLASSMEMBER HANNIBAL EASON #M-03226

REQUESTS LEAVE TO BE ALLOWED TO SUBMIT

DOCUMENTS.

**FILED**

MAR 29 2022

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

1) ON FEB 25, 2022 MR. EASON'S DOCKET # (NEW)
NEW LAWSUIT WAS MAILED TO HIM AT HIS CURRENT
FACILITY. (DIXON)

2) THE CASE NAME IS EASON V RAOUL et al. # 1-22-CV-00985
THIS CASE IS NOW PENDING IN THE NORTHERN DISTRICT
(EASTERN DIVISION)
MR. EASON'S COMPLAINT INCLUDING EXHIBITS IS 443 PAGES.

3) MR. EASON WHOM IS A HEARING IMPAIRED INDIVUAL IN "IDOC"
COMES RESPECTFULLY BEFORE THE BAR TO SHOW CAUSE,
HE ASKS THIS COURT TO PICK OUT WHAT HE IS TRYING TO
PAINT CLEARLY, THE THINGS "HE" AND OTHERS ARE SUBJECTED
TO IN IDOC'S CUSTODY "JUST FOR BEING HEARING IMPAIRED"
HE DONT KNOW HOW HE'S GOING TO EXPRESS THIS, BUT
ON THIS 9TH DAY OF MARCH 2022 HE WILL TRY.

4) AS OF TODAY OR FEB 25, 2022, HE DOES NOT HAVE TO FILE
"ANYMORE" GRIEVANCES, HE HAS CHALLENGED AND ALSO
ESTABLISHED THE GRIEVANCE PROCEDURES VIOLATES FEDERAL
LAW AND FEDERAL CONSTITUTION. CAUSE IS SHOWN HERE

2 OF 10

5.) HANNIBAL EASON #M-03226
STANDS BEHIND HIS CLAIMS, THE ENTIRE
STATE OF ILLINOIS HAS TO GET THEIRSELF IN ORDER
SUCH DISORDERS WERE ONGOING BEFORE COVID
AND WHICH IS WHY HE CLAIMED CONSPIRACY
IN ACTION 1-22-CV-00985
PENDING IN THIS COURTHOUSE. OTHER THAN MR EASON
RECIEVING THE DOCKET NUMBER, NO NOTIFICATIONS
ABOUT HIS REQUEST TO PROCEED INFORMA PAUPERIS,
HIS REQUEST FOR APPOINTMENT OF COUNSEL,
OR STATUS REPORT ON RATHER HIS COMPLEX COMPLAINT
HAS MERITS HAVE BEEN RECIEVED.

6.) MR. EASON WISHES TO POINT OUT SOMETHINGS,
SHOWING WHY THEY MATTER, AND IF SAID CORRECTLY
THE IMPACT IT HAS ON HOLMES #1-11-CV-02961
OR HOW MATTERS CONNECT AND MAY BE RELEVANT TO
HOLMES.

3 OF 10

(6)(A)

IN THE SOUTHER DISTRICT OF ILLINOIS.
MR. EASON HAS AN ACTION pending #3:20-CV-01157 RJD
AGAINST THE SAME OR SIMILIAR DEFENDANTS
IN HOLMES 1-11-CV-02961
MR. EASON PRESENTS A MARCH 1, 2022 FILING
PAGE ID # 736
THAT CLEARLY SHOWS HE IS WITHOUT COUNSEL
AND HE RESPECTFULLY STATES HE HAS NO OTHER
CHOICE BUT TO CONTENd HE IS unduly BEING TAKEN
ADVANTAGE OF.

B) THE SOUTHERN DISTRICT COURT REFUSES
TO APPOINT MR EASON COUNSEL, WHERE THE
CASE IS COMPIEX, TWO, HAS PHYSICAL DISABILITIES
THAT CLEARLY IMPACTS HIS ABILITY TO LITIGATE. 100%
AND THREE THE COURT DOESNT EVEN ANSWER MR EASON
"IN THE SAME WAY THEY DO WHENEVER DEFENDANT FILE SOMETHING"

C) MR. EASON HAS ROTE TO DISTRICT CLERK FOR THIS
COURT HOUSE, THE SOUTHERN DISTRICT AND PRISON
LIBRARY CLERKS AND SUPERVISORS ABOUT THE RULES-
TO APPEAL - TO 7TH CIRCUIT, OR COURT OF APPEALS.
AND MORE. "TO NO AVAIL" MR. EASON DOES NOT
KNOW WHAT THESE THINGS MEAN.

7) YET MR. EASON WITH LITTLE SIMPLICITY
   OR SIMPLE FACTS, ATTEMPTS TO SHOW
   (THE URGENCY) WHAT A DEAF PERSON IN PRISON
   IS "SUBJECTED" TO AND WHEN THEY COMPLAIN,
   AND SEEK REDRESS THROUGH COURTS
   AS PRO'SE PLAINTIFFS (WITHOUT COUNSEL) AND HOW
   THEY ARE TREATED.
   OUR FEDERAL CONSTITUTION PROHIBITS THOSE WHOM
   SUCH CONSTITUTION "PROTECTS" FROM BEING SUBJECTED
   TO SUCH TREATMENTS RATHER ITS A, B, OR C
   A) THE RIGHT TO BE FREE FROM CRUEL AND UNUSUAL
      CLAUSE OF THE 8TH AMENDMENT
   3) FEDERAL DUE PROCESS
   C) THE EQUAL PROTECTION CLAUSE OF THE 14TH AMENDMENT.

8) ASIDE WHAT IS GOING ON IN SOUTHERN DISTRICT COURT
   OR MENARD, OR WHAT CONTINUES TO GO ON
   SINCE THE STIPULATED AGREEMENT IN HOLMES.
   MR EASON CLEARLY SHOWS CAUSE TO THIS COURT
   1) A DELIBERAT INDIFFERENCE WITH MALICE
   2) A CLEAR VIOLATION OF HOLMES SETTLEMENT AGREEMENT
   3) A VIOLATION OF ADA
   4) A VIOLATION OF 8TH AMENDMENT
   5) A VIOLATION OF REHAB ACT
   6) A VIOLATION OF FEDERAL DUE PROCESS
   7) A VIOLATION OF FEDERAL EQUAL PROTECTION CLAUSE.

9) NOW HOLD YOUR HONOR !!!

    BEFORE MR EASON SHOWS YOU THIS. "YOUR HONOR"
HE CONTENDS WHAT HE IS SUBJECTED TO FOR
SHOWING YOU THIS, AND WHATEVER HE IS SUBJECTED
TO IS illEGAl, VIOlATES ILLINOIS LAW, VIOlATES
FEDERAL LAW AND SUCH CONDUCTS VIOlATES
MR EASONS FEDERAL CONSTITUTIONAL RIGHTS.

A) WHICH IS WHY ACTION #1-22-CV-00985 WAS FILED

B) READ (PLEASE) YOUR HONOR THE GRIEVANCE PROCEDURE
    IN ILLINOIS OR THE PLRA IS A FARCE

1) AN ADA GRIEVANCE IS DUE A EQUAL PROCEDURE "IT ISN'T GIVEN"

2.) ANY GRIEVANCE HAS MORE THAN 3 PROCESSES, MORE THAN 3 people
    TO RESPOND EQUAL PROTECTION REQUIRES RESPONSES TO BE
                "INDEPENDENT" WHICH THEY ARE NOT.

3) AT DIXON CORRECTIONAL CENTER QUOTED
    (WHICH IS WHY MR EASON REQUESTS THIS FILING TO BE SEALED)
    (NOT ONLY IS DIXON A GOOD PRISON FOR DISABLED INMATES·
    (THIS PRISON ACTUALLY MEETS THE MARGINS OF THE
    (REHABILITATION ACT AND THE RETURN FOR USEFUL
    (CITIZENSHIP CLAUSE OF THE ILLINOIS CONSTITUTION
    (BETTER THAN ANY OTHER PRISON THAT MR. EASON HAS BEEN IN)
    (YET IN SITUATION(S) LIKE THIS WHERE YOU HAVE People)
    LIKE MR. EASON WHOM CAN WRITE HIS BELIEFS THEY ARE
    THREATENED TO BE RETURNED TO PRIOR PRISON OR "SIMILIAR" PRISONS
    WHERE MR. EASON WAS FACED WITH HARDSHIPS AND UNCONSTITUTIONAL TREATMENTS

6 OF 10

4) MR. EASON RATIONALIZES HE RECIEVED
SO MANY FALSE DISCIPLINARY REPORTS
IN STATEVILLE ALONE THAN MENARD, PONTIAC,
PICKNEYVILLE AND DIXON. HE HAS BEEN IN 5 PRISONS.

MR EASON HASN'T DID ANYTHING WRONG IN DIXON !
HE IS BEING THREATENED WITH A TRANSFER
FROM GRIEVANCE RESPONSE IN
GRIEVANCE # Z20527

THE ONLY PROBLEM IS THIS
- ATTORNEY GENERAL
- GOVERNOR
- IDOC
- WEXFORD
WANTS TO DO WHAT THEY WANT TO DO
THE
ADMINISTRATIVE PROCEDURAL ACT
ADA
REHABILITION ACT
FEDERAL DUE PROCESS
DOES NOT ALLOW THAT ! THATS WHY WE HAVE Holmes ACTION TODAY

TODAY ALL THEY DO IS EMAIL EACH OTHER(S) TO ORCHESTRATE
THE VERY SAME RUN AROUNDS.

THE ONLY THING ABOUT NON-MAXIMUM PRISON
THEY DONT WANT LAWSUITS FILED AT ALL
THEY JUST REFUSE TO PROVIDE EMPROVISIONS WHERE NEEDED

THATS THE ONLY THING WRONG WITH DIXON
"STOP THE EXTRA DRAMA"
THEY WRITE DISCIPLINARY TICKETS "FOR THE FUN OF IT"
AND THEY WANT ONE TO SUFFER AS WELL 100%.

YESTERDAY C/O MS. VICTIM THREAT ME ABOUT A D.R.
TO BAN ME FROM ADA PHONE.

THIS IS WHY I REFUSE TO TALK WITH MY VOICE
WITH STAFF, BECAUSE ITS THE ONLY WAY TO PROTECT
MYSELF. ALL IT TAKES IS TO VERBALLY SAY YES OR NO IN
"IDOC" AND EVERYTHING GOES FAR LEFT.

