**FILED**
6/14/2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

LM

**PC SCAN**

11-CV-2961

6/14/23

Dear Courts Since March 15, 2023 Simultaneously through deliberate indifferences intentional discriminations, Dixon Health Care Unit Nurses, Ms White Dr. Larey Sy and a host of the prejudiced nurses have been by way denying Mr Eason adequate medical treatment under the designed practice of intentionally refusing to procure or have readily avail ASL interpreters. These clothed in color of state law wants one to lose self control. I have over 10 grievances in Dixon filed since March 15, 2023 IDOC Per Plra has not expediated. Monica Carpenter Wardens Williams, Tack and Manzano are aware of issue A Emergency grievance was filed and sent to ARB to no avail Latoya Hughes is officially aware of this issue. This sign language matter is over burdensome. This include church grievances which again Dixon dont expediate. This compass exhibit shows Ms White campaigning against my ADA needs to not get interpreter or medical needs per Holmes

Hannibal Eason M03226 6/14/23

```
OERCP101                ILLINOIS DEPARTMENT OF CORRECTIONS                PAGE: 13
                                    Offender 360                          RUN DATE: 6/13/2023
                            PRINTED SCHED. CALL PASS                      RUN TIME: 9:10:41 PM
```

EX # 1

ILLINOIS DEPARTMENT OF CORRECTIONS - OTS
OFFENDER CALL PASS ISSUED

IDOC: M03226  EASON, HANNIBAL          Medium          A          None          DIX:DIX:HC:03:09:
                                                                                L4

PRIMARY: UNASSIGNED , PARTICIPANT-DIX710010009

DESTINATION: SEE NURSE - SICK CALL          DAY: 6/14/2023          AT: 8:30:00 AM
PASS TYPE: HEALTH CARE UNIT
COMMENTS: MANDATORY - SEE NURSE - SICK CALL
AUTHORIZED: Tina Taylor

CELL HOUSE SIGNATURE: [signature]                    TIME: 7:26
DESTINATION SIGNATURE:                               TIME: 8:30
EXIT SIGNATURE: WHITE                                TIME:
RETURN SIGNATURE:                                    TIME:



UNITED STATES DISTRICT COURT
__NORTHERN__ DISTRICT OF ILLINOIS

## ELECTRONIC FILING COVER SHEET

Please complete this form and include it when submitting any type of document, letter, or pleading, to the U.S. District Court for __NORTHERN__ District of Illinois for review and filing.

Name: __HANNIBAL EASON__

ID Number: __M03226__

Please answer questions as thoroughly as possible and circle yes or no where indicated.

1. Is this a new civil rights complaint or habeas corpus petition? Yes or **No**

   If this is a habeas case, please circle the related statute: 28 U.S.C. 2241 or 28 U.S.C. 2254

2. Is this an Amended Complaint or an Amended Habeas Petition? Yes or **No**

   If yes, please list case number: _____

   If yes, but you do not know the case number, mark here: _____

3. Should this document be filed in a pending case? **Yes** or No

   If yes, please list case number: __Holmes v Godinez # 11-cv-02961__

   If yes, but you do not know the case number, mark here: _____

4. Please list the total number of pages being transmitted: __2__

5. If multiple documents, please identify each document and the number of pages for each document. For example: Motion to Proceed In Forma Pauperis, 6 pages; Complaint, 28 pages.

| Name of Document | Number of Pages |
|---|---|
| MOTION TO SUBMIT | 2 |

Please note that discovery requests and responses are NOT to be filed; instead they should be forwarded to the attorney(s) of record. Discovery materials sent to the Court will be returned unfiled.