IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT EASTERN DIVISION OF ILLINOIS.

**FILED AUG 04 2023 THOMAS G. BRUTON CLERK, U.S. DISTRICT COURT**

Holmes ✓

v

Godinez

# 11-CV-02961

MOTION FOR LEAVE TO BE ALLOWED TO SUBMIT RECORD, UNDER IDEOLOGY, THAT INMATES IN CUSTODY ARE FOOLS TO BELIEVE THE STATE OF ILLINOIS PROTECTS THEM WHEN THEY FILE GRIEVANCES. EASON HAS FILED MULTIPLICOUS "ADA" GRIEVANCES ONLY TO REMAIN UNDER SAME MEDICAL CARE OF THOSE WHOSE GRIEVANCES HAVE BEEN FILED AGAINST. THE ATTORNEY GENERAL REPRESENTS IDOC, I RESPECTFULLY ASK THAT "HE" DO HIS JOB HE CAN NOT SERVE A INTEREST FOR ILLINOIS AND ALSO A INTEREST FOR IDOC "A FEDERAL QUESTION EXIST"

1) IDOC CONTINUES TO EXCERCISE A RUN AROUND ABOUT ASL INTERPRETERS, ADA NEEDED ACCOMODATIONS IN ILLINOIS IN WHOLE

2) IN FACT DIXON MEDICAL STAFF HAVE BEGUN TARGETING ME AS A RESULT OF THIS INTERPRETER NEED, AND HAVE BEGUN FALSIFYING DOCUMENTS, WHICH IS "A FEDERAL AND STATE CRIME" COMMITTED BY IDOC OFFICIALS. THIS INCLUDES NURSE A. WOIBER, C/O CASSIDY, NURSE WHITES SO FORTH.

3) July 11, 2023 I WENT TO UIC FOR 2 EXAMS, IDOC STILL PROCEDURALLY DEPRIVE ME OF EQUAL PROTECTION (EFFECTIVE COMMUNICATION) THE HCUA WAS WRITTEN AHEAD OF TIME, SO INTERPRETER CAN BE MADE AVAIL "ITS A HEADACHE WITH THIS ISSUE YOUR HONOR" BECAUSE THERES AT LEAST A 90 MINUTE RULE WITH INTERPRETER SO WHAT THEY KEEP TRYING TO DO IN MANNER OF CREATING A NEW POLICY IS GO AROUND INTERPRETER REQUIREMENT "WHERE OTHER DEAF INMATES AT DIXON DON'T KNOW DIFFERENCE

4) I don't know clearly what they doing. A lawyer for Holmes has to come in and clarify <u>EXACTLY</u> what exactly it is they are doing, how, why and by whom.

5) In other words they keep <u>trying to find</u> intentionally 20 minute interpreters. "So Your Honor" they basically telling the court they giving us inmates a few minutes to talk.

6) Since March 15th 2023 I've been dealing with this hassle. I have wrote A.R.S just as many times I wrote grievance and appealed them, while others are still being <u>censored</u> "All dealing with ADA"

7) Last week I tried to call <u>PREA</u> on ADA to report Sexual Harassment. Women are harassing me nurses add men too including Chasteen, Cassidy and some other C/O in HCU 7-31-23 <u>Today</u> who tried to do physical harm to me in infirmary when I returned from UIC back surgery MRN# 08066522C Its so problematic, that overnight I had to come up with an analysis IDOC "Can't Defeat" being that everybody continues to go out their way and break their necks to be inside my medical file. First if in my file so much why do they continue to "forget" to have an ASL interpreter as did last Wensday RN Wolber and C/O Cassidy present. Then if you doing all this hassle up on reading they see and become aware of my medical issues, that they are unauthorized to treat. So they are unauthorized to do anything thereby showed Im being harassed.

2 of 8

8.) So I have attached a letter because I am under impression IDOC will censor it. It deals with an article talking about peer pressure. Your Honor this is the peer pressure I face, on top of that they just passed out a memo about a Summer Summit. I am being excluded from every requested service, activity, program, benefit, privelege due to need of ASL interpreter then if I grieve the denial. IDOC shreds the grievance and harass me as they are doing.

