PC SCAN

FILED

9/6/2023

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

JC

IN THE UNITED STATES
DISTRICT COURT NORTHERN
DISTRICT OF ILLINOIS
EASTERN DIVISION

Holmes et.al

VS

Godinez                    # 11-CV-02961

Holmes
vs                                    # 11-CV-02961
Godinez

MOTION REQUESTING LEAVE TO SUBMIT
MOTION FOR CLARIFICATION BY CLASSMEMBER
HANNIBAL EASON
IN SUPPORT

1) DID THIS HONORABLE COURT RECIEVE HIS MOTION
TO ENFORCE CONSENT DECREE, HE ELECTRONICALLY
FILED THROUGH DIXON LAW LIBRARY (megan Jones)
ON AUG 28, 2023? (TOTALING 103 pages)

2) MR EASON DID NOT RECIEVE AN ELECTRONIC NOTICE
THAT AUG 28, 2023 FILING WAS RECIEVED.

3) HE PRESENTS A QUESTION LEADING TO ONE OF
FOUNDATIONS TO WHY HE FILED A CONSPIRACY
ACTION PENDING IN 7TH CIRCUIT #22-3126
DOES HOLMES AGREEMENT REQUIRES IDOC TO
ADA TRAIN THEIR STAFF? IF SO CAN THEY
SHOW THEY MET THIS REQUIREMENT.

4) THERE ARE A TOTAL OF 12 EXHIBIT, WHERE WE CAN
CLEARLY OBSERVE SPRINGFIELD POLICY, THIS IS
DIRECTORS OFFICES OF STATING ALLEGED ADA ISSUE.
I LIKE THE COURTS FULL ATTENTION ON THIS POLICY.

5) TO CLARIFY IN OTHER SENSE, CLAIMING AN ADA ISSUE
IS DEPRIVATION OF EFFECTIVE COMMUNICATION
WHERE IT INVOLVES HIGHER STAKES INTERACTIONS.
MR EASON HAS PRESENTED TO THE COURTS, THAT DIXON
DOCTORS, LARRY SY AND OTHERS HAVE BEEN NEGLECTING TO
FULLY EXPLAIN TO HIM ALL HIS MEDICAL ISSUES. THIS
DEPRIVATION IS TOWARD, NOT HAVING FAVORITISM FOR
ONE, THAT IN THOSE REGARDS THEY ARENT GOING TO ASSIST
THE ASSIST/medical Help is Denied Solely Because of ADA Handicap.

6) EXHIBIT 5 WILL SHOW A Aug 21, 2023 LETTER REQUESTING MEDICAL RECORDS, I DONT UNDERSTAND, BECAUSE DIXON STAFF IS NOT EXPLAINING THEM TO ME.

7) Aug 29, 2023 A TOTAL OF 7 PAGES OF MEDICAL RECORDS. MY UNDERSTANDING IS I HAVE STOMACH BACTERIA DISEASE THAT CAN LEAD TO CANCER OR ULCER, DUE TO DRINKING CONTAMINATED WATER

8) Your HONOR AT SOME OFFENDERS (ALL) IN CUSTODY HAVE PROTECTED RIGHTS TO KNOW ABOUT AND UNDERSTAND THEIR MEDICAL CONDITIONS THIS ALSO INCLUDES ADA OFFENDERS. I HAVE BEEN EXCLUDED FROM THIS.

9) UPON REVIEWING LAST 7 EXHIBITS OF 12 YOU'LL FIND SOMETHING TO BE OBNOXIOUS. THAT NOTHING WAS GIVEN TO ME ABOUT MY BACK. NEXT DOCUMENT (ONLY 1) ABOUT MY BACK ONLY MENTIONS PHYSICAL THERAPY. "NOTHING ABOUT SURGERY"

10) Your HONOR I CLOSE, IDOC IS HIDING MEDICAL RECORDS FROM ME INTENTIONALLY

SINCERELY
Hannibal Eason
HANNIBAL EASON
M03226
DIXON COR CEN
2600 NORTH BRINTON AVE
DIXON, IL 61021

# State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | **M03226** | **Counseling Date** | 08/31/23 11:30:45:047 |
| **Offender Name** | **EASON, HANNIBAL** | **Type** | Personal |
| **Current Admit Date** | 03/13/2009 | **Method** | Grievance |
| **MSR Date** | 05/22/2046 | **Location** | DIX  CLINICAL SERVICES |
| **HSE/GAL/CELL** | HC-03-09 | **Staff**  BENITEZ, NICOLE M., Office Coordinator | |

Received in the G.O., grievance #233422 dated 8/28/23 pertaining to STAFF CONDUCT, MEDICAL TREATMENT, ODR-7/26/23. Grievance is being forwarded to the Grievance Officer for their review at the second level.