EVERY COURT WHERE MR EASON'S NAME APPEARS
CRIMINAL, CIVIL, SMALL CLAIMS THE COURTS ARE AWARE MR EASON
CAN SPEAK, THE DIFFERENCE IS THE DEPOSITION RECORDS IN HOLMES
SHOWS MR EASON CAN SPEAK. HE LEARNED FROM HIS FATHER BUT MR EASON'S
FATHER IS NOT IN PRISONS TO PROTECT HIM "TO SAY" THIS IS WHAT MR EASON
IS TRYING TO CONVEY. THATS WHY INTERPRETERS ARE ALWAYS NEED
IF NOT MR EASON CANNOT PROTECT HIMSELF OR IDOC TURNS AND SWITCH
THINGS AROUND!) GRIEVANCE # 220527 AND 2) C/O VICTIM.

8 OF 10

THIS THE PROBLEM PRESENTED BEFORE THIS COURT IN Holmes ACTION

(0.) MR EASON ISN'T EVEN FINISH HE'S JUST GETTING STARTED.

A) REVIEW THE VERY SHORT GRIEVANCE # 220527 DATE JAN 27, 2022

B) MR EASON WAS TOLD BY M.S. TAFT (COUNSELOR)

HEALTHCARE STAFF SAID THEY DON'T HAVE HIS HEARING AID

C) SUCH FALSE STATEMENT "CAUSED" ABOVE GRIEVANCE TO BE FILED

"REQUESTING FOR HEARING AID TO BE PRODUCED"

D) THEN THEY INCLUDING CLINICAL SERVICES AND THEIR SUPERVISOR

MR BLOCK WENT AND SWITCH THINGS AROUND.

1) NOT KNOWING I HAD ALREADY SENT THIS COURT

BY FILINGS SUCH MANNERS HE'S COMMUNICATED TO ME IN WRITING

WHICH WERE DULY UNPROFESSIONAL.

2) THIS IS HOW DUE PROCESS WERE DENIED DURING

GRIEVANCE PROCEDURE

3) THE HAVE WHAT DIXON (THEY) CALL THE ADA COMMITTEE.

DIXON OR IDOC DOES NOT SAY WHO SITS ON THIS COMMITTEE.

THEY BASICALLY OPPERATE LIKE AN ADJUSTMENT COMMITTEE,

WHO HOLDS DISCIPLINARY HEARINGS. YET THIS ADA COMMITTEE DOES

NOT STATE WHO SITS ON THIS COMMITTEE AS DUE PROCESS REQUIRES

AND AFFORDS THEY VIOLATE ILLINOIS ADMINISTRATIVE CODE

ADA, THE ADMINISTRATIVE PROCEDURAL ACT, ILLINOIS DUE PROCESS,

FEDERAL DUE PROCESS, FEDERAL EQUAL PROTECTION AND WOLFF VS

MᶜDONNELL IT IS NOT A FAIR PROCEDURE, NOT EQUAL AND INDEPENDENT

FINDINGS AREN'T MADE WHEN THOSE RESPONDING WERE INVOLVED IN GRIEVANCE

MONICA CARPENTER WHOM WAS INVOLVED
UNCONSTITIONALLY WAS PART OF ADA COMMITTEE
DECIDING ADA GRIEVANCE.

IT GOES BEYOND ALL THAT.

" THEY SWITCHED EVERYTHING AROUND AND THEN "
TARRY WILLIAMS WHOM WAS ALSO A WARDEN AT STATEVILLE
SIGNED "

WHO IS PROTECTED YOUR HONOR?
CERTAINLY MR EASON WASN'T.

MR EASON BELIEVES, THE PRISON MADE HIM TAKE THE TABE
TEST (AS HIS SCORES ARE SUBMITTED.) TO SEE IF HE WAS
RETARDED SO THEY MAY TAKE ADVANTAGE OF HIM.
HOWEVER THE TEST REQUIRES A #6 SCORE TO MEET NORMALCY
MR EASON BARELY FAIL BELOW THE MARGIN WITH #5 SCORE
CLEARLY SHOWING THIS ANY COURT HE ISN'T RETARDED
AND HE CLEARLY NEEDS HELP JUST LIKE IN COURT HE IS
ASKING FOR APPOINTMENT OF COUNSEL THAT IS GOING TO NO AVAIL.

JUST AFTER GRIEVANCE WAS UNCONSTITUTIONALLY DENIED
AND TABE SCORES WERE FRUITFUL THEN MONICA CARPENTER CALLED
MR EASON "SO GRIEVANCE DAMN # 220527" WONT BE FILED.

10 OF 10

11) MR EASON HAS EXHIBITS ATTACHED

ATTEMPT DRAFT OF APPEAL LETTER
SENT TO ARB     EXHIBIT A

GRIEVANCE # 220527   EXHIBIT B
NO COUNSELOR RESPONSE OR DENIED
BY CONSTITUTIONAL LAW

GRIEVANCE OFFICERS RESPONSE
TO GRIEVANCE # 220527   EXHIBIT C
WHERE PROCEDURAL DUE PROCESS WAS NOT
AFFORDED, NO EQUAL PROCESS AND
NO INVESTIGATION
THIS WAS MR EASON'S #2 GRIEVANCE ABOUT
HEARING AID COUNSELOR MS. CAROL
THREW AWAY THE FIRST ONE !
(AS OF 3/1/22 MR EASON HAS REQUESTED LIBRARY ACCESS IN WRITING)
EXHIBIT D   TABE SCORES
EXHIT E   NOTICE OF GRIEVANCE FILED # 220914
EXHIBIT F NOTICE OF GRIEVANCE FILED # 221058
EXHIBIT G  NOTICE OF GRIEVANCE FILED # 220989
EXHIBIT H  MOTION FOR COUNSEL

                    Hannibal Eason #M03226
                      MARCH 9, 2022

<u>AFFIDAVITS</u>

HANNIBAL EASON MO3226 PREPARED THIS AFFIDAVITS. To day
IS MARCH 10, 2022 I ATTEST AND MAY TESTIFY TO THE Following
FACTS IN THE 4 CORNERS OF THIS AFFIDAVITS. I AM A HEARING
DISABLED INDIVUAL IN THE CUSTODY OF ILLINOIS DEPARTMENT
OF CORRECTIONS (DIXON CORRECTIONAL CENTER) I HAVE PREVIOUSLY
FILED A CIVIL SUIT IN FEDERAL COURT CHALLENGING PROCEDURES
STATUES, PLRA AND LAWS WHERE MY RIGHTS WERE VIOLATED
TO INCARCERATE ME, AND MY RIGHTS CONTINUE TO BE
VIOLATED WHILE IN FULL CUSTODY OF THE STATE OF ILLINOIS.
THAT ACTION IS EASON V. RAOUL et al #1-22-CV-00985
JOHN EILERS AND ROB JEFFREY ARE ALSO DEFENDANTS IN SUCH
lAWSUIT CLAIMING CONSPIRITORIAL PRACTICES. EVERYONE WILL POINT
THEIR FINGERS RATHER ITS JOHN EILERS DAVID MITCHELL, ATTORNEY GENERAL
IT DOESN'T MATTER THEY ALL ARE BEING HELD RESPONSIBLE. YESTERDAY
MY FEDERAL RIGHT TO FILE A GRIEVANCE WAS (DENIED) VIOLATED
WHEN IDOC DIXON AND PICKNEYVILLE DEPRIVED ME OF EQUAL
GRIEVANCE PROCEDURE. THE HOLMES COURT (NORTHERN DISTRICT) IN ILLINOIS
HAS COPY OF RECIEPT OF GRIEVANCE #3775-11-21 SUBMITTED AT DIXON.
I RECIEVED A SIGNED DENIAL OF IT YESTERDAY IN MAIL WITH ANOTHER
RECIEPT OF GRIEVANCE # 221086. THE STATE FALSIFIED DATES ON GRIEVANCE
SO I MAY NOT APPEAL IT APPROPRIATELY MY RIGHTS WERE VIOLATED

NOTARY

3-24-22

OFFICIAL SEAL
MEGAN JONES
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires 2/1/26

AFFIANT Hannibal Eason

MARCH 10, 2022

EXHIBIT OF AFFIDAVITS
PREPARED MARCH 10, 2022
ATTACHED WITH OTHER DOCUMENTS
MY FOCUS WAS ON DRAFTING
SOMETHING TO THIS COURT
TODAY MARCH 10, 2022 IT CAME
TO MY ATTENTION AND I ATTACHED
IT HERE

THIS EXHIBIT REFLECTS MAIL RECIEVED MARCH 09, 2022

Hannibel Easton
#M03226

A

CLASSMEMBER HANNIBAL EASON #M03226 REQUEST LEN
TO SUBMIT THIS IS WHAT ILLINOIS SUBJECTS "USE" TO

IN SUPPORT ON MARCH 4 2022 BEFORE THIS
HONORABLE COURT THE PROBLEM IN ILLINOIS
PRISON SYSTEM IS THEY DO NOT WANT TO SPEND
FEDERAL FUNDS THEY HAVE RECIEVED.
#1) THIS IS THE PROBLEM TODAY
#2) THIS DOCUMENT WILL BE USED IN GRIEVANCE # 220 527
#3) THIS PLAINTIFF, CLASSMEMBER, INDIVIDUAL IN CUSTODY
AND MOST OF ALL HAS MENTAL ILLNESSES
ONE OF WHICH IS ATTENTIVE DISORDERS.
#4) PLAINTIFF PRESENTED IN HIS CLEMENCY PETITION
THAT DEAFNESS "IS" QUOTED A MENTAL ILLNESS.
( THIS IS AN ARGUMENT FOR ANOTHER TIME)
5) THE PLRA IS NECESSARILY A 3 TO 4 STAGE PROCESS
WHERE AT ENDS 3 AND 4 PRISON WARDEN #1 TARRY WILLIA
AND IDOC DIRECTOR ROB JEFFREYS ARE SUPPOSED TO
MAKE INDEPENDENT FINDINGS. THIS PLAINTIFF HAS
CLEARLY CAME BEFORE THIS COURT AND ESTABLISHES
WITHOUT QUESTION THAT HIS PROCEDURAL RIGHT
TO DUE PROCESS WAS VIOLATED, HIS STATE DUE PROCESS
RIGHTS AND FEDERAL DUE PROCESS RIGHTS WERE VIOLATED ON
MARCH 1, 2022 HE DEMONSTRATES HERE How.