9) Along with that Polyps was recently removed 7-11-23 Now when I see Dr Larry Sy he has sarcastic remarks while I'm trying to understand what kind of bacteria in my stomach and next steps he say "Ask UIC" is He not medical director.

10) So this sole harassment is because SPECIFIC women dont want me in wheelchair who have no authorization given they campaign about a wheelchair but dont campaign about ASL interpreter, medically needed treatment, or me falling 7-22-23 twisting my hip and aggravating my left leg and back. This is clearly discrimination on basis of my ADA disabilities

Chanille Eash #M03226
July 31, 2023

Your Honor, my message is as clear as day Kwame Raoul J.B. Pritzker Latoya Hughes has a job to do, or otherwise they put my life at threat and in harms way. The law protects me from false disciplinary tickets. Since 3-15-23 they wrote 4 to portray "A LIE"

I am nothing doing nothing to these public entities other than being a ward of Illinois who is dependent on them until released out of jail.

The article attached is similar to an article I wrote my senior year in high school called Respect. It touched teachers heart and made my navigation at Illinois School for the Deaf. At Kewanee Correctional Center they post inmates articles on the IDOC webpage. This month they are discussing peer pressure, and "I dont know" is my own testimony.

4 OF 8

July 30, 2023

"I DON'T KNOW"

AS TEARFUL AS THE TRUTH COULD BE, I DON'T KNOW DOES NOT MEAN THAT A PERSON IS LOST. MY NAME IS HANNIBAL EASON #M-03226 AND I RESIDE AT DIXON CORRECTIONAL CENTER. I WAS BORN IN CHICAGO, IL AND RAISED AS THE ONLY DEAF CHILD IN A HOUSEHOLD. THERE ARE ONLY TWO DEAF IN MY ENTIRE FAMILY. BEFORE I CAME TO PRISON, I WAS INSPIRED WANTED TO BE A POET, ACTOR, WRITE BOOKS, PRACTICE LAW, OR BE A VETERINARIAN, A DOG SPECIALIST SPECIFICALLY FOR DOGS. ITS EASY TO GET INTO THESE PRISON COLUMNS, BUT ITS NOT EASY EXPRESSING THE BATTLES WE ENDURE IN BETWEEN THE LINES, RATHER ITS BATTLES WITH THE ADMINISTRATION, COURT SYSTEM, OUR WIVES, KIDS, PARENTS, OUR WELLBEINGS, OUR HEALTH, AND OUR SURVIVAL. I TITLED THIS "I DON'T KNOW" BECAUSE I HAVE SO MANY IDEAS AND PLANS, AN INDIVUAL WITHOUT A PLAN IS DOOMED TO FAIL. PEER PRESSURE ARTICLE LEADS THE BLUEPRINT OF WHAT "I DON'T KNOW" REPRESENTS. WE AS INDIVUALS HAVE TO WANT TO LOOK UP AND GET UP ON OUR OWN. A BLACK MAN QUOTED ON OUR GTL TABLET WHICH LATER WAS BANNED FROM A BLACK AUDIENCE, A MESSAGE.

5 OF 8

BASICALLY "WHEN WE FALL IF WE DONT LOOK UP WE WONT GET UP". PEER PRESSURE AS I WILL SURMISE IT WAS SIMPLY ABOUT SURVIVING. THE MOST CRAZIEST THING TO SAY A PERSON JUST WANTS TO BE FREE. INSTEAD WHEN THEY RETURN TO THE FREE WORLD NOTHING WILL BE FREE. MY ANTICIPATION FOR SURVIVAL WAS WILD WITH NOBODY TO GUIDE ME WHEN I WAS ONLY A CHILD. "BLAMING OTHERS, MY BROTHERS, MY FATHER, MY MOTHER IS OUT OF STYLE". IT WAS STILL SUCH SURVIVAL AS I STILL TODAY DEAL WITH OUTRIGHT DISRESPECT. ITS SO COMMON INSTEAD IT DONT SEEM LIKE IT, PROPAGANDAS TO INDOCTRINATIONS, TO STATISTICS, TO GENTRIFICATIONS SUMMED INTO MASS INCARCERATION. REHABILITATION AS I PRESENTED IN A CLEMENCY STILL PENDING SINCE 2020, I STATED <u>IS</u> A PROCESS NOT SIMPLY AS A WORD WHICH ILLINOIS AND ITS OFFICIALS TREAT IT. WHAT ONE MAY DO TO ME, THEY MAY DO TO YOU, AND ITS THE SAME THE OTHER WAY AROUND. I AM IN JAIL FOR WHAT ILLINOIS HAS SCHEMED THE ACCOUNTABILITY THEORY. UNDER 100% I CANT RECIEVE EPSC, EDSC, TIME CUTS, GOOD TIME, ETC TRUTH IN SENTENCE HAS DESTROYED <u>AMERICA</u>. I JUST HAD A SURGERY AND BEFORE GOD, I WAS SCARED. THEY PUT ME TO SLEEP AND BEFORE I KNEW IT, THE SURGERY AND FEAR WAS OVER. I LEFT IT ALL IN GODS HANDS. ALOT OF YOUNG MEN IN PRISON SAYS TO ME,