**Print Date**  8/31/2023

| | |
|---|---|
| **Inmate Id:** M03226 | **Ret Form Ind:** |
| **Name:** EASON, HANNIBAL | **Modify Ind:** |
| **Chair Code:** TRBA | **Deny Ind:** |
| **Grv Type:** L | **Favorable Ind:** |
| **Grv Code:** ADA | **Deferred Ind:** |
| **Receive Date:** 07/31/2023 | **Moot Ind:** |
| **Hearing Date:** 00/00/0000 | **Grievance Number:** 232269 |
| **Mailing Date:** 00/00/0000 | **Incident Number:** |
| **Grv Loc:** DIXON CC | **Incident Date:** 00/00/0000 |
| **Hearing Loc:** DIXON CC | **Incident Inst:** |
| | **Date Receipted:** 08/17/2023 |

**Comments:** GRV #232269 GRV DTD 6/11/23 ALLEGES VSR PHONE IS NOT WORKING

| | | | |
|---|---|---|---|
| **Inmate Id:** | M03226 | **Ret Form Ind:** | ▼ |
| **Name:** | EASON, HANNIBAL | **Modify Ind:** | ▼ |
| **Chair Code:** | TRBA ▼ | **Deny Ind:** | ▼ |
| **Grv Type:** | L ▼ | **Favorable Ind:** | ▼ |
| **Grv Code:** | MEDICAL ▼ | **Deferred Ind:** | ▼ |
| **Receive Date:** | 07/31/2023 | **Moot Ind:** | ▼ |
| **Hearing Date:** | 00/00/0000 | **Grievance Number:** | 232182 |
| **Mailing Date:** | 00/00/0000 | **Incident Number:** | |
| **Grv Loc:** | DIXON CC ▼ | **Incident Date:** | 00/00/0000 |
| **Hearing Loc:** | DIXON CC ▼ | **Incident Inst:** | ▼ |
| | | **Date Receipted:** | 08/17/2023 |

**Comments:** GRV #232182 GRV DTD 6/1/23 GRVS NOT BEING SEEN BY MEDICAL WITH ASL; ALSO GRVS MED DISPUTES AND MED EQUIP ISSUED.

| | | | | |
|---|---|---|---|---|
| **Inmate Id:** | M03226 | | **Ret Form Ind:** | |
| **Name:** | EASON, HANNIBAL | | **Modify Ind:** | |
| **Chair Code:** | TRBA | | **Deny Ind:** | |
| **Grv Type:** | L | | **Favorable Ind:** | |
| **Grv Code:** | MEDICAL | | **Deferred Ind:** | |
| **Receive Date:** | 07/31/2023 | | **Moot Ind:** | |
| **Hearing Date:** | 00/00/0000 | | **Grievance Number:** | 232448 |
| **Mailing Date:** | 00/00/0000 | | **Incident Number:** | |
| **Grv Loc:** | DIXON CC | | **Incident Date:** | 00/00/0000 |
| **Hearing Loc:** | DIXON CC | | **Incident Inst:** | |
| | | | **Date Receipted:** | 08/17/2023 |

**Comments:** GRV #232448 GRV DTD 6/14/23 GRVS DENIED MED TX BY DR. WHITE; ALSO GRVS ASL SERVICES BEING DENIED FOR MED TX; ALLEGES ADA PHONE IS BEING SERVICED BY MAINTENANCE STAFF

To:                           EASON, HANNIBAL
Booking Number:               M03226
Location:                     09, 03, HC, DIX, DIX, ILDOC, US


From:                         Illinois, Parole
Request Date:                 8/24/2023 10:03:34 AM (CDT)
Subject:                      Parole IL August update


Message:
EARNED REENTRY BILL, SB2129 and HB3373, gained momentum last spring but hasnt yet passed. (Note - bills have different numbers for the House and the Senate. They need to pass the House and Senate and be signed by the Gov. to be made into law. Bills are numbered newly each year, so our bill has the same numbers as different bills from past years.)