#6) HIS DEMONSTRATION SUPPORTS HIS CLAIMS
OF CONSPIRACIES IN ILLINOIS IN A 443 PAGE
ACTION FILED FEB 25, 2022
EASON V RAOUL  #1-22-CV-00985
#7) PLAINTIFF READ SOMEWHERE THE DIFFERENCES ABOUT
GRIEVABLE, ISSUES, INCLUDING GRIEVANCES RULED
NON-GRIEVABLE CAN BE MATTER OF SUIT, YET THE MAIN
FOCUS HERE, HAS SOMETHING TO DO WITH MATERIALS
READ BEFORE (THE DIFFERENCES) IN OTHER WORDS
THIS CLASSMEMBER AFTER RECIEVING A DENIAL
TO GRIEVANCE #220527 HE COULD HAVE FILED A
GRIEVANCE PERTAINING TO THE ADA GRIEVANCE
PROCESS AT DIXON JUST LIKE EVERYWHERE ELSE
AND HOW HIS RIGHTS WERE VIOLATTED. THE STAFF THAT
GIVE HIM MAIL MARCH 3, 2022 SITE TOLD PLAINTIFF
THEY DIDNT HAVE ANY GRIEVANCES. NECESSARILY
CLASS MEMBER COULD HAVE TRAPPED IDOC IN SECOND
GRIEVANCE YET ALL HE HAS TO DO IS SHOW THE
VIOLATION ALREADY OCCURED THROUGH GRIEVANCE
EXECUTED.

2

DIXON HAS WHAT THEY CALL THE ADA COMMITTEE
FIRST DOES ROB JEFFREYS APPROVE OF THIS?
SECONDLY DOES ANDY WINTERS APPROVE OF THIS?
THIRD KWAME RAOUL AND HIS OFFICE CANT
REPRESENT IDOC AS OF FEB 25, 2022 FILED ACTION,
SO ITS HIGHLY SUGGESTED TO KEEP THEIR MOUTHS SHUT.
ALL THEY DO IS "PUT LIES TOGETHER" THAT GETS THEM SUED.
FOURTH CLEAR NEGLIGENCE CONSTITUTES DELIBERATE
INDIFFERENCE, AND MALICIOUSNESS, AND THE REFUSAL
TO CORRECT A MATTER THEY HAVE AND HAD FULL KNOWLEDGE OF
FIFTH THEY KEEP SAYING THE ADA COMMITTEE
AS IF IT JUSTIFIES SOMETHING. IN REALITY ALL IT
DOES IS SUPPORTS HOW PLAINTIFFS ADA RIGHTS
WERE VIOLATED.
ALL PRISONERS MUST BE ON NOTICE OF WHO SITS ON THE
ADA COMMITTEE.
AT DIXON MAR BLACKBURN IS THE FACILITY ADA
COORDINATOR THE HOLMES AGREEMENT DOES NOT
STIPULATE TO SOME GARBAGE CALLED
   ADA COMMITTEE UNLESS IDOC
NOT DIXON CAN SHOW IT WORKS.


THIS DECLARATION SHOWS IT IS NOT

SO FAR FROM INFORMATION AND BELIEF
INCLUDING CONDUCTED INVESTIGATIONS
MONICA CARPENTER
COUNSELOR SUPERVISOR MR. BLOCK
WARDEN #3 ANDREA TACK
MAX BLACKBURN
MR. BONNELL
TO SIT ON ADA COMMITTEE INVOLVING AN ADA
GRIEVANCE IN WHICH THEY WERE ALREADY
APART OF MATTER IN WHICH IS BEING GRIEVED
VIOLATES THE EQUAL PROTECTION CLAUSE
OF FEDERAL DUE PROCESS

WHICH IS WHY THE FEDERAL COURTS IN THE
PAST HAVE ISSUED PRISON BOARDS
QUOTED COMMITTEES MUST CONSIST OF
AT LEAST ONE MINORITY. THE AD ABOVE
ARE MAJORITES. ALL WHITE!

I HAD TO GO ALL THE WAY AROUND THE TABLE TO
SHOW THAT INSTEAD OF COMING OUT AND MAKING
IT LOOK LIKE A RACIST THING. TO BE WHITE DOES
NOT MEAN YOUR RACIST, YET WHEN IS CONCERNS
A GROUP OF WHITE FOLKS AND ONE BLACK MAN
SUCH BLACK MAN IS PREJUDICED.

3

WHEN SUCH ANY MAN IS PREJUDICED IN A PROCEEDING
HIS FEDERAL RIGHT TO THAT PROCEEDING TO BE
CONDUCTED WITH FUNDAMENTAL FAIRNESS
IS VIOLATED

NOW LOOK AND BEHOLD FROM THE WORDS
OF MR BLOCK'S OWN MOUTH.

THE COURT HAS COPYS OF MR. BLUCKS
COMMUNICATION TO MR EASON AND SUCH
COMMUNICATION WASN'T ANY WHERE NEAR
PROFESSIONAL IT WAS DISRESPECTFUL
AND BELITTLING.

NOW LETS GO TO THE 4 CORNERS OF GRIEVANCE
OFFICERS REPORT. FIRST LETS NOT FORGET
GRIEVANCE OFFICERS REPORT IS SECOND STAGE!
GRIEVANT WAS NOT AFFORDED DUE PROCESS OF
FIRST STAGE AND FIRST STAGE IS THE APPROPRIATE
STAGE TO GATHER INFORMATION AND FACTS.

NO PROCEDURE SHALL BE BASED UPON RATHER
A PERSON IS LIKED OR NOT. IF SO SUCH AS
GRIEVANT EVERYONE IS IN GRAVE TROUBLED TO BE LIKED
OR DISLIKED BY THE WRONG PERSON

3/3/22       Hannibal Eason M0322D

Unidad de Vivienda: _____ Unidad de Vivienda: _____ Número de Cama: _____

**DEPARTAMENTO DE CORRECCIONES DE ILLINOIS**
**QUEJA DEL OFENSOR**

1er nivel rec: _B_        2do nivel rec: _____

| Fecha: 1/27/22 | Delincuente: (Sírvase imprimir) _Hammmisn Easson_ | ID#: _M-03226_ | Raza (Opcional): _Hammm Being_ |
|---|---|---|---|
| Instalación actual: _Stateville_ | | Instalaciones donde el reclamo ocurrió: _Dixon_ | |

**NATURALEZA DE LA QUEJA:**

☐ Bienes personales    ☐ Manejo de correo    ☐ Restaurar buena conducta    ☑ Alojamiento de ADA Disabilidad

☐ Conducta personal    ☐ Dietéticos    ☐ Tratamiento médico    ☐ HIPAA

☐ Denegación de transferencia por servicio    ☐ Otro (especifique): _Bad mental Health Assesssment Notes_

☐ Informe disciplinario: _____ Fecha de informe _____ Instalaciones donde se emitió _____

**Nota:** Las negaciones de custodia preventivas pueden ser sometidas como quejas, tanto en la administración local como en la notificación de estado de custodia protectora..

**Completo: Adjuntar una copia de cualquier documento pertinente (por ejemplo, un Informe disciplinario, Inspección de la celda, etc.) y enviar a:**

    **Consejero,** a menos que el tema implica la disciplina, se considera una emergencia o está sujeto a revisión directa por la Junta de revisión administrativa.
    **Queja oficial,** solo si la cuestión implica la disciplina en la instalación actual o la cuestión no resuelta por el consejero.
    **Oficial Administrativo Jefe,** solo si la **EMERGENCIA queja.**
    Junta de revisión administrativa, solo si la cuestión implica transferencia negativa por el Coordinador de transferencia, custodia preventiva, administración involuntaria de drogas psicotrópicas, cuestiones de otra instalación excepto bienes personales, cuestiones o problemas no resueltos por el oficial jefe administrativo.

**El resumen del Agravio** (Proporcionan la información incluso una descripción de lo que pasó, cuando y donde pasó, y el nombre o información que se identifica para cada implicado(a): _No English Grievances have been made avail. Today I shaving counselor (?) as I trying disperance his notes to comply. I ate with some one with severe d... my bowels. I was ask and asked. Done, and asked to speak with necessary interpreters for this. Floyd states intentions. Even inmates listed so they can explain time what she said. My answers... is a feelings needed. Use of my feelings, and they are... Physical I need crisis. I for Admin sensitive come M... The notes were consistent. That such I only... the distances... two days. My grievance fails within one to say. Overdue re: claim my ADA Rights... the service is 8th and 14th USCA. I have had a 4 technique... later today (??) until... a sufficient..._

**El Alivio Pedido:** _practice my feeling... on (Org...) I need (...) and note re: my hearing... they were filed. Me Oct 2nd I was never... the identity of all names here at... for that appointment. And one of these? the way my vis... (when... my appointment... (Stateville) never returned... ...grievance is... returned and... I was still... with forced (...)_

☐ Solo marque aquí si se trata de una queja EMERGENCIA debido a un riesgo sustancial de inminente lesiones personales u otros graves o _____ irreparables dañan a sí mismo.

☐ Solo marque aquí si no se trata de una queja EMERGENCIA _✗ no Emergency_

_Hammm Easson_ (Firma del delincuente)      _M-03226_ (ID#)      _JAN 27, 2021_ (Fecha)

**(Seguir en reverso, si es necesario)**

---

**Respuesta del consejero (si procede)**

Fecha Recibido: _____

☐ Enviar directamente al reclamo oficial      ☐ Fuera de competencia de esta instalación. Enviar a Junta de revisión administrativa, P.O. Box 19277, Springfield, IL 62794-9277

Respuesta: _____

_____

_____

_____

_____

Imprimir/nombre del Consejero      Firma del consejero      Fecha de respuesta

---

**REVISION DE EMERGENCIA**

Fecha Recibido: _____

Esto determina que es un carácter de emergencia?

☐ Si; acelerar la queja de emergencia
☐ No; una situación de emergencia no es justificado/justificada. Ofensor debe presentar está queja de la manera normal.

Firma del oficial Administrativo Jefe _____      Fecha _____

Distribución: Archivo maestro; Delincuente      Página 1      DOC 0046spanish (Rev. 1/2020)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

**RESPONSE TO OFFENDER'S GRIEVANCE**

| Grievance Officer's Report | | |
|---|---|---|

**Date Received:** 01/28/2022     **Date of Review:** 02/15/2022     **Grievance #** (optional): 220527

**Offender:** Hannibal Eason                                   **ID#:** M03226

**Nature of Grievance:**

Eason grieves the repair and return of a left hearing aid and the repair and return of a vibrating watch.