6 OF 8

"You got a lot of grey hair jail has took a toll on you". Since the age of 21 I was charged with the first felony of my life, sent to prison to do my first bid. I nod, I nod, I nod, truthfully it is no longer what I was accused of doing, rather I did it or not, and its very far from what has been designed as the 3 "R's" Rehabilitation, Remorse, and Restoration to usethful citizenship (Illinois Const) now called Re-entry. I wasn't in prison in 1978, but still I had relatives that were gracefully coming home on parole etc. That idea "does not exist 'anymore'". If a man in jail is weak, then a man in jail is weak, and subjected to all forms of abuse finanicially, medically, legally, physically, including administratively and institutionally. Its hard to blame myself, my parents, and those I was wildly running with as a free man, "And clearly not blame those of the system" (who dont want to see us do better) this is peer pressure. I been to 5 prisons I seen more as a deaf offender incarcerated more radical than Ive seen racism, and rake-off than I seen as a freeman. It will be wrong for me not to be truthful here, if I lie I'd be a hypocrit, and "wont overcome" current peer pressure I face. We are all God men in jail with the free will to do whats right. The big problem is, has been, until changed, that those in power outside, Mayors, Governors, CCSAO,

1 of 8

Attorney Generals aren't being monitored, respectfully to ensure their duties to we the people are adhered to. "When that isn't done its very impossible to monitor" IDOC Director, the subordinates, including medical, mental health, and contractors. The programs in Kewanee has, shall by law be <u>AVAIL</u> in every IDOC prison, but its not. Today I am being refused class courses because <u>IDOC refuses to procure me a sign language interpreter for classes.</u> Such propagandas, inductrinations, has been a shift in "abuse of powers". No matter what I reported or however many times I reported it in grievances or to Inspector Generals office, the system has to want us to go home 1st! That's what it was built for in the first place. Peer pressure has been to turn on ourselves, or against each other. What we did in the past was yesterday. What matters now is today. I am grateful to be able to get off my chest that until Illinois and its officials put more effort into giving us jobs, life, liberty, rights and programs <u>the same way</u> they put effort into doing illegal lockdown because they don't want to work, (every weekend Dixon is on lockdown for nothing sometimes all week) or come to work or punish us <u>and write false disciplinary reports</u>. It is no longer about our past. Now we are here. This is the peer pressure we must prevail or <u>reveal</u> to allow us to return home and be usethful citizens. God Bless you.

8 of 8

Hannibal Eaton #M03226



Hannibal Eason
Reg # M03226
Dixon Corr Cent.
2600 North Brinton Ave
P.O. Box 1200
Dixon, IL 61021

N3

Legal Mail

Clerk of the Court
U.S.D.C.
Northern District
Eastern Division
219 South Dearborn
Chicago, IL 60602

THIS CORRESPONDENCE IS FROM AN INDIVIDUAL IN CUSTODY CAROL STREAM IL 601
ILLINOIS DEPT OF CORRECTIONS
1 AUG 2023 PM 5 L
FIRST CLASS
ZIP 61021
02 7W
0000802879
US POSTAGE PITNEY BOWES
$ 000.63
AUG 01 2023