Help us push Earned Reentry this fall! Well be targeting legislators every few weeks. First targets are

Rep. Elizabeth Hernandez, 6117 Cermak Rd, Cicero IL 60804

District - Berwyn, Brookfield, Cicero, Riverside, Stickney, and W. Lawndale

Rep. Dave Vella, 4007 N Mulford Rd, Loves Park IL 61111

District -Rockford.

Rep. Lillian Jimenez, 4053 W. Armitage Ave. Chicago 60639

District - Humboldt Park, Ukrainian Village, West Town and Hermosa.

Please WRITE ALL 3! Instructions.

1.If you or your loved ones are from their district, then tell them that you/ your loved ones are constituents. Include the address of your loved ones in their district. (If not, you can still write them.)

2. Ask them to vote YES on HB3373, the Earned Reentry bill.

3. Write a few sentences on why you think that people should be reviewed for parole after 20 years.

4. Thank them for caring about justice and healing.

TRAINING FOR LOVED ONES. Ask loved ones to meet us on zoom Sat, Sept 16, 1PM, to prepare to speak w/ legislators. Zoom info at paroleillinois.org and Parole Illinois FB.

CLEMENCY is currently one of the few means of relief for unjustly long sentences. Yet numerous deserving people have had their clemency petitions denied or ignored. Tell loved ones to call Gov Pritzker and urge him to use his executive clemency powers boldly. 217-782-6830, 217-782-6831, 312-814-2121, or 312-814-2122.

WBEZ PICNIC FOR LOVED ONES! Sat. Sept 9, 12 to 3.30, Gary Comer Youth Center, 7200 S. Ingleside Ave Chicago. Food, games, prizes! WBEZ Prisoncast. Sun Sept 17, 2 to 4 PM. Listen on local IL Public Radio stations on your tablet or FM radio app

8-21-23

HEALTH CARE UNIT Administrator
Medical Records Supervisor

God Bless You, I WISH TO TAKE STEPS IN A MANNER
THAT CAN ENSURE A MISSION CAN BE EXECUTED. I AM
WRITING TO REQUEST MEDICAL RECORDS FROM MY MEDICAL
FILES, DATING BACK TO MARCH 15, 2023 TO CURRENT
THE RECORDS I SEEK CONSIST OF VISITS WITH DOCTORS
FOR MY BACK, STOMACH, AND EYES. I BELIEVE IT IS
MOST APPROPRIATE THAT I CANT ACCESS THESE Records
THAT IN NOW REQUESTING THEM THAT I ALSO CLARIFY
I WILL SIGN A MONEY VOUCHER IN PRESENCE OF
OFFICIAL WHO PREPARES THESE FILES FOR ME,
THAT ARE NOT POSSIBLY MORE THAN 50 PAGES
THANK YOU

SINCERELY
Hannibal Eason
HANNIBAL EASON
Reg # M03226
HCU 3-09

ILLINOIS DEPARTMENT OF CORRECTIONS
**Medical Special Services Referral and Report**

Dixm.
(Facility)

3/21
10 A

Offender's Name: Eason, Hannibal          ID# M D 3226

Reason for Referral:  ☒ Consult          ☐ Non-Formulary Medications     ☐ Medical Equipment
                      ☒ Evaluation        ☒ Management
                      ☐ Procedure/service (specify) _____
                      ☐ Other (specify) _____

Urgent: ☒ Yes   ☐ No

Referred to: _____ P.T.

Rationale for Referral: A c̄ L3-S, bilateral Laminectomy, medial
facetectomy, foraminotomy. Per surgeon Req.
PT. Acute Spine. 6-8 wks.

S. Tucci NP          _____  FNMC.          3 2023.
Print Referring Practitioner's Name    Referring Practitioner's Signature           Date

Report of Referral (Use Reverse Side, if necessary)

Findings: CC pain in c) lower leg / lower back.
@ worse 8/10 @ best 10/10. "was not doing
anything".

Assessment: H'p flex c) 100° ext -10° Trunk ROM
deferred - apprehensive about num̄t. SLRS c)
90° R 85° c) CE MMT 4-/5 - sitting EOM
Tx ③ CE stretch/7, sciatic n. (L&), 
- discussed Activity modification.