**Facts Reviewed:**

Grievance was reviewed by ADA member and Director of Nursing Monica Carpenter. She states the following with regard to his hearing aid, "Please be advised that his hearing aid has been in the HCU. The tubing was fixed which is what he reported the problem was. When healthcare attempted to return it to him hew was pulling on the tubing stating it was not fixed and refused to take it back. He never attempted to place the hearing aid in his ear, just refused. He does have a scheduled appointment with UIC ENT to discuss cochlear implants which would resolve the issues he is reporting now. He was transferred here with the approval for seeing an ENT specialist to discuss possible cochlear implants. His situation was discussed with the audiologist that comes not only to Dixon but to other institutions. She recommended UIC ENT since the cochlear implants were the previously discussed plan of care.

Eason will be reissued an ADA vibrating watch as they are in stock and available.

**Recommendation:**

Based on a total review of all relevant information, this ADA Committee member and grievance officer recommends grievance be denied.

_R A Block  ws_                                   _[signature]  ws_
Print Grievance Officer's Name                     Grievance Officer's Signature
**(Attach a copy of Offender's Grievance, including counselor's response if applicable)**

| Chief Administrative Officer's Response | | |
|---|---|---|

**Date Received:**  3-1-22      ☒ I concur     ☐ I do not concur     ☐ Remand

**Action Taken:**

_T. Williams_                                   _3-1-22_
Chief Administrative Officer's Signature                     Date

| Offender's Appeal To The Director | | |
|---|---|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. **(Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)**

None made

_[signature]_                    _M03226_              _March 3, 2022_
Offender's Signature                     ID#                     Date

D

Name: Eason, H.          ID M 03226          HU 42:54

Your TABE scores are as follows:

Reading: 5

Math: 5

Average: 5

You have been places on the following waitlist: Mandatory

- [ ] Non mandatory ABE
- [ ] Advanced ABE
- [ ] Career Tech
- [ ] Adult Secondary Ed (GED)
- [ ] Commercial Custodial Class

Lake Land College classes

- [ ] Commercial Cooking – not offered at this time
- [ ] Construction Occupations
- [ ] Cosmetology



# State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | M03226 | **Counseling Date** | 03/01/22 07:25:26:313 |
| **Offender Name** | EASON, HANNIBAL | **Type** | Personal |
| **Current Admit Date** | 03/13/2009 | **Method** | Grievance |
| **MSR Date** | 05/22/2046 | **Location** | DIX   CLINICAL SERVICES |
| **HSE/GAL/CELL** | NW-42-54 | **Staff** | BENITEZ, NICOLE M., Office Coordinator |

Grievance received in the G.O. and assigned #220914, dated 2/16/22 pertaining to
OTHER-GTL-CONSTITUTIONAL VIOLATIONS/DISCRIMINATION; MARKED ADA. Grievance is being
forwarded to ADA COMMITTEE for their review at the first level.



# State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---:|:---|---:|:---|
| **IDOC #** | M03226 | **Counseling Date** | 03/02/22 10:50:27:957 |
| **Offender Name** | EASON, HANNIBAL | **Type** | Personal |
| **Current Admit Date** | 03/13/2009 | **Method** | Grievance |
| **MSR Date** | 05/22/2046 | **Location** | DIX  CLINICAL SERVICES |
| **HSE/GAL/CELL** | NW-42-54 | **Staff** | BENITEZ, NICOLE M., Office Coordinator |

Grievance received in the G.O. and assigned #221058, dated 2/27/22 pertaining to STAFF CONDUCT, MARKED ADA. Grievance is being forwarded to ADA COMMITTEE for their review at the first level.

**Print Date** 3/2/2022

RECEIVED
NOV 22 2021

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender's Grievance**

| Date: 11-18-21 | Offender (please print): HANNIBAL EASON | ID #: M-03226 | Race (optional): HUMAN RACE |
|---|---|---|---|
| Present Facility: PICKNEYVILLE | | Facility where grievance issue occurred: PICKNEYVILLE | |

**Nature of grievance:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report

- [ ] Mail Handling
- [ ] Dietary
- [ ] Other (specify):

- [ ] Medical Treatment
- [ ] HIPAA

- [x] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

Date of report _____ Facility where issued _____

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board.
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor
**Chief Administrative Officer,** only if EMERGENCY grievance
Mail to **Administrative Review Board,** only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

To "CAPRICIOUSLY" ACT OR CARRY OUT A CONDUCT "WITHOUT" ASSERTING SUCH CONDUCT IS RIGHTEOUS DOES TWO THINGS - 1) VIOLATES DUE PROCESS (FEDERAL & STATE) I HAVE SUFFERED, I AM CONTINUE I SUFFER FROM SUCH CONDUCT. HOWEVER IT IS A CONDUCT WHEN A ACT OR PROCEDURE HAS BEEN CARRIED OUT BY DAVID MITCHELL ROB JEFFREIS THE IDOC ADA COMPLIANCE OFFICER AND CHRISTINE BROWN AND THEIR SUBORDINATES. THE SECOND THING DONE WAS ACTING WITH MALICIOUS INTENT TO SEEK A REASON "TO NOT FIX OR RETIFY ADA ACCOMMODATION (PITONE) WITHOUT EXTENTIVE INVESTIGATION SHOWS TRAUMA (MENTALLY) DOING SO WITHOUT A PROCEDURE VIOLATED A.D.A. A.P.A AND 8TH AMENDMENT

**Relief Requested:** [x] Continued on reverse

IF THIS GRIEVANCE NEEDS TO BE WRITTEN AGAIN COUNSELOR TO HELP ME. (THIS INCLUDE HUMANE RACE). TO STOP CONSPIRITORIAL PRACTICES OF DENYING ANY ADA NEED HIRE IISCENSED DA COORDINATE THE PRACTICES GOES AGAINST MY FEDERAL RIGHTS. AFFORD DUE PROCESS IN ITS FULLEST AUTHORITY INVESTIGATE EACH "ADA" RAMIFICATION BEFORE VIOLATING ADA RIGHTS. RESTORE ALL PITONE PRIVILEGE PUT ALL PITONE RULES IN WRITING WITH HOLMES COURT IN AGREEMENT TO SUCH RULES PUNK V SS V REASON FIX ADA PHONE PRODUCE ADA PLAN IN ONE OSTER TO SEE ME WITH INTERPRETER PLAY BACK - TRU IN - HEARING AIDS MRI REPORTS PROVIDE INTERPRETER AT CII EACH

- [ ] Check only if this is an **EMERGENCY** grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.
- [x] Check if this is **NOT** an emergency grievance.

GIVE US VIBRATION WATCH PUT CLOSED CAPTION ON ALL MOVIES NOT SOME OR I SEEK DAMAGES FOR REFUSAL TO REMEDY ISSUES COPY OF COVID RECORDS

| Hannibal Harold Eason | M-03226 | 11/18/21 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)    Date Received: _____    [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response:

_____

_____

_____

_____

_____

_____

_____

_____

_____

| Print Counselor's Name | Sign Counselor's Name | Date |
|---|---|---|

Note to offender: If you disagree with the counselor's response, it is your **responsibility** to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**    Date Received: _____

Is this determined to be of an emergency nature?

- [ ] Yes, expedite emergency grievance
- [ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

_____    _____
Chief Administrative Officer's Signature    Date

Distribution: Master File; Offender    Page 1 of 2

Assigned Grievance Officer:

1st Lvl rec:

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

2nd Lvl rec:

THIS IS THE 2ND GRIEVANCE I HAD TO WRITE IN LAST 22 HOURS. THE FIRST WAS RETURNED
DOCKET # ~~3-735-11-21~~ SO NOW IT SHIFTS TO ME THAT "TO BE BRIEF" IDOC STILL RUNS AROUND
ISSUE, SO WE 1190 DEEPER THAN THE SORT. THE LAW OF THE LAND PERMITS ME TO SIMPLY
CLAIM A CONSPIRACY TO DENY ADA NEEDS. THIS IS WHAT I HAVE EXPERIENCED SINCE APRIL 2021
REFUSING ME ADEQUATE MEDICAL ATTENTION BECAUSE I REQUEST TO SEE DR MERY L WITH
AN INTERPRETER. THE STATE (ADA) LAW AND CONTRACT IS IDOC OFFICIALS CAN NOT
"SUB" IN FOR OR "AS" AN INTERPRETER. THEY DID THIS DURING A BIRTHDAY CHECKUP YET
SINCE THEN AND BEFORE THEN THE ADA COORDINATOR (CHRISTINE BROWN) AT PICKNEYVILLE
CONTINUES TO DEVIATE THESE CONCERNS CLEARLY BROUGHT TO HER ATTENTION IN
PERSON. I HAVE CLEARLY ESTABLISHED INDIVIAL CAPACITY IN COURT TO SEEK A TRIAL AND
DAMAGES FOR SAID VIOLATIONS OF INDIVIAL RIGHTS HEREIN THE 4 CORNERS OF THIS GRIEVANCE.
THE GRIEVANCE PROCEDURE IN ILLINOIS IS NOT EVEN FAIR AT ALL EVEN AS THE CLINICAL SERVICES FILES
"SHOW" A STAFF MEMBER INTERPRETING THEY CONTINUE WHAT THEY INTERPRETED. THIS GRIEVANCE
IS A CLEAR EXECUTION OF MY FIRST AMENDMENT TO SEEK REDRESS. PROBLEM WITH HEARING AIDS.
ORANGE CRUSH DIDNT LEAVE A SHAKEDOWN SLIP 9-27-21 WHEN THEY STOOK DOWN CELL AS FILED IN
A GRIEVANCE BY OTHERS IN 2 HOUSE. MY EAR MOLD WAS SENT TO CHRISTINE BROWN AND CASE THAT
WAS BROKEN DURING TACTICAL TEAM SHAKEDOWN. SINCE THEN THEY IDOC HAVE
DONE NOTHING ABOUT HEARING AIDS. THE SAME GOES FOR MY CROWN, MRI REPORTS—
MY BACK "LOCKING UP" ON ME THIS CONTINUES. THE LAW ONLY REQUIRES I SHOW A PATTERN
BEFORE TRANSFER INTO DICKNEYVILLE, THE SAME PATTERN OCCURRED AT MENARD WITH HE SAID
C.A.O. TOLD ME HEY DEAF MOTHERFUCKER COME HERE GET YOUR ASS AT THE END OF THE LINE "
C.A.O IS NOW WARDEN #1 AT PICKNEYVILLE. WHEN AT MENARD HE WAS SIMPLY A L.T WHO HAS
NEVER BEEN A MAJOR. THIS ELEMENT SHOWS A COMPLETE FLAW IN ROBERT JEFFREY'S SYSTEM. THE
COMPLETE LACK OF EXPERIENCE! CHRISTINE BROWN DOES NOT HAVE ANY LISCENSE TO BE AN ADA
COORDINATOR. KYLE DURCEVLOR. DAVID MITCHELL WITHOUT FEDERAL CREDITIALS HOW CAN ANY
ONE OF THEM PRODUCE IN COURT OF LAW THAT AN EXTENTIVE INVESTIGATION WAS CARRIED OUT
"BEFORE A CONDUCT" A ADA COMMUNICATION HAS FAILED AND REFUSED BY BROWN TO BE
FURNISHED IN THESE REGARDS INCLUDING INTERPRETER FOR CHAPLAIN SERVICES. SINCE APRIL 2021
IVE BEEN PATIENCE AND NOTHING ADDRESS OTHER THAN THE INDOCTRINATIONAL "MINDSETS" I AM A
STATE OFFICIAL I CAN DO WHAT I WANT AND AS I PLEASE. THIS IS ONLY TRUE IF SUCH CONDUCTS ARE
IN ACCORDANCE TO EQUAL PROTECTION CLAUSE OF 14TH AMENDMENT OF FEDERAL CONSTITUTION (PLAINTIFF
CLAIMS CONDUCTS ARE NOT. NOV 2, 2021 TO NOV 5, 2021 DAVID MITCHELL AND HIS INVOLVED SUBORDINATES
IN THEIR INDIVIAL AND OFFICIAL CAPACITY SABOTAGED A ADA PHONE (NEVER) BY 1 SIGN OFF 2 WAYS
THEY SIGNED OFF ON A PUNISHMENT WITHOUT A PROCEDURE NOT ONLY WITHOUT A PROCEDURE.
YET WENT SO ABSURD WITH A DISCRETION TO BAN A ADA PHONE'S USETH TO PARTICULAR PEOPLE
WHO IN THE WORLD IS ROB, DAVID OR ANY ONE TO DO A ANY BAN WITHOUT DUE PROCESS OF LAW ?
NO DUE PROCESS WAS EVER AFFORDED. GRIEVANT HAS ESTABLISHED ALL ABOVE STATE OFFICIALS WERE
AND CONTINUE TO BE AWARE OF MR. EASON'S ADA NEEDS. AND THAT CONDUCTS WERE ONLY RETALIATIVE
IN FORMS OF NOT LOOKING FOR WAY TO FIX ISSUES. INSTEAD I CLAIM MY RIGHTS UNDER ADA AS A
WARD OF THE STATE AND FREE CITIZENS WERE VIOLATED BECAUSE CONDUCTS SHOWS SIGN OFF
WAS ONLY DID "TO NOT HAVE TO FIX ISSUE" WITH PHONE WHICH HAS BEEN ONGOING SINCE JULY I CAN
CLAIM UPON INFORMATION AND BELIEF SUCH ONLY CONTINUES BECAUSE A LAWSUIT WAS FILED
AGAINST MENARD FOR INDIVIAL RIGHTS BEING VIOLATED INCLUDING DENIAL OF ADEQUATE
MEDICAL TREATMENT. I HAVE THE CONSTITUTIONAL PROTECTIONS TO HAVE A ADEQUATE
WORKING ADA PHONE (ADA PHONE IS NOT A VISIT ITS A DEAF PRIVILEGE IDOC HATES)
I HAVE A RIGHT TO ENJOY ALL SERVICES PROVIDED BY IDOC (1983 VIOLATION
RELIGION VIOLATION (NO INTERPRETER) ADEQUATE MEDICAL ATTENTION HAS BEEN
REFUSED. BOOK USE INTERPRETER WAS REQUESTED. ALL ABOVE HAVE BEEN NAMED
IN THEIR INDIVIAL CAPACITY TO QUICKLY REMEDY EACH ADA NEED ASSERTED
AND NOT CARRY OUT ANY FORMS OF RETALIATION. I LIKE TO BE TREATED FAIRLY
DO MY TIME IN PEACE" AND NOT BE EXCLUDED AS REHABILITATION ACT REQUIRES

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE**

| Grievance Officer's Report | | |
|---|---|---|
| Date Received: 11/22/2021 | Date of Review: 01/13/2022 | Grievance # (optional): 3775-11-21 |
| Offender: Hannibal Eason | | ID#: M03226 |

**Nature of Grievance:**

Staff conduct/ADA

**Facts Reviewed:**

Grievant claims that "he has suffered and continues to suffer as he is being violated his due process and we are acting with malicious intent to seek reason to not fix or rectify ADA accommodation (phone) without extensive investigation. Grievant claims this is the second grievance he had to write in 72 hours and the first was returned, 3730-11-21. Grievant claims that since April 2021 he has been refused adequate medical attention because he requested to see Dr. Myers with an interpreter. Grievant claims that the state (ADA) aw and contract is IDOC officials cannot "sub" in for or "as" an interpreters and they did this during a birthday checkup. Grievant claims that since then and before then the ADA Coordinator Christine Brown continues to deviate these concerns, clearly brought to her attention in person. Grievant claims the grievance procedure in Illinois is not even fair at all even as the Clinical Services files "show" a staff member interpreting they don't show what they interpreted. Grievant claims that orange crush didn't leave a shakedown slip 9/27/21 when they shook down his cell as filed in a grievance by others in 2 house. His ear mold was sent to Christine Brown and case that was broken during shakedown. Grievant claims that since then IDOC has done nothing about hearing aids and the same goes for his Crohn, MRI reports, back locking up. Grievant claims that the law only requires he show a pattern before transfer into PNK, the same pattern occurred at Menard where said CAO told him "hey deaf mother fucker come here get your ass at the end of the line" CAO is now Warden #1 at PNK when at Menard he was simply a Lt. who has never been a Major.

continued...

**Recommendation:**

Based upon a total review of all available information, it is the recommendation of this Grievance Officer that the grievance be DENIED.

C. Hale, CCII

_____  _____
Print Grievance Officer's Name    Grievance Officer's Signature
**(Attach a copy of Offender's Grievance, including counselor's response if applicable)**

| Chief Administrative Officer's Response | | | |
|---|---|---|---|
| Date Received: 1/14/22 | ☑ I concur | ☐ I do not concur | ☐ Remand |

**Action Taken:**

FALSIFED DOCUMENT MAILED TO GRIEVANT ON MARCH 9, 2022 WHAT IS THIS ? A CLEAR Federal VIOLATION

THEY Turned OFF CAMERA LASTNIGHT

_____      7/14/22
Chief Administrative Officer's Signature           Date

| Offender's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

_____      M03226      MARCH 10, 2022
Offender's Signature           ID#           Date

Reproduced for Personal Reuse

ILLINOIS DEPARTMENT OF CORRECTIONS

**RESPONSE TO OFFENDER'S GRIEVANCE** (Continued)

Page 2 (con't)

Hannibal Eason, M03226                                    Grievance #3775-11-21

Grievant claims that the ADA Coordinator has failed and refused to furnish an interpreter for Chapel services. Grievant claims that since April 2021 he has been patient and nothing adds up. Grievant claims that officials have sabotaged ADA phone need by a sign off 2 ways, they signed off on a punishment without a procedure not only without a procedure yet went to abrupt with a discretion to ban ADA phones usage to particular people. Grievant claims that state officials were and continue to be aware of his ADA needs and that conducts were only retaliative in forms of not fixing the issues, instead his rights under ADA were violated."

Relief requested: "To stop conspiratorial practices of denying any ADA need hire licensed ADA coordinator the practices goes against his federal rights, afford due process in it's fullest authority, investigate each ADA ramification before violating ADA rights, restore all phone privileges, put all phone rules in writing with Holmes Court agreement, fix ADA phone procedure ADA plan to him doctor to see him with an interpreter for back, Crohn, hearing aids, MRI reports, provide interpreter at church, give vibration watch, put closed caption on all movies, not some, damages for refusal of remedy issues and a copy of COVID records."

RESPONSE:

Per Assistant Warden Crow: I have spoken to Eason several times over the past few weeks regarding Chapel services and working toward providing interpreter services for him. He is well aware of the status. Chaplain is prepared to move forward with scheduling these services once cable has been installed in the Chapel. I was advised yesterday maintenance has completed this. Kyle is getting TV hooked up and we should be ready to go. I asked Eason last night to give me a couple weeks to get it up and going. This took many different departments working together to make this happen. I wish it would have been as simple to just call the vendor and we were done. I think we are finally there and as a result of installing this equipment Chaplain will be able to provide a wider variety programming to the population overall.

Per HCU/ADA Coordinator: The nurse came to me today about him not talking to her at NSC. I told her he needed an interpreter even though he can talk and write it is to be scheduled. She placed him on the MD line and noted an interpreter should be set up for the appointment. . I know Mental Health has utilized the interpreter. We have no issue with reasonable accommodations and so does his attorney.

This Grievance Officer has been advised that Eason completed approximately 918 calls during the month of November and approximately 30 calls on 12/1/21, before he was transferred out of PNK. I have been advised that grievant was unhappy with the fact that he was not allowed to use a certain machine to make calls but was afforded the opportunity to use the VRS machine to make his calls. I was advised that grievant claimed that the VRS machine was not the same quality as the Sorensen machine.

Several contacts were made with outside people in regards to grievants complaint of the VRS machine going in and out while on a call. It was determined that some of the poor reception and disconnection of the phone is due the the party on the other end of the line driving around during the call. When the party on the other end of the line is not moving and has a hot-spot on a laptop or parked somewhere, the call is fine.

This Grievance Officer is unsure of what he is actually grieving. I have been involved in multiple emails concerning issues regarding this individual in custody, since his arrival at PNK. I have tried to address what issues I knew there were with using the VRS/Sorensen machine and an interpreter.

I cannot address any other medical/ADA concerns as grievant has since transferred from PNK to Dixon Correctional Center on 12/2/21.



# State of Illinois - Department of Corrections
## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | M03226 | **Counseling Date** | 03/02/22 10:50:27:957 |
| **Offender Name** | EASON, HANNIBAL | **Type** | Personal |
| **Current Admit Date** | 03/13/2009 | **Method** | Grievance |
| **MSR Date** | 05/22/2046 | **Location** | DIX   CLINICAL SERVICES |
| **HSE/GAL/CELL** | NW-42-54 | **Staff**  BENITEZ, NICOLE M., Office Coordinator | |

Grievance received in the G.O. and assigned #221058, dated 2/27/22 pertaining to STAFF CONDUCT, MARKED ADA. Grievance is being forwarded to ADA COMMITTEE for their review at the first level.