Recommendations/Plans: PO-T 2x/-k start ASAP

_____          _____          3/21/23
Print Practitioner's Name     Practitioner's Signature           Date

**Facility Medical Director Use Only**
I have reviewed the recommendations and.

☒ Approve.

☐ Deny or revise as indicated on the Notification of Medical Service Referral Denial or Revision,
   DOC 0255.

SY
_____          _____          _____
Print Facility Medical Director's Name   Facility Medical Director's Signature       Date

Distribution: Offender's Medical File, and                    Page 1 of 1                    DOC 0254 (Eff.4/2007)
if denied/revised, Heath Care Unit Administrator                                              (Replaces DC 7105)

ILLINOIS DEPARTMENT OF CORRECTIONS
**Medical Special Services Referral and Report**

DIXON
(Facility)

Offender's Name: EASON, HANNIBAL          ID# M03226

Reason for Referral:
☐ Consult          ☐ Non-Formulary Medications   ☐ Medical Equipment
☐ Evaluation       ☐ Management
☑ Procedure/service (specify)   OPTIC NERVE OCT
☐ Other (specify) _____

Urgent: ☐ Yes  ☑ No

Referred to: OPTIC NERVE OCT OU

Rationale for Referral: MYELINATED NERVE FIBER LAYER IN LEFT
EYE. OPTIC NERVE OCT NEEDED TO RULE-OUT
ACTIVE PATHOLOGY, THANK YOU!

| Dr. Peter Popovich O.D. | | |
| Print Referring Practitioner's Name | Referring Practitioner's Signature | Date 7/20/22 |

**Report of Referral** (Use Reverse Side, if necessary)

Findings: papillong rxn OU OS>OU
Fibras change nasal and along sup arcade white
patch

Assessment: ocular imitation Oct RNFL hill not thick
Fibras change nerve & mimic RNFL

Recommendations/Plans: AT's QID OU
Optic photos next visit + HVF OU
New glasses today Bins better vax

| Matthew Margles | | |
| Print Practitioner's Name | Practitioner's Signature | Date 3/23/2023 |

Facility Medical Director Use Only
I have reviewed the recommendations and:

☑ Approve.          Rev < FE 4-11-23 ASC          F/u Reg Done.
Info. forwarded to
Dr Popovich
on-site

☐ Deny or revise as indicated on the Notification of Medical Service Referral Denial or Revision,
DOC 0255.

| S. Turi NP | | |
| Print Facility Medical Director's Name | Facility Medical Director's Signature | Date 3.29.23 |

Distribution: Offender's Medical File, and          Page 1 of 1          DOC 0254 (Eff.4/2007)
if denied/revised, Heath Care Unit Administrator                              (Replaces DC 7105)



SCB: IEE GENERAL EYE CLINIC
1009 SOUTH WOOD STREET
CHICAGO IL 60612-7232
Dept: 312-996-3937

## Optical Prescription

Name: **Hannibal Eason**          MRN: **080665226**          Visit Date: **3/23/2023**

Glasses Prescription

|         | Sphere | Cylinder | Axis | Dist VA | Near VA |
|---------|--------|----------|------|---------|---------|
| Right   | -4.25  | +1.00    | 095  | 20/20   | 20/20   |
| Left    | -5.00  | +1.50    | 085  | 20/20   | 20/20   |

_____  3/23/2023

EYE GEN RESIDENT 7          Mathew Margolis M.O.

RECEIVED MAR 2 4 2023

UI HOSPITAL
833 S Wood St, Suite B52
CHICAGO IL 60612-7232

Eason, Hannibal
MRN: 080665226, DOB: 7/21/1982, Sex: M
Visit date: 3/23/2023

**03/23/2023 - Office Visit in SCB: IEE General Eye Clinic**

## Clinical Notes

### Progress Notes

#### Mathew Margolis, BS, MD at 3/23/2023 0815

##### Attestation signed by Ahmad Amr Aref, MD at 3/23/2023 4:18 PM

**ATTENDING STATEMENT**

I personally examined and evaluated the patient with Dr. Margolis and agree with the impression and plan as stated above.