**Jones, Megan**

| | |
|---|---|
| **From:** | ilsd_nef@ilsd.uscourts.gov |
| **Sent:** | Tuesday, March 1, 2022 3:08 PM |
| **To:** | ilsd_nef@ilsd.uscourts.gov |
| **Subject:** | [External] Activity in Case 3:20-cv-01157-RJD Eason v. Pritzker et al Motion to Appoint Counsel |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**Southern District of Illinois**

**Notice of Electronic Filing**

The following transaction was entered on 3/1/2022 at 3:08 PM CST and filed on 3/1/2022

| | |
|---|---|
| **Case Name:** | Eason v. Pritzker et al |
| **Case Number:** | 3:20-cv-01157-RJD |
| **Filer:** | Hannibal Dwan Eason |
| **Document Number:** | 54 |

**Docket Text:**
**MOTION to Appoint Counsel by Hannibal Dwan Eason. (jaj)**

**3:20-cv-01157-RJD Notice has been electronically mailed to:**

Megan Ann Ditzler    Megan.Ditzler@ilag.gov, gls@ilag.gov, Megan.Heriford@ilag.gov, nathan.sloan@ilag.gov, sheryl.travis@ilag.gov

**3:20-cv-01157-RJD Parties and Attorneys without registered email addresses requiring notice by other means:**

Hannibal Dwan Eason
M03226
DIXON CORRECTIONAL CENTER
2600 North Brinton Ave
Dixon, IL 61021

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS (EAST ST. LOUIS)

EASON
v
PRITZKER ET. AL                          #3-20-CV 01157-RJD

MOTION FOR APPOINTMENT OF COUNSEL
DOCUMENT # 44 PLAINTIFF HAS BEEN PREJUDICED
THIS IS CLEARLY A QUESTION OF LAW BEFORE THE COURTS

IN SUPPORT

PLAINTIFF IS LEGALLY DISABLED, AND HAS A MENTAL
INNESS. THE COURT DOES NOT DEMONSTRATE TO PLAINTIFF
HOW HE CAN APPEAL TO DENIAL OF COUNSEL AS AN APPEAL
IS HIS FEDERAL RIGHT. THERE IS AN ISSUE GOING ON WITH
HIS MAILS CONNECTED TO THIS ACTION. THIS COURT IS REQUIRED
AS THE BURDEN'S NOT PLAINTIFFS TO TELL PRISON LIBRARYS
HE IS REQUIRED TO HAVE LIBRARY ACCESS AND LIBRARYS ARENT
GOING TO TAKE HIS WORD FOR IT. ALL PLAINTIFFS SEE IS HE IS
BEING PUSHED AROUND IN THIS ACTION FOR EXCERCISING HIS
FEDERAL CONSTITUTIONAL RIGHT. WITH THIS UNFAIR TO ANY PRO'SE
PLAINTIFF IN OTHER WORDS WITH COUNSEL UNDUE ADVANTAGE WILL NOT BE
TAKEN OF HIM "BY ANYONE". THE DEFENDANTS CLEARLY KNEW PRIOR
TO RAISING EXHUSTION DEFENSES THAT THEY WERE NOT GOING TO
PURSUE IT. THAT COURT IS SUPPOSED TO HOLD THEM ACCOUNTABLE FOR THAT.
PLAINTIFF HAS BEEN IN DIXON SINCE DECEMBER 2021, THE LAW CLERKS
DO NOT KNOW HOW TO E-FILE, THE PRISON IS ON COVID LOCKDOWN,
THE LIBRARY CANS HELP HIM. PLAINTIFF HAS MAILED FILINGS TO THIS COURT
NEVER TO RECIEVE NOTICE OF EACH SINCE DECEMBER. THE COURT CANT SAY
WHAT IS COMPLEX PLAINTIFF HAS BEEN REQUESTING COUNSEL SO HIS
COMPLAINS MAY BE AMENDED HE PRAYS THIS COURT WILL ALLOW HIM COUNSEL

Hannibal Eason #M03226 2-23-22

**Counseling Summary History**

| IDOC # M03226 | | Offender Name EASON, HANNIBAL | | | MSR Date | 05/22/2046 |
|---|---|---|---|---|---|---|
| | | | | | HSE-GAL-CELL | NW-42-54 |

| Date/Time | Location | Type | Method | Staff | Entry Type |
|---|---|---|---|---|---|
| 12/6/2021 12:16:27 | DIX/MAI | Personal | Other | LEBEGUE, JUDITH A., Office Assistant | Non-Counseling |
| Comments: *OUTGOING: DAVID HARRIS; 203 N LASALLE ST; 24TH FL; CHGO IL 60601* | | | | | |
| 12/8/2021 07:32:10 | DIX/MAI | Personal | Other | LEBEGUE, JUDITH A., Office Assistant | Non-Counseling |
| Comments: *OUTGOING: JOHNSON/BELL; 33 W MONROE ST; STE 2700; CHGO IL 60603* | | | | | |
| 12/13/2021 13:10:43 | DIX/MAI | Personal | Other | LEBEGUE, JUDITH A., Office Assistant | Non-Counseling |
| Comments: *INCOMING: JOHNSON/BELL; 33 W MONROE ST; STE 2700; CHGO IL 60603* | | | | | |
| 12/15/2021 10:39:56 | DIX/MAI | Personal | Other | LEBEGUE, JUDITH A., Office Assistant | Non-Counseling |
| Comments: *INCOMING: JOHNSON/BELL; 33 W MONROE ST; STE 2700; CHGO IL 60603* | | | | | |
| 12/20/2021 10:19:39 | DIX/MAI | Personal | Other | LEBEGUE, JUDITH A., Office Assistant | Non-Counseling |
| Comments: *OUTGOING: JOHNSON/BELL; 33 W MONROE ST; STE 2700; CHGO IL 60603* | | | | | |
| 12/20/2021 11:14:02 | DIX/MAI | Personal | Other | LEBEGUE, JUDITH A., Office Assistant | Non-Counseling |
| Comments: *OUTGOING: CLERK; 219 S DEARBORN ST; CHGO IL 60607* | | | | | |
| 12/29/2021 10:15:00 | DIX/MAI | Personal | Other | LEBEGUE, JUDITH A., Office Assistant | Non-Counseling |
| Comments: *OUTGOING (X2): APPEL DEF; 203 N LASALLE ST; 24TH FL; CHGO IL 60601* | | | | | |
| 12/29/2021 10:17:56 | DIX/MAI | Personal | Other | LEBEGUE, JUDITH A., Office Assistant | Non-Counseling |
| Comments: *OUTGOING: KWAME RAOUL; 100 W RANDOLPH ST; 12TH FL; CHGO IL 60601* | | | | | |
| 12/29/2021 10:27:30 | DIX/MAI | Personal | Other | LEBEGUE, JUDITH A., Office Assistant | Non-Counseling |
| Comments: *OUTGOING: ROB JEFFREYS; 1301 CONCORDIA CT; SPFLD IL 62794* | | | | | |
| 12/29/2021 10:37:34 | DIX/MAI | Personal | Other | LEBEGUE, JUDITH A., Office Assistant | Non-Counseling |
| Comments: *OUTGOING: CLERK; 219 S DEARBORN; CHGO IL 60602* | | | | | |
| 1/3/2022 10:23:36 | DIX/MAI | Personal | Other | LEBEGUE, JUDITH A., Office Assistant | Non-Counseling |
| Comments: *OUTGOING: JENNIFER SOBLE; 53 W JACKSON BLVD; STE 452; CHGO IL 60604* | | | | | |
| 1/10/2022 10:33:53 | DIX/MAI | Personal | Other | LEBEGUE, JUDITH A., Office Assistant | Non-Counseling |
| Comments: *OUTGOING: KIMBALL ANDERSON; WINSTON/STRAWN; 35 W WACKER DR; CHGO IL 60601* | | | | | |
| 1/10/2022 13:04:59 | DIX/MAI | Personal | Other | LEBEGUE, JUDITH A., Office Assistant | Non-Counseling |
| Comments: *OUTGOING: JOHN HOWARD; PO BOX 10042; CHGO IL 60610* | | | | | |
| 1/18/2022 11:19:24 | DIX/MAI | Personal | Other | LEBEGUE, JUDITH A., Office Assistant | Non-Counseling |
| Comments: *OUTGOING: DAVID HARRIS; APPEL DEF; 203 N LASALLE ST; 24TH FL; CHGO IL 60601* | | | | | |
| 1/20/2022 10:26:25 | DIX/MAI | Personal | Other | LEBEGUE, JUDITH A., Office Assistant | Non-Counseling |
| Comments: *OUTGOING: CLERK; 219 S DEARBORN ST; CHGO IL 60602* | | | | | |
| 1/24/2022 11:05:19 | DIX/MAI | Personal | Other | LEBEGUE, JUDITH A., Office Assistant | Non-Counseling |
| Comments: *OUTGOING: CLERK; 219 S DEARBORN ST; CHGO IL 60602* | | | | | |
| 1/24/2022 12:09:32 | DIX/MAI | Personal | Other | LEBEGUE, JUDITH A., Office Assistant | Non-Counseling |
| Comments: *INCOMING: JOHN HOWARD ASSOC; PO BOX 10042; CHGO IL 60610* | | | | | |
| 1/24/2022 12:14:07 | DIX/MAI | Personal | Other | LEBEGUE, JUDITH A., Office Assistant | Non-Counseling |
| Comments: *INCOMING: IL PRISON PROJ; 53 W JACKSON BLVD STE 452; CHGO IL 60604* | | | | | |