Ahmad A. Aref, MD

**Subjective**

**Patient ID:** Hannibal Eason is a 40 y.o. male.

**Chief Complaint**

New Patient; Eye Pain

**HPI**

Referred by onsite O.D. for eye exam
Ocular diagnosed with myelinated NFL OS

Patient is deaf and has limited mobility due to back surgery 12/23/22.
Interpreter used: ASL #402329

Reports wearing glasses since 5th grade approx, vision is stable with glasses.
Does remove the glasses when reading, high exposure to light and headaches; onset many years ago and pt has them often (5 out 7 days).
C/o floaters in VA, episodes of inflammation OU "after back surgery." Denies pain and flashes.
Last edited by Emely Pazos, COT on 3/23/2023 9:29 AM.

No current outpatient medications on file. (Ophthalmic Drugs)

No current facility-administered medications for this visit. (Ophthalmic Drugs)

**Current Outpatient Medications (Other)**

| Medication | Sig |
| --- | --- |
| • acetaminophen-codeine (TYLENOL #3) 300-30 MG tablet | Take 1 tablet by mouth every 8 (eight) hours if needed. |
| • baclofen (LIORESAL) 10 MG tablet | Take 1 tablet (10 mg total) by mouth every 8 (eight) hours. |
| • busPIRone (BUSPAR) 10 MG tablet | Take 1 tablet (10 mg total) by mouth 2 (two) times a day. |
| • citalopram (CeleXA) 10 MG | Take 1.5 tablets (15 mg total) by mouth 1 (one) time |

Printed on 3/24/23 3:43 PM

RECEIVED MAR 27 2023

UI HOSPITAL
833 S Wood St, Suite B52
CHICAGO IL 60612-7232

Eason, Hannibal
MRN: 080665226, DOB: 7/21/1982, Sex: M
Visit date: 3/23/2023

**03/23/2023 - Office Visit in SCB: IEE General Eye Clinic (continued)**

**Clinical Notes (continued)**

| | |
|---|---|
| tablet | each day. |
| • docusate sodium 100 MG capsule | Take 1 capsule (100 mg total) by mouth 2 (two) times a day. |
| • erythromycin with ethanol (EMGEL) 2 % gel | Apply 1 application. topically 2 (two) times a day. |
| • famotidine (PEPCID) 20 MG tablet | Take 1 tablet (20 mg total) by mouth 1 (one) time each day. |
| • gabapentin (NEURONTIN) 100 MG capsule | Take 3 capsules (300 mg total) by mouth 3 (three) times a day. |
| • lidocaine (LIDODERM) 5 % patch | Place 1 patch on the skin 1 (one) time each day. Remove & discard patch within 12 hours. |
| • meloxicam (MOBIC) 7.5 MG tablet | Take 1 tablet (7.5 mg total) by mouth 1 (one) time each day for 10 days. |
| • methocarbamol (ROBAXIN) 500 MG tablet | Take 2 tablets (1,000 mg total) by mouth 3 (three) times a day. |
| • mirtazapine (REMERON) 15 MG tablet | Take 0.5 tablets (7.5 mg total) by mouth every night. |
| • Multiple Vitamin (TAB-A-VITE/BETA CAROTENE PO) | Take by mouth 1 (one) time each day. |
| • omega-3 (FISH OIL) 1200 MG capsule | Take 1,000 mg by mouth 1 (one) time each day. |
| • omeprazole (PriLOSEC) 20 MG DR capsule | Take 1 capsule (20 mg total) by mouth 1 (one) time each day. |
| • oxyCODONE (ROXICODONE) 10 MG immediate release tablet | Take 1 tablet (10 mg total) by mouth every 4 (four) hours if needed for pain - moderate. |

No current facility-administered medications for this visit. (Other)

**Objective**

**Base Eye Exam**

Visual Acuity (Snellen - Linear)

| | Right | Left |
|---|---|---|
| Dist cc | 20/20 "strain" -2 | 20/25 blurry |

Correction: **Glasses**

Tonometry (Tonopen, 9.43 AM)

| | Right | Left |
|---|---|---|
| Pressure | 22 | 22 |

Pupils

| | Pupils | Dark | Light | Shape | React | APD |
|---|---|---|---|---|---|---|
| Right | PERRL | 5 | 4 | Round | Brisk | None |
| Left | PERRL | 5 | 4 | Round | Brisk | None |