| 1/25/2022 10:41:20 | DIX/MAI | Personal | Other | LEBEGUE, JUDITH A., Office Assistant | Non-Counseling |
|---|---|---|---|---|---|
| Comments: *OUTGOING: JOHN HOWARD ASSOC; PO BOX 10042; CHGO IL 60610* | | | | | |
| 1/27/2022 10:14:59 | DIX/MAI | Personal | Other | LEBEGUE, JUDITH A., Office Assistant | Non-Counseling |
| Comments: *OUTGOING: HON YOUNG B KIM; 219 S DEARBORN ST; #2206; CHGO IL 60604* | | | | | |
| 1/27/2022 11:33:11 | DIX/MAI | Personal | Other | LEBEGUE, JUDITH A., Office Assistant | Non-Counseling |
| Comments: *INCOMING: JOHNSON/BELL; 33 W MONROE ST; STE 2700; CHGO IL 60603* | | | | | |
| 1/31/2022 10:37:04 | DIX/MAI | Personal | Other | LEBEGUE, JUDITH A., Office Assistant | Non-Counseling |
| Comments: *OUTGOING: JOSEPH CARINI; JOHNSON/BELL; 33 W MONROE ST; STE 2700; CHGO IL 60603* | | | | | |
| 1/31/2022 11:11:39 | DIX/MAI | Personal | Other | LEBEGUE, JUDITH A., Office Assistant | Non-Counseling |
| Comments: *OUTGOING: RACHEL WEISBERG; 20 N MICHIGAN AVE; STE 300; CHGO IL 60602* | | | | | |
| 2/3/2022 09:49:25 | DIX/MAI | Personal | Other | LEBEGUE, JUDITH A., Office Assistant | Non-Counseling |
| Comments: *OUTGOING: ELIZABETH PTACEK; AAG; 500 S SECOND ST; SPFLD IL 62701* | | | | | |
| 2/14/2022 10:47:24 | DIX/MAI | Personal | Other | LEBEGUE, JUDITH A., Office Assistant | Non-Counseling |
| Comments: *INCOMING: JOHN HOWARD ASSOC; PO BOX 10042; CHGO IL 60610* | | | | | |
| 2/16/2022 10:37:32 | DIX/MAI | Personal | Other | LEBEGUE, JUDITH A., Office Assistant | Non-Counseling |
| Comments: *OUTGOING: CLERK; 219 S DEARBORN ST; CHGO IL 60602* | | | | | |
| 2/17/2022 10:38:26 | DIX/MAI | Personal | Other | LEBEGUE, JUDITH A., Office Assistant | Non-Counseling |
| Comments: *OUTGOING: DAVID HARRIS; APPEL DEF; 203 N LASALLE ST; 24TH FL; CHGO IL 60601* | | | | | |
| 2/22/2022 10:44:57 | DIX/MAI | Personal | Other | LEBEGUE, JUDITH A., Office Assistant | Non-Counseling |
| Comments: *OUTGOING (X2): CLERK; 219 S DEARBORN ST; CHGO IL 60602* | | | | | |
| 2/22/2022 10:56:41 | DIX/MAI | Personal | Other | LEBEGUE, JUDITH A., Office Assistant | Non-Counseling |
| Comments: *OUTGOING( X2): ELIZABETH PTACEK; STATES ATTY; 500 S SECOND ST; SPFLD IL 62701* | | | | | |
| 2/22/2022 11:28:45 | DIX/MAI | Personal | Other | LEBEGUE, JUDITH A., Office Assistant | Non-Counseling |
| Comments: *OUTGOING (X2): CLERK; 219 S DEARBORN ST; CHGO IL 60602* | | | | | |
| 2/22/2022 12:49:12 | DIX/MAI | Personal | Other | LEBEGUE, JUDITH A., Office Assistant | Non-Counseling |
| Comments: *INCOMING: APPEL DEF; 203 N LASALLE ST; 24TH FL; CHGO IL 60601* | | | | | |
| 2/24/2022 10:05:57 | DIX/MAI | Personal | Other | LEBEGUE, JUDITH A., Office Assistant | Non-Counseling |
| Comments: *OUTGOING: CLERK; 750 MISSOURI AVE; EAST ST LOUIS IL 62201* | | | | | |
| 3/9/2022 13:40:25 | DIX/MAI | Personal | Other | LEBEGUE, JUDITH A., Office Assistant | Non-Counseling |
| Comments: *IIC REQUESTED AND WAS SENT LEGAL MAIL LOG FROM 12/01/2021 TO 03/09/2022* | | | | | |

**1:22-cv-00985**

| 02/25/2022 | view | CLERK'S NOTICE: Pursuant to Local Rule 73.1(b), a United States Magistrate Judge of this court is available to conduct all proceedings in this civil action. If all parties consent to have the currently assigned United States Magistrate Judge conduct all proceedings in this case, including trial, the entry of final judgment, and all post-trial proceedings, all parties must sign their names on the attached <u>Consent To</u> form. This consent form is eligible for filing only if executed by all parties. The parties can also express their consent to jurisdiction by a magistrate judge in any joint filing, including the Joint Initial Status Report or proposed Case Management Order. (jg, ) (Entered: 02/25/2022) |
|---|---|---|

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

## Notice and Consent to Exercise of Jurisdiction
## By a United States Magistrate Judge

| Case Title: | Case Number: | |
|---|---|---|
| | | |
| V. | Assigned Judge: | |
| | | |
| | Designated Magistrate Judge: | |

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to the currently designated magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.* If all parties consent to have the currently designated United States Magistrate Judge conduct all proceedings in this case, including trial, the entry of a final judgment, and all post-trial proceedings, they should sign their names below (electronically or otherwise). Should this case be reassigned to a magistrate judge other than the magistrate judge designated, pursuant to Local Rule 72.1, the undersigned may object within 21 days of such reassignment. If a timely objection is filed by any party, the case will be reassigned to the district judge before whom it was last pending. If no objection has been filed within 21 days, the parties will be deemed to have consented to the reassignment. NOTICE: This document is eligible for filing only if executed by all parties. The parties can also express their consent to jurisdiction by a magistrate judge in any joint filing, including the Initial Status Report or proposed Case Management Order. Consult Local Rule 73.1 for further information.

| _____ | By:_____ |
|---|---|
| Date | Signature          Name of Party or Parties |

| _____ | By:_____ |
|---|---|
| Date | Signature          Name of Party or Parties |

| _____ | By:_____ |
|---|---|
| Date | Signature          Name of Party or Parties |

| _____ | By:_____ |
|---|---|
| Date | Signature          Name of Party or Parties |



**UNITED STATES DISTRICT COURT**
**United States Courthouse**
**219 South Dearborn Street**
**Chicago, Illinois 60604**

**Thomas G. Bruton**                                          **Office of the Clerk**

**Date:**        02/28/2022

**Request No.**  0222-56

**In Re:**  1:22-cv-00985 Eason v. Raoul et al

| Request Type | Price Per Item | Quantity | Sub Total |
|---|---|---|---|
| Photocopies (per page) | $ 0.50 | 443 | $ 221.50 |
| Certification of Documents | $ 11.00 | | $ 0.00 |
| Exemplification of Documents | $ 23.00 | | $ 0.00 |
| Apostille | $ 47.00 | | $ 0.00 |
| Certificate of Good Standing | $ 20.00 | | $ 0.00 |
| Certificate of Admission | $ 20.00 | | $ 0.00 |
| Certificate of Search/Recording Production | $ 32.00 | | $ 0.00 |
| Certification of Judgment | $ 11.00 | | $ 0.00 |
| Retrieval of Case File/Docket Sheet – 1st box | $ 64.00 | | $ 0.00 |
| Retrieval of Case File/Docket Sheet – additional boxes | $ 39.00 | | $ 0.00 |
| *Federal Record Center* SmartScan – non certified copies only.                    $19.90 | $ 19.90 | | $ 0.00 |
| Per page fee $0.65                              $0.65 | $ 0.65 | | $ 0.00 |

The total cost of the service that you requested is      $ 221.50

**Please make your remittance in the form of a check or money order. Indicate the request number shown above on the check or money order. DO NOT SEND CASH. For questions, please call the Certified Copy Desk at 312-435-5699**

Return this form with your check made payable to

Clerk
United States District Court
219 South Dearborn Street
Chicago, IL 60604

Sincerely,
CCD Clerk

Deputy Clerk

Rev. 12/01/2020

3522

Mailroom Supervisor

① Hello, today I was informed by my family out of state, they sent mail 2 times for me to this prison it was returned both times do you know why. This time they put Dept of Corr. on mail.

② Next I wrote my counselor TOFT requesting if you guys have here whats called a legal Card. She told me to write you    I am requesting a copy of All my documented outgoing legal mails since Dec 1, 2021  Thank You

Hannibal Eason

M03226

42-54

① We write on the envelope, when it is returned to sender, the reason it is being returned. ie. Stickers, markers, name & number missing or not matching.

② Legal log is attached. You need to keep it. We will only give updates in the future.

MAILROOM SUPERVISOR

# State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | M03226 | **Counseling Date** | 03/01/22 07:25:26:313 |
| **Offender Name** | EASON, HANNIBAL | **Type** | Personal |
| **Current Admit Date** | 03/13/2009 | **Method** | Grievance |
| **MSR Date** | 05/22/2046 | **Location** | DIX   CLINICAL SERVICES |
| **HSE/GAL/CELL** | NW-42-54 | **Staff** | BENITEZ, NICOLE M., Office Coordinator |

Grievance received in the G.O. and assigned #220914, dated 2/16/22 pertaining to
OTHER-GTL-CONSTITUTIONAL VIOLATIONS/DISCRIMINATION; MARKED ADA. Grievance is being
forwarded to ADA COMMITTEE for their review at the first level.

**Print Date  3/1/2022**

54 Eason

# State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | M03226 | **Counseling Date** | 03/01/22 14:08:21:763 |
| **Offender Name** | EASON, HANNIBAL | **Type** | Personal |
| **Current Admit Date** | 03/13/2009 | **Method** | Grievance |
| **MSR Date** | 05/22/2046 | **Location** | DIX   CLINICAL SERVICES |
| **HSE/GAL/CELL** | NW-42-54 | **Staff**   BENITEZ, NICOLE M., Office Coordinator | |

Grievance received in the G.O. and assigned #220989, dated 2/19/22 pertaining to STAFF CONDUCT, OTHER; MARKED ADA. Grievance is being forwarded to ADA COMMITTEE for their review at the first level.

**Print Date  3/1/2022**

# State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | M03226 | **Counseling Date** | 03/09/22 11:24:32:757 |
| **Offender Name** | EASON, HANNIBAL | **Type** | Personal |
| **Current Admit Date** | 03/13/2009 | **Method** | Grievance |
| **MSR Date** | 05/22/2046 | **Location** | DIX   CLINICAL SERVICES |
| **HSE/GAL/CELL** | NW-42-54 | **Staff** | BENITEZ, NICOLE M., Office Coordinator |

Grievance received in the G.O. and assigned #221086, dated 2/28/22 pertaining to MARKED ADA.
Grievance is being forwarded to ADA COMMITTEE for their review at the first level.

**Print Date  3/9/2022**

HANNIBAL CASON
Reg No. m03226
2600 NORTH BRINTON AVE
DIXON, IL 61021


1 (A) APPEALS TO ARB CONCERNING GRIEVANCE # 3775-11-21
WHERE HIS PROCEDURAL AND EQUAL PROTECTION RIGHTS
WERE CLEARLY VIOLATED DURING THE ILLINOIS
PRISON GRIEVANCE "PROCESS" DUE PROCESS VIOLATION.