Printed on 3/24/23  3:43 PM

UI HOSPITAL
833 S Wood St, Suite B52
CHICAGO IL 60612-7232

Eason, Hannibal
MRN: 080665226, DOB: 7/21/1982, Sex: M
Visit date: 3/23/2023

**03/23/2023 - Office Visit in SCB: IEE General Eye Clinic (continued)**

**Clinical Notes (continued)**

## Visual Fields

| | Left | Right |
|---|---|---|
| | Full | Full |

## Extraocular Movement

| | Right | Left |
|---|---|---|
| | Full, Ortho | Full, Ortho |

## Neuro/Psych

Oriented x3. **Yes**
Mood/Affect: **Normal**

## Dilation

Both eyes: **1.0% Mydriacyl, 2.5% Phenylephrine @ 9:43 AM**

## Slit Lamp and Fundus Exam

### External Exam

| | Right | Left |
|---|---|---|
| External | Normal | Normal |

### Slit Lamp Exam

| | Right | Left |
|---|---|---|
| Lids/Lashes | Normal | Normal |
| Conjunctiva/Sclera | White and quiet | White and quiet |
| Cornea | Clear | Clear |
| Anterior Chamber | Deep and quiet | Deep and quiet |
| Iris | Round and reactive | Round and reactive |
| Lens | Clear | Clear |
| Anterior Vitreous | Normal | Normal |

### Fundus Exam

| | Right | Left |
|---|---|---|
| Posterior Vitreous | Normal | Normal |
| Disc | Normal | nasal fibrotic change not in pattern typical of RNFL |
| C/D Ratio | 0.3 | 0.3 |
| Macula | Normal | Along sup arcade ?myelinated RNFL |
| Vessels | Normal | Normal |
| Periphery | Normal | Normal |

Printed on 3/24/23  3:43 PM

Page 3

UI HOSPITAL
833 S Wood St, Suite B52
CHICAGO IL 60612-7232

Eason, Hannibal
MRN: 080665226, DOB: 7/21/1982, Sex: M
Visit date: 3/23/2023

**03/23/2023 - Office Visit in SCB: IEE General Eye Clinic (continued)**

**Clinical Notes (continued)**

Refraction
Wearing Rx

|  | Sphere | Cylinder | Axis |
|---|---|---|---|
| Right | -4.75 | +1.50 | 095 |
| Left | -4.75 | +1.50 | 085 |

Age: 1yr
Type: SVL

Manifest Refraction (Auto)

|  | Sphere | Cylinder | Axis | Dist VA | Near VA |
|---|---|---|---|---|---|
| Right | -3.50 | +3.00 | 007 |  |  |
| Left | -4.00 | +2.50 | 017 |  |  |

Manifest Refraction #2

|  | Sphere | Cylinder | Axis | Dist VA | Near VA |
|---|---|---|---|---|---|
| Right | -4.25 | +1.00 | 095 | 20/20 | 20/20 |
| Left | -5.00 | +1.50 | 085 | 20/20 | 20/20 |

Manifest Refraction Comments
Patient does not want a bifocal

Final Rx

|  | Sphere | Cylinder | Axis | Dist VA | Near VA |
|---|---|---|---|---|---|
| Right | -4.25 | +1.00 | 095 | 20/20 | 20/20 |
| Left | -5.00 | +1.50 | 085 | 20/20 | 20/20 |

Assessment/Plan
Problems and Diagnosis with Order/Comment/Plan Numbered **1. Myelinated nerve fibers of optic disc of left eye**
- OCT, Optic Nerve - OU - Both Eyes
- Optic Disc Photos - OU - Both Eyes; Future
- Humphrey Visual Field - OU - Both Eyes; Future

**2. Myopia of both eyes**

Myelinated NFL vs congenital stalk/lack of regression
-Baseline OCT today full without increased thickness
-Disc photos at fup and HVF
-CTM

Myopia
-New MRx today with improved vision

·UI HOSPITAL
833 S Wood St, Suite B52
CHICAGO IL 60612-7232

Eason, Hannibal
MRN: 080665226, DOB: 7/21/1982, Sex: M
Visit date: 3/23/2023

**03/23/2023 - Office Visit in SCB: IEE General Eye Clinic (continued)**

**Clinical Notes (continued)**

Ahmad Amr Aref, MD

**Instructions: Disc photos, HVF**

Electronically signed by Ahmad Amr Aref, MD at 3/23/2023  4:18 PM
Electronically signed by Ahmad Amr Aref, MD at 3/23/2023  4:18 PM