(B) JAN 18, 2022
DENIAL TO ABOVE GRIEVANCE IS FALSE
FIRST IDOC IN WHOLE FALSIFIED
FALSE DATE OF JAN 14, 2022 TO NOT ALLOW
GRIEVANCE TO PROCEED THIS APPEAL TIMELY
TO ARB


(C) IN OTHER WORDS IDOC HELD THIS GRIEVANCE
FROM JAN 2022 UNTIL MARCH 09, 2022
— IDOC MUST PROVE THEY DID NOT
— IDOC MUST PROVE GRIEVANTS CLAIM IS MOOT
— IDOC CANNOT PROVE "NOTHING"

(D) I DONT KNOW WHAT IDOC THINKS THIS
is WHEN ITS due process Concerns
And THE OFF And on SWITCH TO THEIR
Civil Duty And Obedience TO AFFORd Such
INSTEAD THEY APPROACH THE SITUATION
AS IF ITS A DISCRETION (OFF And on SWITCH)
TO FOLLOW THE LAW. TO NOT FOLLOW THE LAW
My RIGHTS WERE VIOLATED And I SUFFERRd
INJURY.

2 (A) THE GRIEVANCE WAS Filed IN PickNeyville
November 2021

(B) GRIEVANT WAS TRANSFERRED TO DIXON DECEmBER 2021.

(C) AFTER GRIEVANTS TRANSFER FROM PicKNeyville To Dixon
HE Recievod ON mail PickNeyville
BEFORE GRIEVANT WAS TRANSFERRED TO DIXON
THE LAST 2 GRIEVANCES AT PickNeyville WERE Still
PENDING. ONLY 1 WAS ANSWERED By Amy HILL
And MAILED TO GRIEVANT AT DIXON THE SECOND ONE
WHICH IS 3-715-11-21 WHICH GRIEVANT AlREAdy
ClAIMED TO THE COURT WAS NOT ANSWERED THEN
ONLY AFTER Such FILING TO COURT Such GRIEVANCE
WAS Produced TO GRIEVANT ON MARCH 9, 2022

3 (A) To produce Grievance March 09,2022
    It Shows A Complete Nullity and
A Clear Question of Federal Law.


(B) THE TRICK TO WHERE IDOC Really messed up is Simple
  (1.) THE GRIEVANCE ONLY popped up AFTER inquired in COURT
  (2) Grievance OFFICER Recieved grievance Nov22, 2022
  (3) IT WAS NOT REASONABLY answered.
  4) Before Answering it THEY Knew grievant TRANSFERRED
    SO THE Report in of itself Shows Grievance OFFICER
    "Admitting" THEY dont UNDERSTAND THE issue at HAND
    THEREFORE Befure making Any DETERMINATION
          "TO BE FAIR IF ANYTHING AT ALL"
    THEY MUST See grievant To understand Grievance
    A Denial without CONSULT THE Grievance procedure
    Violates Federal Law And Grievants Federal Rights
    were Violated
  5) Again Grievant HAS A legal Mail log THAT CANNOT
    Support He Recieved mail from Pickneyville.
  6) Grievance OFFICER must Submit And provide
    Emails THAT Pertains TO MR ETSON To Submit
    why Site DENIED grievance


Religious Land use And INSTITUTIONALIZED PERSONS ACT
(RLUIPA) WAS Violated.

David Mitchell
JOHN EILER
C. HALE
ROB JEFFREYS
Andy WHITERS
CHRISTINE BROWN
Wexford
DR MYERS
ARE All SUE IN THEIR individual AND OFFICIAL CAPACITY

RACISM IS PRACTICED AT Pickneyville AND, Montana

ADA RIGHTS were violated

"DO it" VIOLATES FCC Rules

IDOC VIOLATED Holmes STIPULATED Agreement
FACT will be produced (Records) AT COURT.

Hannibal Eaton
HANNIBAL EATON
M03226
2600 NORTH BRINTON AVE
DIXON, IL 61021

DISTRICT OFFICE:
2501 S. CENTRAL PARK AVE.
FRONT SUITE
CHICAGO, ILLINOIS 60623
773.565.4661



SPRINGFIELD OFFICE:
623 CAPITOL BUILDING
SPRINGFIELD, ILLINOIS 62706
217.782.5304

## CELINA VILLANUEVA
STATE SENATOR • 11TH DISTRICT

1/24/2022

Hannibal Eason #M03226
Pinckneyville CC
5835 State Route 154
Pinckneyville, IL62274

Dear Hannibal Eason,

Thank you for sharing your story with me and for voicing your support of SB 2333. I have received hundreds of letters from around the state including your letter, and they have all deeply impacted me. As someone who grew up and still lives in a working-class immigrant community in Chicago, I have seen the impact that the criminal justice system has had on my community and in my own family. The realities that many people face are true in my life as well. It is the reason why I fight to ensure that the voices of the people in my community are heard in Springfield.

I know this piece of legislation is extremely important to you and your journey, unfortunately at this time, the bill is waiting to be heard in a committee before it can move forward in the legislative process. I know that is not the update you had hoped for. I know it is not enough for me either, but I am committed to continuing to support and fight for it to get passed and signed into law.

I share that with you because I come from the immigrant rights movement, where we have worked on pieces of legislation in some cases for close to 10 years to get passed. When I initially met with the group that worked on drafting the bill I brought up that bills like these take time to get passed because they require a lot of work. Sometimes it takes people a long time to understand the true impact and importance of a bill like this.

I know how crucial pieces of legislation focused on reentry and restorative justice practices are, and that is why I am committed to continuing the fight for Earned Discretionary Release. I hope that you continue to lend your story and your voice as we continue our efforts to get this bill passed.

Sincerely,

Celina Villanueva
State Senator
11th District

623 CAPITOL BUILDING | SPRINGFIELD, ILLINOIS 62706 | (217) 782-5304 | district@senatorvillanueva.com
SOYBEAN INKS

March 10, 2022

756 Am

"THERE IS A GREAT DEAL OF WORK THAT NEEDS TO BE DONE"

DEAR SENATOR VILLANUEVA

THANK YOU FOR THE TIME YOU TOOK, IN WRITING YOUR
JANUARY 24, 2022 LETTER. I RECIEVED IT A FEW DAYS
AGO. I WAS MOVED TO A LESSER CLASSIFIED PRISON
LAST DECEMBER, SO THIS IS THE REASON OF WHY THERE
WAS A HUGE DELAY IN RECIEVING YOUR MAIL OR LETTER.
I WRITE AGAIN TO SAY THANK YOU, BECAUSE YOU ARENT
THE ONLY ONE THAT I WROTE, BUT YOU WERE THE ONLY ONE
WHO HAS TAKEN THE TIME TO RESPOND SISTER THERE IS NO
DOUBT ABOUT IT, SINCE 2018 I WROTE THE COMMITTEE
WHO SITS AT THE WHITE HOUSE SINCE BIDEN TOOK OFFICE.
I THINK THEY CALL IT THE WHITE HOUSE CABINET.
BECAUSE I AM "POSITIVE" ONLY ONE BLACK MALE SITS
IN THIS CABINET AND TWO MAJORITIES I RECALL BEING
BOTH WOMEN.

SISTER, I PRAYED MANY NIGHTS, AND THROUGH
GOD'S GRACE. I'VE ASKED HIM TO GIVE ME SIGNS.
SISTER I CALL ON YOU TO ASK THAT YOU JOIN THE FIGHT.

TODAY SOMEONE AT DIXON CORRECTIONAL FACILITY WENT HOME.
THE STATISTICS SHOWS SOMEONE ALSO COMING TO PRISON FROM DAILY
THE BLACK AND BROWN COMMUNITIES. ON MARCH 10, 2009
THE JUDGE HANDED ME DOWN A 38 YEAR SENTENCE
TO BE SERVED AT 100%. THAT WAS 13 YEARS AGO.

THIRTEEN YEARS AGO I DIDN'T KNOW WHAT I KNOW TODAY.
THE ENEMY WANTS US TO COME ON STAGE AND SAY
ITS RACISM. I HAVE A BETTER IDEA. WE CANT ACT AS IF THE
EGO, ORIGINS, RESIDUE, OR REMNANTS DONT EXIST OF RACISM
DO NOT EXIST

AS A DEAF MAN IN PRISON, I AM FORCED TO DEFEND MYSELF
AGAINST PRACTICES TODAY THAT STARTED BEFORE WE BOTH
WERE BORN WHICH IS IN FACT IN WHEN RACISM WAS IN TACT.

ON FEB 25, 2022 I FILED A 1983 Civil LAWSUIT
TO THESE CONSPIRITORAL PRACTICES.

AS OF FEB 15, 2022 I HAVE A APPELLATE BRIEF
Pending in THE APPELLATE COURT. (CHICAGO, IL)

AS OF SEPT 09 2021 MY CLEMENCY HEARING WAS
Held And HEARD. My FATHER who Worked And
WAS A COOK COUNTY SHERIFF FOR 30 YEARS Spoke
AT THIS HEARING. OTHERS SPOKE AS WELL. AS OF TODAY
ITS BEEN 6 MONTHS And my Clemency HAS not BEEN
DENIED.

My 1983 Suit WAS TO CHALLENGE AS WELL THE House
OF Legislation, Because LAWS must BE CONSTITUTIONAL
IN NATURE TO BE in EFFECT. God HAS Kept ME THROUGH
THIS Entire URDEAL. I AM Pro Se REQUESTING FOR A
lawyer. NO ONE CAN Prove LAWS I CHALLENGED ARE in
FACT CONSTITUTIONAL in NATURE WHERE THEY
MEET FEDERAL DUE Process AND THE
FEDERAL EQUAL PROTECTION CLAUSE

You Have A Voice OUTSIDE PLEASE
JOIN THE FIGHT, FOR THERE IS A GREAT DEAL OF
WORK THAT NEEDS TO BE DONE

Sincerely

HANNIBAL EASON

Hannibal Eason

Reg No. M03226

2600 NORTH BRINTON Ave

Dixon, IL 61021

WC

Hammish Eason
Reg No. M03226
2600 North Brinton Ave
Dixon, IL 61021

LEGAL MAIL

RECEIVED
2022 MAR 29 AM 8:56

03/29/2022-37

THIS CORRESPONDENCE IS FROM AN
INDIVIDUAL IN CUSTODY OF THE
ILLINOIS DEPT OF CORRECTIONS

Office of the
Clerk of the U.S. D.C
United States Courthouse
219 Dearborn Street
Chicago, IL 60604

US POSTAGE PITNEY BOWES
ZIP 61021
02 4W
0000366408 MAR 25 2022
$ 002.16°

Mail

LEGAL